Courts Copy of plaintiffs Original Security /s/ by: plaintiff #1 UCC 1-208
Pet al
All Rights Reserved

REDACTED / PROTECTED  Plaintiffs #1-ALL  UCC 1-208
Name and Prisoner/Booking Number                    308
                                        ALL RIGHTS
REDACTED / PROTECTED                     RESERVED
Place of Confinement
REDACTED / PROTECTED    [ SEE ATTACHED
Mailing Address            SEALED MOTION
REDACTED / PROTECTED      FOR NAMES & ADDRESSES]
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED         ☐ LODGED
☐ RECEIVED      ☐ COPY

FEB 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

UNITED STATES
PLAINTIFFS # 1-20 IN ALL CAPACITIES  UCC et al-2
(Full Name of Plaintiff)  (NAMES REDACTED   UCC 1-208 & 1-208
+ PROTECTED)              ALL RIGHTS RESERVED

                    Plaintiff,

v. AZ. DEPT OF CORRECTIONS ("ADCRR");
DIRECTOR DAVID SHINN IN ALL
(1) CAPACITIES
(Full Name of Defendant)
ADCRR; MAINTANCE SUPERVISOR; MR.
(2) POSEY IN ALL CAPACITIES (Maricopa)
(3) ADCRR; CO II; #3 or BROSAN IN ALL CAPACITIES
ADCRR; CO II; MRS. VALDEZ IN ALL
(4) CAPACITIES

                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

## CV-23-00279-PHX-SRB(MHB)

CASE NO. _____
  279    (To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

JURY TRIAL DEMANDED

[HON. MICHELLE H. BURNS --
HON. SUSAN R. BOLTON + PLAINTIFF(S)
#2-20's -- JUDGES]

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: TORTURE VICTIMS PROTECTION ACT 1991 + Military Commissions Act

2.  Institution/city where violation occurred: ADCRR / CENTRAL OFFICE / BUCKLEY UNIT,
    RYNNING UNIT, CENTRAL UNIT, CORE CIVIC - RED ROCK UNIT
    LOCATIONS UNKNOWN -P PHX AZ, BUCKEYE AZ, FLORENCE AZ   550/555
    ↑ AZ CAPITAL + USA CAPITAL
    + CDC HEADQUARTERS

Revised 3/11/16

## A. DEFENDANTS CONTINUED

(5) ADCRR; CO II MCKINLEY IN ALL CAPACITIES

(6) ADCRR; CO II; DOE #1 AKA DEFENDANT #6 IN ALL CAPACITIES

(7) ADCRR; CO; UNKNOWN / DEFENDANT #7 IN ALL CAPACITIES

(8) ADCRR; CO; UNKNOWN / DEFENDANT #8 IN ALL CAPACITIES

(9) ADCRR; SGT [s] ETAL; UNKNOWN NAME [s] / DEFENDANT [s] #9 IN ALL CAPACITIES
SEPT 2020 - NOW

(10) ADCRR; L.T. ETAL; UNKNOWN NAME [s] DEFENDANT [s] #10 IN ALL CAPACITIES
SEPT 2020 - NOW

(11) ADCRR; CPT's ETAL; UNKNOWN NAME [s] / DEFENDANT [s] #11 IN ALL CAPACITIES
SEPT 2020 - NOW

(12) ADCRR; ADW & OR ACTING ADW [s]; ADAM YOUNG (ADW) & OR UNKNOWN NAME [s] / DEFENDANT [s] #12 IN ALL CAPACITIES
SEPT 2020 - NOW

(13) ADCRR; D.W & OR ACTING D.W [s]; ALEJANDRO SANCHEZ (D.W) & OR UNKNOWN NAME [s] / DEFENDANT [s] #13 IN ALL CAPACITIES
SEPT 2020 - JAN 2021

(14) ADCRR; C.O.II; UNKNOWN NAME [s] / DEFENDANT [s] #14 IN ALL CAPACITIES

(15) CENTURION HEALTHCARE ('CENTURION'); UNKNOWN NURSE [s] / DEFENDANT [s] #15 IN ALL CAPACITIES

(16) ADCRR; CO II; UNKNOWN NAME [s] IN ALL CAPACITIES CONSECUTIVELY

(17) TRINITY INC. IN ALL CAPACITIES

(18) TRINITY INC.; DIRECTOR; UNKNOWN NAME [s] / DEFENDANT [s] #18 IN ALL CAPACITIES

(19) TRINITY INC; ADCRR; DIRECTOR [s] UNKNOWN NAME [s] / DEFENDANT [s] #19 IN ALL CAPACITIES

(20) TRINITY INC; OWNER [s] ET.AL.; UNKNOWN NAME [s] / DEFENDANT [s] #20. IN ALL CAPACITIES

(21) TRINITY INC; OFFICIAL POLICY MAKING COMMITY ETAL; UNKNOWN NAME [s] / DEFENDANT [s] #21 IN ALL CAPACITIES

(22) TRINITY INC.; STOCK HOLDER [s] ET.AL.; UNKNOWN NAME [s] DEFENDANT [s] #22. IN ALL CAPACITIES

(23) TRINITY INC.; EXECUTIVE BOARD OF DIRECTORS / BOARD MEMBERS ET.AL. UNKNOWN NAME [s] / DEFENDANTS #23. IN ALL CAPACITIES

(24) TRINITY INC / ADCRR; FLORENCE PRISION COMPLEX; SUPERVISORS ETAL; UNKNOWN NAME [s] / DEFENDANT [s] #24. IN ALL CAPACITIES

(25) TRINITY INC / ADCRR; CENTRAL UNIT; SUPERVISORS / HEAD MANAGERS ETAL; UNKNOWN NAME [s] / DEFENDANTS #25 IN ALL CAPACITIES

(26) TRINITY INC; MRS. SHAW IN ALL CAPACITIES

(27) ADCRR; C.O.II; JANE / JOHN DOE #1 IN ALL CAPACITIES CONSECUTIVELY

(28) ADCRR; L.T.; MARTIN GONZALEZ IN ALL CAPACITIES

1 A

## A. DEFENDANT [S]

(29) ADCRR; SGT; MEDLEY OR METLEY IN ALL CAPACITIES CONSECUTIVELY

(30) ADCRR; COII; JANE/JOHN DOE #3 IN ALL CAPACITIES

(31) ADCRR; COMPLEX WARDEN; JEFF VAN WINKLE AND REPLACEMENT; UNKNOWN NAME / DEFENDANT [S] #31 IN ALL CAPACITIES

(32) AZ; GOVERNOR; DOUG DUCEY IN ALL CAPACITIES & REPLACEMENT

(33) AZ; AGO; MARK BRNOVICH IN ALL CAPACITIES & REPLACEMENT

(34) AZ; AGO; MICHEAL GOTTFRIED IN ALL CAPACITIES & REPLACEMENT

(35) AZ; DHS; FORMER DIRECTOR; CARA CHRIST & REPLACEMENT IN ALL CAPACITIES

(36) CENTURION; DIRECTOR [S]; UNKNOWN NAME [S] & KENDRICK GREY IN ALL CAPACITIES

(37) CENTURION; OWNER [S] ETAL; UNKNOWN NAME [S] / DEFENDANTS # 37 IN ALL CAPACITIES

(38) CENTURION; POLICY MAKING COMMITTY ET.AL. UNKNOWN NAME [S] / DEFENDANT [S] # 38. IN ALL CAPACITIES

(39) CENTURION HEALTH CARE. IN ALL CAPACITIES

(40) CENTURION; OWNER [S] ETAL UNK NAME [S] / DEFENDANT [S] #40 IN ALL CAPACITIES

(41) CENTURION; STOCK HOLDERS ET.AL. UNK NAME [S] / DEFENDANT [S] #41 IN All CAPACITIES

(42) KEEFEE. IN ALL CAPACITIES

(43) KEEFEE; OWNER [S] ET.AL.; UNK. NAME [S] IN All CAPACITIES / DEFENDANTS # 43

(44) KEEFEE; POLICY MAKING COMMITTY ET.AL. UNKNOWN NAME [S] / DEFENDANTS #44 IN ALL CAPACITIES & BOARD MEMBERS

(45) KEEFEE; DIRECTOR; UNKNOWN NAME [S] ET.AL. / DEFENDANT [S] #45 IN ALL CAPACITIES

(46) KEEFEE / ADCRR; DIRECTOR (KEEFEE); UNKNOWN NAME [S] / DEFENDANT #46 IN ALL CAPACITIES

(47) CENTURION / ADCRR; FLORENCE PRISION SR. ADON [S] ETAL; UNKNOWN NAME [S] / DEFENDANT [S] #47 IN All CAPACITIES

(48) CENTURION / ADCRR; FLORENCE PRISION ADON [S] ET.AL.; UNKNOWN NAME [S] / DEFENDANT [S] #48 IN ALL CAPACITIES

(49) CENTURION / ADCRR; CENTRAL UNIT; HEAD NURSING SUPERVISOR [S] ET.AL; UNKNOWN NAME [S] IN All CAPACITIES / #49 DEFENDANT

(50) KEEFEE / ADCRR; FLORENCE PRISION; HEAD MANAGER [S] COMPLEX ET.AL.; UNKNOWN NAME [S] / #50 DEFENDANT [S] IN ALL CAPACITIES

(51) KEEFEE / ADCRR; CENTRAL UNIT; HEAD MANAGERS / STAFF / SUPERVISORS ET.AL.; UNKNOWN NAME [S] IN ALL CAPACITIES

(52) ADCRR; MAINTANCE; MR. POSEY / #52 DEFENDANT. IN All CAPACITIES ALSO #2 DEFENDANT

(53) U.S.A; PRESIDENT; BIDEN IN ALL CAPACITIES

(54) CENTER DISEASE CONTROL (CDC); DIRECTOR; ROCHELLE WALENSKI IN ALL CAPACITIES

(55) ADCRR; ADW; BLAKE JENSEN IN ALL CAPACITIES & HIS predecessors et al ACTING DEPUTY WARDENS 2020-21

1B

## A. DEFENDANTS

(56) ET. AL. : U.S.A / AZ / AGO / ADHS / CDC / NDC / CENTURION / CORE CIVIC / KEEFEE / TRINITY INC '[s] : EMPLOYEES IN CHARGE OF SUPERVISING & CURING COVID-19 SECURITY / MEDICAL OPERATIONS FOR ADCOR / CORE CIVIC STAFF & CONTRACTEES BETWEEN 2020&22 ; UNKNOWN NAME[s] OR # OF PEOPLE AKA #56 DEFENDANTS. IN ALL CAPACITES

(57) AZ / ADCRR ; CORE CIVIC PRIVATE PRISIONS (CORE CIVIC) IN ALL CAPACITIES

(58) CORE CIVIC ; DIRECTOR ; UNKNOWN NAME AKA #58 IN All CAPACITIES

(59) CORE CIVIC ; OWNER[s] ET AL ; UNK. NAME[s] AKA #59 IN All CAPACITIES

(60) CORE CIVIC ; POLICY MAKING COMMITTY + BOARD MEMBERS ET. AL. UNK. NAME[s] AKA #60. IN All CAPACITIES

(61) CORE CIVIC ; STOCKHOLDER[s] ET AL. ; UNK. NAME[s] AKA # 61 IN All CAPACITIES

(62) CORE CIVIC ; RED ROCK ; DEPUTY WARDEN ; UNK. NAME AKA # 62 IN All CAPACITIES

(63) CORE CIVIC ; RED ROCK ; COMMAND ET AL ; SERGENTS ; LIEUTENANTS ; CORPORALS ; CAPTIANS ; UNKNOWN NAME[s] AKA # 63 IN All CAPACITIES

(64) CORE CIVIC ; RED ROCK ; ADW ; UNKNOWN NAME AKA #64 IN All CAPACITIES AKA # 64

(65) AZ ; DHS ; SUPERVISOR OF AZ COVID-19 OPERATIONS FOR ADCRR UNKNOWN NAME IN All CAPACINS

(66) ADCRR ; SUPERVISOR OF COVID-19 OPERATIONS UNKNOWN NAME IN All CAPACITIES AKA #66

(67) ET. AL. : ADCRR COMPLEX -- & TRINITY INC / CENTURION / KEEFEE / ADCOR / ADHS / AZ / AZAG) -- EXECUTIVES / EMPLOYEES / PERSONS / ADVISORS / PARTNERS / MANAGERS / NURSES / ADMINISTRATORS / POLICY MAKERS / DOCTORS / OWNERS / INSURERS / INVESTORS / STOCKHOLDERS / SUPERVISORS / WARDENS / DEPUTY WARDENS / ASSOCIATE DEPUTY WARDENS / CAPTIANS / LIEUTENANTS / CORPORALS / SERGENTS) C.O. 3's / C.O. 4's / EMPLOYED AT PLAINTIFF[s] #1-20's PRISION COMPLEXES BETWEEN 9/2020 TO APRIL 2022

INCLUDING CORE CIVICS ... UNKNOWN NAMES OR # OF EM AKA #67 DEFENDANT[s] IN All CAPACITIES CONSECUTIVELY INCLUDING SSU & GRIEVANCE CO-ORDINATORS FROM UNIT & HEAD QUARTERS ADCOR & CORE CIVIC & CENTURION, TRINITY, KEEFEE IN All CAPACITIES. AKA #67

(68) ADCRR ; LEWIS COMPLEX WARDEN 2022 JAN- MARCH ; UNKNOWN NAME AKA DEFENDANT # 68. IN All CAPACITIES

(69) ADCRR ; BUCKLEY UNIT ; DEPUTY WARDEN WALKER IN All CAPACITIES AKA DEFENDANT # 69 & HIS REPLACEMENT UNKNOWN NAME ALSO #69

(70) ADCRR ; BUCKLEY UNIT ; ASSOCIATE DEPUTY WARDEN ; REPP IN All CAPACITIES AKA # 70 DEFENDANT

(71) ADCOR ; BUCKLEY UNIT ; CAPTIAN ; HAMILTON IN All CAPACITIES AKA DEFENDANT #71

(72) ADCRR ; BUCKLEY UNIT ; LIEUTENANT WESTON IN All CAPACITIES AKA #72

(73) ADCOR ; BUCKLEY UNIT ; SERGENT ; FIZER IN All CAPACITIES AKA #73

1C

B. DEFENDANTS (CONT.)

(74) ADCRR; BUCKLEY UNIT; SERGENT; NELSON IN ALL CAPACITIES AKA #74

(75) ADCRR; C.O. 3; RAMOS IN ALL CAPACITIES; BUCKLEY UNIT AKA #75

(76) ADCRR; BUCKLEY UNIT; CO IV; UNKNOWN GRIEVANCE CO-ORDINATOR JAN 2022-APRIL 2022. UNKNOWN NAME[S] IN ALL CAPACITIES AKA #76

(77) ADCRR; YUMA COMPLEX; WARDEN[S] JUNE 2020 - MAY 2022 ETAL; UNKNOWN NAME[S]. IN ALL CAPACITIES AKA #77

(78) ADCRR; YUMA COMPLEX; DAKOTA UNIT; DEPUTY WARDEN[S] JUNE 2020 - MAY 2022 ET. AL. UNKNOWN NAME[S] IN ALL CAPACITIES

(79) ADCRR; DAKOTA UNIT; ASSOCIATE DEPUTY WARDEN[S] JULY 2020 - MAY 2022 ETAL UNKNOWN NAMES AKA #79 IN ALL CAPACITIES

(80) ADCRR; DAKOTA UNITS; BUILDING 8 A'S C.O. 3'S ETAL BETWEEN JUNE 2020 - SEPTEMBER 2020 IN ALL CAPACITIES UNKNOWN NAMES OF PLAINTIFF #8'S CO III

(81) ADCRR; DAKOTA UNITS; GRIEVANCE CO-ORDINATOR[S] BETWEEN JUNE 2020 - SEPTEMBER 2020 IN ALL CAPACITIES - UNKNOWN NAMES.

(82) TRINITY INC; MRS. FLORES; DAKOTA UNIT ADCRR KITCHEN STAFF IN ALL CAPACITIES

(83) ADCRR; FLORENCE COMPLEX WARDEN UNKNOWN NAME[S] BETWEEN JAN 2021 - NOW ET AL. IN ALL CAPACITIES AKA #83

(84) ADCRR; RYNNING UNIT; DEPUTY WARDEN UNKNOWN NAME[S] JAN 2021-NOW ET.AL IN ALL CAPACITIES AKA #84

(85) ADCRR; RYNNING UNIT; ASSOCIATE DEPUTY WARDEN UNKNOWN NAME[S] JAN 2021 - NOW IN ALL CAPACITIES AKA #85

(86) ADCRR; RYNNING UNIT; CAPTAIN[S] ET.AL UNKNOWN NAMES IN ALL CAPACITIES EMPLOYED BETWEEN JAN 2021 - NOW AKA #86

(87) ADCRR; RYNNING UNIT; LIEUTENANTS ETAL UNKNOWN NAMES AKA #87 IN ALL CAPACITIES BETWEEN 1/2021 - NOW

(88) ADCRR; RYNNING UNIT; SERGENT[S] ET.AL UNKNOWN NAMES AKA #88 IN ALL CAPACITIES BETWEEN 1/2021 - NOW

(89) ADCRR; RYNNING UNIT; CORPORALS ET.AL UNKNOWN NAMES AKA #89 BETWEEN 1/2021 - NOW IN ALL CAPACITIES

(90) ADCRR; RYNNING UNIT; CENTRAL OFFICE SSU CO-ORDINATOR OR CHIEF OF OPERATIONS & CHIEF OF SECURITY UNKNOWN NAME[S] BETWEEN 1/2021 - NOW AKA #90 IN ALL CAPACITIES

(91) ADCRR; RYNNING UNIT; SSU BAIN-HEART. IN ALL CAPACITIES AKA #91

(92) ADCRR; RYNNING UNIT; SSU HOYOS IN ALL CAPACITIES AKA #92

(93) ADCRR; RYNNING UNIT; CO IV KOEPPLE IN ALL CAPACITIES AKA #93

(94) ADCRR; RYNNING UNIT; UNKNOWN SSU OFFICER PRESENT DURING KOEPPLES, BAINHEARTS & HOYOS' GRIEVANCE INVESTIGATIONS WITH PLAINTIFF #11; UNKNOWN NAME AKA #94 IN ALL CAPACITIES BETWEEN 3/20/22 & 4/26/2022

(95) ADCRR; RYNNING UNIT; CO 3; CONDREY AKA #95 IN ALL CAPACITIES

(96) ADCRR; RYNNING UNIT; CO 3; UNKNOWN NAME BUILDING 4 A/ PLAINTIFF #8'S COUNCILOR BETWEEN 1-24-2022 TO NOW UNKNOWN NAME[S] IN ALL CAPACITIES AKA #96

(97) ADCRR; CENTRAL UNIT; PLAINTIFF #11'; CO III UNKNOWN NAME BETWEEN SEPT-NOV 2020 IN ALL CAPACITIES AKA #98

(98) ADCRR; FLORENCE COMPLEX; INMATE BANKING & ACCOUNTING SUPERVISOR UNKNOWN NAME AKA #98 IN ALL CAPACITIES

## B. DEFENDANTS

(99) ADCRR; CENTRAL OFFICE; INMATE BANKING AND ACCOUNTING SUPERVISOR UNKNOWN NAME AKA #99 IN All CAPACITIES

(100) ADCRR; central unit; CO 3; RUBEN perez in all capacities AKA #100

(101) ADCRR; central unit; FORMER GRIEVANCE OFFICER; THORNE & his replacement(s) unknown Name(s) Till May 2022, in all Capacities, AKA Defendant(s) #101

(102) ADCRR; CENTRAL UNIT; CO 3; Lyle Freeland in all capacities AKA Defendants #102

(103) CENTURION; Florence / central unit; Medical Grievance Respondents; FHA TODD, DON in all capacities AKA #103

(104) Centurion; Florence / Central Unit; Medical Grievance Respondents; FHA Spencer Sego in all capacities AKA #104

(105) Centurion; Florence / Central Unit; Medical Grievance Respondents; SR, ADON; M. Diaz in all capacities AKA #105

(106) Centurion; Florence / Central Unit; Medical Grievance Respondents; NMT, Jolie Jones in all Capacities AKA #106

(107) ADCRR; central office; Grievance Responder; CR, Glynn in all Capacities AKA #107

(108) ADCRR; Central Office; Grievance Respondent; M. Stephen in all Capacities AKA #108

(109) ADCRR; Grievance Responders Who've Recieved or Should have Recieved Non-Medical Grievances on Covid-19 Living Conditions / Complaints By Staff & or Prisoners State Wide & or from Plaintiffs #1-20 Between 2020 & Now ETAL., ; unknown C.O. 3's, C.O. 4's, Complex Wardens, Deputy Wardens, Associate Deputy Wardens, Central Office Staff, etal Unknown Names Unknown # of em From every prison complex & one Civic Complex Units. AKA Defendants #109 in all Capacities

(110) Centurion; Grievance Respondents M Who've Recieved or Should have Recieved Medical Grievances on Covid-19 Living & Medical Conditions / of confinement or policy / Complaints on Staff not Following CDC Guidelines Made By Plaintiff #1-20 & / or Staff & Prisoners State Wide from Every Adcrr Prison Complex & Unit Between 2020 & Now. Unknown Names etal Grievance Respondents AKA #110 in all Capacities

(111) ADCRR; CRIMINAL INVESTIGATIONS UNIT (C.I.U.); CO-ORDINATOR BOSS CENTRAL OFFICE, UNKNOWN NAMES Between JAN 2021-NOW AKA #111 in all Capacities

(112) ADCRR; CIU; Florence complex; HEAD OFFICER(s); UNKNOWN NAMES AKA #112 in all Capacities Between JAN 2021-NOW

(113) ADCRR; CIU; CENTRAL UNITS ASSIGANED CIU OFFICERS; UNKNOWN NAMES Between JAN 2021-NOW AKA #113 IN All CAPACITIES

(114) ADCRR; CENTRAL UNITS; SSU; Special Security Unit etal Staff Between JAN 2021-Sept 2021; unknown Names AKA #114 in all Capacities

(115) ADCRR; CHEYANNE UNIT; CO 3 OF Plaintiff #3 Between 2021-NOW ; unknown Name in all capacities AKA #115

(116) ADCRR; CENTRAL UNIT; CO 3 OF PLAINTIFF #2 Between JAN 2021 - May 2021; unknown Name in all capacities AKA #116

(117) ADCRR; LEGAL LEASON FOR GRIEVANCE RESPONSES / AZAG; UNKNOWN NAME(s) IN All CAPACITIES Between JAN 2021 - Sept 2021 AKA #117

PAGE 1E

(118) ADCRR; CENTRAL OFFICE; LORESA PURDEN IN ALL CAPACITIES AKA #118

(119) ADCRR; BUCKLEY UNITS; ASSIGHNED 80 II; CONTROL ROOM & FLOOR OFFICERS et. al All SHIFTS, BETWEEN DEC 2021 - APRIL 2022, UNKNOWN NAMES IN ALL CAPACITIES AKA #119

(120) SECURUS IN ALL CAPACITIES AKA #121 DEFENDANT

(121) SECURUS' et al. OWNERS (UNKNOWN NAMES); STOCK HOLDERS (UNKNOWN NAMES); POLICY MAKERS (UNKNOWN NAMES); LAWYERS/ ADVISORY COUNCIL (UNKNOWN NAMES); EXECUTIVES (UNKNOWN NAMES); C.E.O.'s (UNKNOWN NAMES); DIRECTORS OF OPERATION (UNKNOWN NAMES); SECURUS/ADCRR HEAD PERSONS in CHARGE of EMAIL/TABLET SERVICES (UNKNOWN NAMES); SECURUS/ ADCRR; TUSCON COMPLEX HEAD PERSONS IN CHARGE OF MONITORING/CENSORING IN COMING & OUT GOING E-MAILS (UNKNOWN NAMES); SECURUS/ADCRR TUSCON WINCHESTER UNITS OFFICERS FOR REASONS DOCUMENTED FOR CENSORING ANY & ALL PLAINTIFF #1)'S INCOMING & OUT GOING EMAILS (UNKNOWN) BETWEEN MAY 2022 - PRESENT DATE (UNKNOWN NAMES) in all Capacities between AKA #121

(122) SECURUS; every Customer Service Rep Plaintiff #1 Contacted Re; Email Fund Theft & Censoring Emails & policy Violating His Rights Between May 2022 - Now (Unknown Names) & for Reference # CCI-AZAS800126305), # CCI-AZC410001410098, # CCI-AZC410001410 135, # CCI-AZC410001410122, # CCI-AZ-C410001410252, # CCI-AZC410001453 174, # CCI-AZC410001454387, # CCI-AZC4 10001472277, # CCI-AZC410001541648, # CCI-AZC4I60001721733 . INCLUDING ANY & All ADCRR STAFF, UNKNOWN NAMES, IN ALL CAPACITIES AKA #122

(123) ADCRR & OR SECURUS STAFF; UNKNOWN NAMES et al in all Capacities Documented on Securus & Adcrr Records/Data CPU Files For Censoring Plaint, ff # 1's Emails in coming & out going ON Dates; 5/11/2022 18:37am, 5/12/22 2:31pm, 5/12/22 2:32pm 5/20/22 2:48pm, 5/20/22 2:48pm 5/30/22 4:59pm, 5/30/22 5:04pm 6/01/22 2:54pm, 7/12/22 12:12pm 7/28/22 6:57am, 8/02/22 6:31pm 8/03/22 11:38Am, 8/10/22 2:15pm 8/16/22 12:39pm, 8/25/22 2:21pm 8/25/22 2:21pm, 8/30/22 3:33pm 9/06/22 5:56pm, 9/13/22 2:04pm 9/14/22 1:10pm, 9/19/22 12:01pm 9/19/22 12:18pm, 9/19/22 12:21pm AKA #123

(124) ADCRR; CENTRAL UNIT; CO IV; GRIEVANCE CO-ORDINATOR WHO SIGHNED OFF ON PLAINTIFFS #9's GRIEVANCES BETWEEN JAN 2022 - MAY 2022 ON COVID-19 & RESPONDED TO IT; UNKNOWN NAME IN ALL CAPACITIES

(125) ADCRR; CENTRAL UNIT; CO III; GRIEVANCE OFFICER ("HISPANIC MALE") ASSIGHNED IN PROGRAMS BETWEEN JAN, 22' & MARCH 2022 WHO INVESTICATED PLAINTIFF #19's COVID-19 GRIEVANCE - FORMAL ON DOE #2 & 3 UNKNOWN NAME IN ALL CAPACITIES AKA #125

(126) ADCRR; TUSCON·WINCHESTER UNIT; DEPUTY WARDEN DE FRANCO IN ALL CAPACITIES AKA #126

(127) ADCRR; TUSCON--WINCHESTER;
SSU OFFICER Ms LOPEZ IN
ALL CAPACITIES AKA #127

(128) ADCRR/TUSCON/WINCHESTER/
CIU &/SSU [s] ETAL. WHOM WARDEN
DEFRANCO ORDERED TO REVIEW
PLAINTIFF #1's CENSORED SECURUS
EMAILS BETWEEN OR ON 9/19/2022
IN ALL CAPACITIES UNKNOWN
NAMES AKA #128

(129) ADCRR; ALL CENTRAL UNIT PRISON
ADCRR STAFF, KEEFEE STAFF, CENTURION
STAFF, TRINITY INC, STAFF, & CIVILIAN
STAFF ETAL BETWEEN NOV 2021 &
FEB 2022, UNKNOWN NAMES
IN ALL CAPACITIES AKA #129

(130) ADCRR; ETAL CENTRAL UNITS
ASSIGNED PRISON STAFF IN
BUILDING 4 BETWEEN NOV 2021 &
FEB 2022, UNKNOWN NAMES
IN ALL CAPACITIES AKA#130

(131) ADCRR ETAL Central Units Entire
Assigned Building 7 & 8" prison
Staff Between Jan 2022 & Feb 2022
UNKNOWN NAMES in all Capacities
AKA #131

(132) ETAL; ADCRR & TRINITY INC &
CENTURION & KeeFee; RUNNING UNITS.
STAFF & FLORENCE COMPLEX WARDEN
Employed in Kitchen, Medical, Building
4, Command, Complex Hub Between
JAN 20th 2022 - FEB 2022
UNKNOWN NAMES AKA #132

(134) ETAL BUCKLEY UNIT; UNIT BUILDING
3 ASSIGNED STAFF; ADCRR & COMMANDERS
SUPERVISORS, DEPUTY WARDEN, WARDEN,
ASSOCIATE DEPUTY WARDENS Between 1/2022
&3/2022, UNKNOWN NAMES AKA 134

(135) ETAL. ADCRR RED ROCK/CORE CIVIC
WARDENS, DEPUTY WARDENS, ASSOCIATE
DEPUTY WARDENS, COMMANDERS, SUPERVISORS,
AND BUILDING? (plaintiff #17's) ASSIGNED
STAFF BETWEEN JAN & MARCH 2022
UNKNOWN NAMES etal AKA #135
AND DIRECTOR OF DPREATIONS

PAGE 16

**B.  DEFENDANTS**

1.  Name of first Defendant: ADCRR DIRECTOR; DAVID SHINN . The first Defendant is employed
as: POLICYMAKER/SUPERVISOR OF DOS etal         at ADCRR/AZ CENTRAL OFFICE
                    (Position and Title)                                    (Institution)

2.  Name of second Defendant: ADCRR· MR POSEY/#2 . The second Defendant is employed as:
as:   MAINTENACE SUPERVISOR              at CENTRAL UNIT ADCRR 2020-22
                    (Position and Title)                                    (Institution)

3.  Name of third Defendant: ADCRR; CO II· #3 OR BRESAN . The third Defendant is employed
as: CORRECTIONS OFFICER              at CENTRAL UNIT ADCRR 2019-22
                    (Position and Title)                                    (Institution)

4.  Name of fourth Defendant: ADCRR; MRS. VALDEZ /#4 . The fourth Defendant is employed
as: CORRECTIONS OFFICER              at CENTRAL UNIT ADCRR 2020-21
                    (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.  PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?   ☒ Yes      ☐ No

2.  If yes, how many lawsuits have you filed? *Redacted* . Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: *Redacted*                v. *Redacted*
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   b.  Second prior lawsuit:
      1.  Parties: *Redacted*                v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c.  Third prior lawsuit:
      1.  Parties: _____          v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS CONT.

5. NAME OF 5TH DEFENDANT : ADCRR; MRS. MCKINLEY / #5. THE 5TH DEFENDANTS EMPLOYED AS : CORRECTIONS OFFICER. AT CENTRAL UNIT ADCRR 2020.

6. NAME OF 6TH DEFENDANT : ADCRR; DOE #1/#6. THE 6TH DEFENDANTS EMPLOYED AS : CORRECTIONS OFFICER AT ADCRR CENTRAL UNIT 2020 - 21.

7. NAME OF 7TH DEFENDANT : ADCRR; UNKNOWN / #7. THE 7TH DEFENDANTS EMPLOYED AS : C.O./RECEPTIONS (PHONE). AT CENTRAL UNIT 2020 12/12-15/2020 OR 12/26 2020 ADCRR.

8. NAME OF 8TH DEFENDANT : ADCRR; UNKNOWN / #8. THE 8TH DEFENDANTS EMPLOYED AS : C.O. SUPERVISOR / ASSIGNMENTS. AT ADCRR; CENTRAL UNIT 12/12-15/2020 OR 12/26-28/2020.

9. NAME [s] OF 9TH DEFENDANTS : ADCRR; UNKNOWN SGTs etal / #s 9. 9TH DEFENDANTS EMPLOYED AS ; C.O. / SERGENTS / SUPERVISION / COMMAND AT CENTRAL UNIT ADCRR 2020 -- 12/12-28 / 2020.

10. NAME [s] OF 10TH DEFENDANT [s]; ADCRR; UNKNOWN LT's etal / #s 10. 10TH DEFENDANT [s] EMPLOYED AS : C.O. / LT / COMMAND / SUPERVISION AT CENTRAL UNIT ADCRR 2020 - 12/12-28 /

11. NAME [s] OF 11TH DEFENDANT [s]; ADCRR; UNKNOWN CPTs etal / #s 11. 11TH DEFENDANT [s] EMPLOYED AS : C.O. / CPT / COMMANDER[s] / SUPERVISION AT ADCRR; CENTRAL UNIT 2020 -- 12/12-28 AKA #11

12. NAME [s] OF 12TH DEFENDANT [s]; ADCRR; UNKNOWN OR ADAM YOUNG. 12TH DEFENDANTS EMPLOYED AS : C.O. / ASSOCIATE DEPUTY WARDEN or ACTING / SUPERVISOR / COMMANDER. AT CENTRAL UNIT ADCRR 2020 12/12-31 + JAN 2021-? AKA #12

13. NAME [s] OF 13TH DEFENDANT [s]; ADCRR; UNKNOWN + OR ALEJANDRO SANCHEZ. 13TH DEFENDANTS EMPLOYED AS : C.O. / DEPUTY WARDEN or ACTING/SUPERVISOR/COMMANDER. AT ADCRR CENTRAL UNIT 2020 12/12-31 + JAN 2021-2022 AKA #13

14. NAME [s] OF 14TH DEFENDANT [s]; ADCRR; UNKNOWN[s] etal / #s 14. 14TH DEFENDANTS EMPLOYED AS : C.O. / FLORENCE PRISION ENTERY / point security. AT ADCRR FLORENCE PRISION ENTRANCE 2020 12/12-31 /

15. NAME [s] OF 15TH DEFENDANT [s]; CENTURION; UNKNOWN NURSES / #s 15. EMPLOYED AS SUPERIOR FLORENCE PRISION COVID 19 SCREENING SITE MAIN ENTERANCE. AT ADCRR FLORENCE PRISION 2020 -- 12/12-31

16. NAME [s] OF 16TH DEFENDANT [s]; ADCRR; UNKNOWN C.O. IT's / #s 16. EMPLOYED AS C.O. IT CENTRAL UNIT SALLY PORT MAIN ENTERY / SECURITY / COVID screener. AT ADCRR CENTRAL UNIT 2020 -- 12/12-31

17. NAME [s] OF 17TH DEFENDANT [s]; TRINITY INC. EMPLOYED AS : EMPLOYER / INSURER AT ADCRR / TRINITY INC. 2020-NOW AKA #17

18. NAME OF 18TH DEFENDANT [s]; TRINITY INC.; DIRECTOR[s etal of OPERATIONS etal / #s 18. EMPLOYED AS : MANAGERS / SUPERVISORS / C.E.O / FINAL POLICYMAKERS. AT TRINITY INC. UNKNOWN NAME [s] EMPLOYED 2019 TO NOW etal

19. NAME [s] OF 19TH DEFENDANT [s]; TRINITY INC.; UNKNOWN DIRECTOR[s] OF OPS. / #19? EMPLOYED AS MANAGERS / SUPERVIORS / POLICYMAKER. AT ADCRR / TRINITY INC. CENTRAL OFFICE ADCRR. BETWEEN 2019 TO NOW etal

- 28

## B, DEFENDANTS CONT.

20. 20TH DEFENDANT[S] NAME[S]: TRINITY INC, OWNER[S] etal UNKNOWN NAME[S] /#20, EMPLOYED AS: OWNER[S]/EMPLOYER[S]/SUPERVISORS, AT TRINITY INC & ADCRR/TRINITY INC,

21. 21ST DEFENDANT[S] NAME[S]: TRINITY INC, POLICY MAKING COMMITTY/UNKNOWN NAMES /#21, EMPLOYED AS: POLICY MAKERS/SUPERVISORS AT TRINITY INC & ADCRR/TRINITY INC,

22. 22ND DEFENDANTS: TRINITY INC, STOCKHOLDERS etal, UNKNOWN NAMES/#22, EMPLOYED AS: OWNERS/INSURERS/INVESTORS/SUPERVISORS AT TRINITY INC,

23. 23RD DEFENDANT[S]: TRINITY INC, EXECUTIVE BOARD OF DIRECTORS/BOARD MEMBERS etal /#23 EMPLOYED AS: SUPERVISORS/MANAGERS/POLICYMAKERS AT TRINITY INC

24. 24TH DEFENDANT[S], TRINITY INC; ADCRR/FLORENCE COMPLEX/CENTRAL UNIT/WARDEN MANAGERS/SUPERVISORS ETAL UNKNOWN NAMES/#24, EMPLOYED AS SUPERVISORS AT TRINITY INC/ADCRR 2020-22

25. 25TH DEFENDANT[S], TRINITY INC; CENTRAL UNITS HEAD MANAGER[S] etal/#25 UNKNOWN NAMES EMPLOYED AS, SUPERVISORS AT TRINITY INC/CENTRAL UNIT 2020-2022

26. 26TH DEFENDANT[S], TRINITY INC; MRS SHAW, EMPLOYED AS: KITCHEN SERVER/ SUPERVISOR AT TRINITY INC, ADCRR CENTRAL UNIT 2020-2022. AKA #26

27. 27TH DEFENDANT[S]: ADCRR; JANE JOHN DOE #2, EMPLOYED AS: CORRECTIONS OFFICER AT ADCRR CENTRAL UNIT 2020-2021 AKA # 27

28. 28TH DEFENDANT: ADCRR; LT, MARTIN GONZALES. EMPLOYED AS: CO/LT /SUPERVISOR/ COMMANDER AT ADCRR CENTRAL UNIT 2020-22 AKA #28

29. 29TH DEFENDANT: ADCRR; SGT, MEDLEY. EMPLOYED AS: CO/SGT/ASSIGHNMENTS & SUPERVISOR AT ADCRR CENTRAL UNIT 2021-22

30. 30TH DEFENDANT: ADCRR; JANE JOHN DOE #3. EMPLOYED AS CORRECTIONS OFFICER AT ADCRR CENTRAL UNIT 2021-22 AKA # 30

31. 31ST DEFENDANT; ADCRR; JEFF VAN WINKLE. EMPLOYED AS C.O./SUPERVISOR/ COMPLEX WARDEN. AT ADCRR FLORENCE PRISION 2019-22 AKA #31

32. 32ND DEFENDANT; AZ; DOUG DUCEY. EMPLOYED AS: EXECUTIVE (AZ)/ADCRR/POLICY MAKER/SUPERVISOR AT AZ etal & ADCRR AKA #32

33. 33RD DEFENDANT; AZ; AGO; MARK BRNOVICH. EMPLOYED AS: EXECUTIVE (AZ)/AGO/ POLICYMAKER/ADCRR LEGAL ADVISOR SUPERVISOR AT AZ etal & ADCRR AKA #35

34. 34TH DEFENDANT; AZ; AGO; MICHAEL GOTTFRIED. EMPLOYED AS; LT. EXECUTIVE AGO /ADCRR LEGAL ADVISOR SUPERVISOR AT AZ etal /ADCRR AKA #34

35. 35TH DEFENDANT; AZ; ADHS; CARA CHRIST. EMPLOYED AS; POLICYMAKER/ DIRECTOR/SUPERVISOR/HEAD DOCTOR AT AZ etal /ADHS AKA #35

36. 36TH DEFENDANT; CENTURION; KENDRICK GREY. EMPLOYED AS DIRECTOR OF CENTURION ADCRR OPS. AT CENTURION/ADCRR CENTRAL OFFICE AKA #36

37. 37TH DEFENDANT; CENTURION; OWNERS etal UNKNOWN NAMES /#37, EMPLOYED AS: EMPLOYERS/INSURERS/SUPERVISORS/POLICYMAKERS AT CENTURION HEALTH CARE 2019-NOW

38. 38TH DEFENDANT[S]; CENTURION; POLICY MAKING COMMITTY, UNKNOWN NAMES /#38, EMPLOYED AS: POLICY MAKERS/OWNERS/SUPERVISORS/MANAGERS/ADVISORS AT CENTURION HEALTH CARE 2019-NOW

B. DEFENDANTS CONT.

39. 39TH DEFENDANT[S] NAME[S]: CENTURION HEALTHCARE; 39TH DEFENDANTS EMPLOYED AS EMPLOYER/INSURER AT CENTURION/ADCRR AKA #39

40. 40TH DEFENDANT[S] NAME[S]: CENTURION; OWNERS[S] etal, UNKNOWN NAME[S]/#40, AND EMPLOYED AS: OWNER/POLICY MAKER/SUPERVISORS/EXECUTIVE/INSURER/INVESTORS, AT CENTURION & ADCRR/CENTURION AKA #41

41. 41ST DEFENDANT[S] NAME[S] CENTURION; STOCK HOLDERS UNKNOWN NAMES etal, AND EMPLOYED AS: OWNERS/INSURERS/STOCK HOLDERS/SUPERVISORS/EXECUTIVES/INVESTORS AT CENTURION & ADCRR/CENTURION AKA #41

42. 42ND DEFENDANT[S] NAME[S]: KEEFEE, 42ND DEFENDANTS EMPLOYED AS: EMPLOYER/INSURER AT KEEFEE & ADCRR/KEEFEE AKA #42

43. 43RD DEFENDANT[S] NAME[S]: KEEFEE, OWNER[S] etal UNKNOWN NAMES AKA #43. EMPLOYED AS OWNER/EMPLOYER/INSURER/MANAGER/SUPERVISOR/POLICYMAKER/EXECUTIVES/STOCKHOLDER. AT KEEFEE & ADCRR/KEEFEE

44. 44TH DEFENDANT[S] NAME[S]: KEEFEE; POLICY MAKING COMMITTE/BOARD MEMBERS etal. UNKNOWN NAME[S] AKA #44. EMPLOYED AS: ADVISORS/BOARD MEMBERS/SUPERVISORS/EXECUTIVES/OWNERS/INVESTORS/INSURERS/POLICY MAKERS/MANAGERS/DIRECTORS AT KEEFEE & ADCRR/KEEFEE

45. 45TH DEFENDANT[S] NAME[S]: KEEFEE; DIRECTOR OF OPS, UNKNOWN NAME AKA #45, EMPLOYED AS: POLICYMAKER/SUPERVISOR/MANAGER/DIRECTOR AT KEEFEE

46. 46TH DEFENDANT[S] NAME: KEEFEE/ADCRR; DIRECTOR OF OPS, UNKNOWN NAME AKA #46 EMPLOYED AS: POLICYMAKER/SUPERVISOR/MANAGER/DIRECTOR AT KEEFEE/ADCRR CENTRAL OFFICE

47. 47TH DEFENDANT[S] NAME: CENTURION; FLORENCE PRISION COMPLEX; SR. ADON's etaL UNKNOWN NAMES AKA #47. EMPLOYED AS: NURSE SUPERVISORS AT ADCRR/CENTURION FLORENCE PRISION COMPLEX HUB COMMAND

48. 48TH DEFENDANT[S] NAME: CENTURION; FLORENCE PRISION COMPLEX; ADON'S etal; FHA's etal s; ALL SUPERVISORS etal, UNKNOWN NAMES AKA #47. FLORENCE EMPLOYED AS NURSE SUPERVISORS AT ADCRR/CENTURION FLORENCE PRISION COMPLEX COMMAND HUB

49. 49TH DEFENDANT[S] NAMES: CENTURION; FLORENCE CENTRAL UNITS; HEAD NURSE[S] UNKNOWN NAMES etal, AKA #49, EMPLOYED AS: NURSES SUPERVISOR HEAD NURSE[S] AT ADCRR/CENTURION CENTRAL UNIT

50. 50TH DEFENDANT[S] NAME[S]: CENTURION KEEFEE; FLORENCE PRISION; HEAD SUPERVISORS/MANAGERS OF COMPLEX OPS, UNKNOWN NAMES AKA #50, EMPLOYED AS: SUPERVISOR/MANAGER AT ADCRR/FLORENCE COMPLEX/KEEFEE

51. 51ST DEFENDANT[S] NAME[S]: KEEFEE; CENTRAL UNITS; SUPERVISORS etal UNKNOWN NAMES AKA #51. EMPLOYED AS SUPERVISORS/MANAGERS AT KEEFEE/CENTRAL UNIT ADCRR

52. 52ND DEFENDANT[S] NAME[S]: ADCRR; CENTRAL UNIT MAINTANCE; POSEY AKA #52. EMPLOYED AS: MAINTANCE SUPERVISOR CENTRAL UNIT AT ADCRR/CENTRAL UNIT

B. DEFENDANTS CONT.

53. 53RD DEFENDANTS NAME : U.S.; COMMANDER IN CHIEF; MR. BIDEN. EMPLOYED AS EXECUTIVE U.S. / CHIEF BANKER / PRESIDENT... ect. AT U.S.A. HEADQUARTERS AND AZ etal.

54. 54 DEFENDANT[s] NAME : CDC; DIRECTOR ROCHELLE WALENSKI. EMPLOYED AS DIRECTOR / SUPERVISOR / MANAGER U.S. COVID-19 OPS ect. AT CENTER DISEASE CONTROL

55. 55TH DEFENDANT[s] NAME : ADCRR; ADW. BLAKE JENSEN. EMPLOYED AS ASSOCIATE DEP. WARDEN / SUPERVISOR. AT ADCRR; CENTRAL UNIT 2021-22

56. 56TH DEFENDANT [s] NAME [s] : U.S.A. / AZ / AGO / ADHS / CDC / KEEFE / CENTURION / TRINITY INC / CORE SIVIC ; UNKNOWN NAME [s] AKA # 56. EMPLOYED AS SUPERVISORS ETAL OF ALL COVID-19 SECURITY / SAFETY MEASURES / OPERATIONS FOR ADCRR PRISIONS / PARTNERSHIP AT ADCRR CENTRAL OFFICE, ETAL PLAINTIFFS HOUSING UNITS, HEADQUARTERS OF DEFENDANTS # 56

57. 57TH DEFENDANT[s] NAME [s] : AZ; ADCRR / CORE CIVIC ("CORE CIVIC") PRIVATE PRISIONS. THE 57TH DEFENDANTS EMPLOYED AS CONTRACTEE / ADCRR / AZ CUSTODIAN / TRUSTEE / EMPLOYER / INSURER. AT CORE CIVIC

58. 58TH DEFENDANT[s] NAME [s] : CORE CIVIC; DIRECTOR OF OPERATIONS UNKNOWN NAME AKA # 58. EMPLOYED AS : SUPERVISOR / POLICYMAKER / DIRECTOR / EMPLOYER / INSURER AT CORE CIVIC & OR / ADCRR

59. 59TH DEFENDANT[s] NAME [s] : CORE CIVIC; OWNER [s] ETAL. UNKNOWN NAMES AKA # 59. EMPLOYED AS : EMPLOYER / POLICYMAKER / SUPERVISOR / INSURER AT. CORE CIVIC

60. 60TH DEFENDANT [s] NAME [s] : CORE CIVIC; POLICY MAKING COMMITTY ETAL. UNKNOWN NAMES AKA # 60. EMPLOYED AS : SUPERVISORS / OWNERS / ADVISORS / INTERESTS HOLDERS / EXECUTIVES / STOCK HOLDERS. AT CORE CIVIC

61. 61ST DEFENDANT [s] NAME [s] : CORE CIVIC ; STOCK HOLDERS ETAL / UNKN. NAMES AKA # 61. EMPLOYED AS : EXECUTIVES / INVESTORS / SUPERVISORS / INSURERS / EMPLOYERS / OWNER [s] & UNKNOWN. AT. CORE CIVIC

62. 62ND DEFENDANT [s] NAME [s] : CORE CIVIC; RED ROCK UNIT; DEPUTY WARDEN; UNKNOWN NAME AKA # 62. EMPLOYED AS : SUPERVISOR / WARDEN, AT CORE CIVIC RED ROCK

63. 63RD DEFENDANT [s] NAME [s] CORE CIVIC; RED ROCK UNIT COMMAND ETAL (ALL SGT's, CORPORALS, LT's, CPT's). UNKNOWN NAMES AKA # 63. EMPLOYED AS : SUPERVISORS / OFFICERS / COMMANDERS AT CORE CIVIC RED ROCK

64. 64TH DEFENDANT ; CORE CIVIC ; ADW ; REDROCK UNK. NAME AKA # 64. EMPLOYED AS : ADW / SUPERVISOR / COMMANDER AT CORE CIVIC RED ROCK

(65) NAME OF 65TH DEFENDANT: AZ; DHS; SUPERVISOR OF AZ total Covid 19 Operations FOR ADCRR; UNKNOWN NAME AKA #65. 65TH DEFENDANTS EMPLOYED AS SUPERVISOR AT ADHS (AZ DEPT. HEALTH SERV,) FOR ADCRR.

(66) NAME OF 66TH DEFENDANT: ADCRR; UNKNOWN AKA #66. 66TH DEFENDANTS EMPLOYED AS: SUPERVISOR COVID-19 OPERATIONS, AT ADCRR CENTRAL OFFICE

(67) NAME OF 67TH DEFENDANTS: ADCRR et al; PRISION complex; UNKNOWN NAMES AKA #'67. 67TH DEFENDANT(S) EMPLOYED AS: EXECUTIVES/EMPLOYEES/PERSONS/ADVISORS/ PARTNERS/MANAGERS/NURSES/ADMINISTRATORS/POLICY MAKERS/DOCTORS/ OWNERS/INSURERS/INVESTORS/STOCK HOLDERS/SUPERVISORS/WARDENS/DEP. WARDENS/ASSOCIATE DEPUTY WARDENS/CAPTIANS/LIEVTENANTS/CORPORALS/ SERGENTS/C.O. 3's/C.O. 4's GRIEVANCE CO-ORDINATORS/Sup AT. TRINITY INC/ CENTURION/KEEFEE/ADCRR/ADHS/AZAG/AZ FOR ADCRR AT PLAINTIFFS #1-20's. -PRISION COMPLEXES BETWEEN 2020-SEPT TO APRIL 2022.

(68) NAME OF 68TH DEFENDANT; ADCRR; UNKNOWN AKA #68. 68 DEFENDANTS EMPLOYED AS: LEWIS COMPLEX ADCRR WARDEN/SUPERVISOR 1/2022-3/2022 AT ADCRR LEWIS BUCKLEY UNIT

(71) (71) NAME OF 71ST DEFENDANT; ADCRR; CPT; HAMILTON, 71ST DEFENDANTS EMPLOYED AS: LEWIS; BUCKLEY UNIT CAPTIAN/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #71

(69) NAME OF 68TH DEFENDANT; ADCRR; DEPUTY WARDEN WALKER, 69TH DEFENDANTS EMPLOYED AS: LEWIS; BUCKLEY UNIT; DEP. WARDEN/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #69

(70) NAME OF 70TH DEFENDANT: ADCRR; ADW; UNKNOWN AKA #70, 70TH DEFENDANTS EMPLOYED AS: ASSOCIATE DEPUTY WARDEN/SUPERVISOR AT ADCRR; BUCKLEY UNIT 1/2022-3/2022 NAME ADW; REPP AKA #70

(72) NAME OF 72ND DEFENDANT: ADCRR; LT; WESTON. 72nd Defendants Employed As: LIEUTENANT/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #72

(73) NAME OF 73RD DEFENDANT; ADCRR; SGT; FIZER, 73RD DEFENDANTS EMPLOYED AS: SERGENT/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #73

(74) 74TH DEFENDANT; ADCRR; SGT; NELSON. 74TH DEFENDANTS EMPLOYED AS: SERGENT/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #74

(75) 75TH DEFEFENDANT; ADCRR; C.O. III; RAMOS. DEFENDANT(S) EMPLOYED AS CORRECTION OFFICER 3/SGT/SUPERVISOR AT ADCRR; BUCKLEY UNIT AKA #75

(76) 76TH DEFENDANT; ADCRR; C.O. IV; UNKNOWN #76, DEFENDANT EMPLOYED AS CORRECTION OFFICER 4/LT/SUPERVISOR AT ADCRR; BUCKLEY UNIT 1/22-3/2022

(77) 77TH DEFENDANT; ADCRR; YUMA complex; WARDEN UNKNOWN N NAME AKA #77; 77TH DEFENDANTS EMPLOYED AS: SUPERVISOR/WARDEN AT ADC YUMA 6/20'-6/22'

2 E

(78) 78TH DEFENDANT; ADCRR; #78, 78TH DEFENDANT[S] EMPLOYED AS: DEPUTY WARDEN [S]/SUPERVISOR ET.AL. 7/2020 - 6/2022. AT ADCRR; DAKOTA UNIT

(79) 79TH DEFENDANT: ADCRR; # 79. 79TH DEFENDANT[S] EMPLOYED AS: ASSOCIATE DEPUTY WARDEN [S] ETAL 7/2020 - 6/2022. AT ADCRR; DAKOTA UNIT

(80) 80TH DEFENDANT[S]; ADCRR; #80, 80TH DEFENDANT [S] EMPLOYED AS: CORRECTIONS (SGT SUPERVISOR) OFFICER III's [ETAL] 6/2020 - 9/2020 AT ADCRR; DAKOTA UNIT

(81) 81ST DEFENDANT [S]; ADCRR; #81, 81ST DEFENDANT [S] EMPLOYED AS: GRIEVANCE COORDINATORS/LT. [SUPERVISOR[S] ETAL 6/2020 - 9/2020 AT ADCRR DAKOTA UNIT

(82) 82ND DEFENDANT[S]: TRINITY INC; MRS FLORES, 82ND DEFENDANTS EMPLOYED AS KITCHEN WHITE SHIRT/SUPERVISOR AT DAKOTA UNIT; ADCRR 1/2020 - 9/2020

(83) 83RD DEFENDANT [S]; ADCRR; #83, 83RD DEFENDANT [S] EMPLOYED AS COMPLEX WARDEN/SUPERVISOR [S] [ETAL]. 1/2021 - NOW. AT DAKOTA UNIT ADCRR Florence

(84) 84TH DEFENDANT[S]; ADCRR; #84. 84TH DEFENDANT [S] EMPLOYED AS DEPUTY WARDEN/SUPERVISOR. 1/2021 - NOW ETAL. AT ADCRR; RYNNING UNIT

(85) 85TH DEFENDANT[S]; ADCRR; #85, 85TH DEFENDANTS[S] EMPLOYED AS ASSOCIATE DEPUTY WARDEN[S] ETAL/SUPERVISORS 1/2021 - NOW, AT ADCRR; RYNNING UNIT.

(86) 86TH DEFENDANT [S]; ADCRR; #86, 86TH DEFENDANT[S] EMPLOYED AS: CAPTIANS/SUPERVISORS ETAL 1/2021 - NOW AT ADCRR; RYNNING UNIT

(87) 87TH DEFENDANT[S]; ADCRR; #87, 87TH DEFENDANT[S] EMPLOYED AS: LIEUTENANTS/SUPERVISOR[S] ETAL 1/2021 - NOW AT ADCRR; RYNNING UNIT

(88) 88TH DEFENDANT [S]; ADCRR; #88, 88TH DEFENDANT[S] EMPLOYED AS: SERGENTS/SUPERVISOR [S] ETAL 1/2021 - NOW AT; ADCRR; RYNNING UNIT

(89) 89TH DEFENDANT [S]; ADCRR; #89, 89TH DEFENDANT [S] EMPLOYED AS: CORPORALS/SUPERVISOR[S] ETAL 1/2021 - NOW AT ADCRR; RYNNING UNIT

(90) 90TH DEFENDANT [S]; ADCRR; #90, 90TH DEFENDANT[S] EMPLOYED AS: SSU CO-CORDINATOR[S]/SUPERVISOR[S] CHIEF OF SMRC UR CHIEF OF SECURITY 1/2021 - NOW, AT ADCRR; CENTRAL OFFICE

(91) 91ST DEFENDANT [S]; ADCRR; BRAINHEART, AKA #91, 91ST DEFENDANTS EMPLOYED AS: CORRECTIONS OFFICER SSU/SUPERVISOR/SGT OR LT. AT ADC; RYNNING

(92) 92ND DEFENDANT; ADCRR; HOYOS, AKA #92, 92ND DEFENDANTS EMPLOYED AS: CORRECTIONS OFFICER SSU/SUPERVISOR/SGT OR LT AT ADC; RYNNING UNIT

(93) 93RD DEFENDANT; ADCRR; KOEPPLE AKA #93, 93RD DEFENDANTS EMPLOYED AS COIV/GRIEVANCE CO-ORDINATOR/SUPERVISOR/LT. AT ADCRR; RYNNING UNIT.

(94) 94TH DEFENDANT : ADCRR; UNKNOWN AKA #94, 94TH DEFENDANTS EMPLOYED AS
CORRECTION OFFICER UNKNOWN RANK/STATUS/DUTY, AT ADCRR; RYNNING UNIT

(95) 95TH DEFENDANT: ADCRR; WANDREY, 95TH DEFENDANTS EMPLOYED AS — — —
C.O. III/SGT/SUPERVISOR AKA #95, AT ADCRR; RYNNING UNIT

(96) 96TH DEFENDANT: ADCRR; #96, 96TH DEFENDANTS EMPLOYED AS C.O. III/SGT/
SUPERVISOR. AT ADCRR; RYNNING UNIT BUILDING 4 1/24/2022 - NOW un
-FUR PLAINTIFF #8

(97) 97TH DEFENDANT: ADCRR #97, 97TH DEFENDANT(S) EMPLOYED AS C.O. III /SGT/
SUPERVISOR. AT ADCRR; CENTRAL UNIT FOR PLAINTIFF #11) 'COUNCILOR 9/24/2020 - NOW 2020

(98) 98TH DEFENDANT: ADCRR #98, 98TH DEFENDANT(S) EMPLOYED AS INMATE BANKING
& ACCOUNTING SUPERVISOR AT ADCRR: FLURENCE COMPLEX & RYNNING UNIT ETAL
BETWEEN JUNE 2022 TO NOW OCT 2022

(99) 99TH DEFENDANT; ADCRR #99, 99TH DEFENDANT(S) EMPLOYED AS
INMATE BANKING AND ACCOUNTING BOSS/SUPERVISOR, AT ADC; CENTRAL OFFICE

(100) 100TH DEFENDANT : ADCRR; RUBEN PEREZ, 100TH DEFENDANTS EMPLOYED AS
C.O. III/SGT/SUPERVISOR AKA #100, AT ADCRR CENTRAL UNIT 2020 - 2022

(101) 101ST DEFENDANT : ADCRR; THORNE, 101ST DEFENDANTS EMPLOYED AS
FORMER CENTRAL UNIT GRIEVANCE CO-ORDINATOR PRESUMED NOW LA PALMA's/SUPERVISOR/LT
LEASON ADCRR/ CORE CIVIC? AKA #101 AT ADCRR THEN CENTRAL UNIT 2020-22

(102) 102ND DEFENDANT : ADCRR; LYLE FREELAND, 102ND DEFENDANTS EMPLOYED AS
FORMER CENTRAL UNIT BLD 7 C.O. III /SGT/ SUPERVISOR, AT CENTRAL UNIT 2021-22
AKA #102

(103) 103RD DEFENDANT: CENTURION; J. TODD, DON, 103RD DEFENDANTS EMPLOYED AS
FACILITY HEALTH ADMINISTRATOR (FHA)/NURSE/DOCTOR/SUPERVISOR, AT ADC; FLURENCE
2020 - 2021   AKA #103

(104) 104TH DEFENDANT: CENTURION; SPENCER SEGO, 104TH DEFENDANTS EMPLOYED AS
FHA/SUPERVISOR/NURSE/DOCTOR, AT ADC; FLURENCE 2020 - 2021
AKA #104

(105) 105TH DEFENDANT: CENTURION; M, DIAZ, 104TH DEFENDANTS EMPLOYED AS:
SENIOR ADMINISTRATIVE DIRECTOR OF NURSES A SUPERVISOR AT. ADC; FLURENCE 2020-21
AKA #105

(106) 106TH DEFENDANT: CENTURION; JULIE JONES, 106TH DEFENDANTS EMPLOYED AS
(NMI) NURSE MEDICAL INSTRUCTOR/SUPERVISOR AT ADC; FLURENCE & CENTRAL UNIT 2020-2021
AKA #106

(108) 108TH DEFENDANT: ADCRR; M.STEPHEN, 108TH DEFENDANTS EMPLOYED AS
SHINNS GRIEVANCE CO-ORDINATOR/SUPERVISOR AT ADC; CENTRAL OFFICE AKA #108

(108) 107TH DEFENDANT: ADCRR; OR. GLYNN, 107TH DEFENDANTS EMPLOYED AS
GRIEVANCE CO-ORDINATOR/SUPERVISOR AT ADC; CENTRAL OFFICE AKA #107

(109) 109TH DEFENDANT(S); ADCRR; #'S 109 ETAL. 109TH DEFENDANTS EMPLOYED AS — —
C.O. III's, C.O. IV's, WARDENS, ADW's, DW's, CO II's, SGTS, LT's, CPT's ETAL/SUPERVISORS/
COMMANDERS, AT ADCRR CENTRAL UNIT & FLURENCE COMPLEX WARDEN.
BETWEEN 2020 - NOW MAY 2022 ETAL.

(110) 110TH DEFENDANT: CENTURION; #110. THE 110TH DEFENDANT(s) EMPLOYED AS GRIEVANCE RESPONDENTS FOR PLAINTIFFS #1-20. AT ADCRR/CENTURION

(111) 111TH DEFENDANT; ADCRR, CIU, #111. THE 111TH DEFENDANT(s) EMPLOYED AS CRIMINIAL INVESTIGATIONS UNIT (C.I.U.) CO-ORDINATOR BOSS/SUPERVISOR 1/2021 - NOW, AT. ADCRR CIU HEADQUARTERS or CENTRAL OFFICE

(112) 112TH DEFENDANT: ADCRR, CIU; #112, T12TH DEFENDANT(s) EMPLOYED AS CIU HEAD OFFICER [s] etal, AT ADCRR, CIU; FLORENCE / SUPERVISOR 1/2021 - NOW

(113) 113TH DEFENDANT; ADCRR, CIU, #113, 113TH DEFENDANT[s] EMPLOYED AS CIU FOR CENTRAL UNIT etal 1/2021 - NOW. AT ADCRR, FLORENCE, CIU

(114) 114TH DEFENDANT; ADCRR; #114. 114TH DEFENDANT(s) EMPLOYED AS CENTRAL UNIT; etal; SSU (SPECIAL SECURITY UNITS) ENTIRE STAFF 1/2021 - SEPT 2021 AT ADCRR; CENTRAL UNIT

(115) 115TH DEFENDANT; ADCRR; #115, 115TH DEFENDANT(s) EMPLOYED AS PLAINTIFF #3's C.O. III/SGT/SUPERVISOR/COUNCILOR Between 2021 - NOW AT ADCRR; CHEYANNE UNIT

(116) 116TH DEFENDANT; ADCRR; #116. 116TH's EMPLOYED AS; PLAINTIFF #2's C.O. III/SGT/SUPERVISOR/COUNCILOR Between JAN 2021 - MAY 2022 - etal AT ADCRR; CENTRAL UNIT

(118) 118TH DEFENDANT; ADCRR/AZAG; LURESA PINDEN. 118TH's EMPLOYED AS GRIEVANCE CO-ORDINATOR/LEGAL LEASON/LEGAL MONITOR/SUPERVISOR AT ADCRR/AZAG; ADCRR CENTRAL OFFICE / LEGAL ACCESS MONITOR

(117) 118TH DEFENDANT; ADCRR/AZAG; #117. 117TH's EMPLOYED AS; ADCRR LEGAL LEASON FOR GRIEVANCE RESPONSES (prisoners) / SUPERVISOR AT ADCRR/AZAG Between JAN 2021 - SEPT 2021

(119) 119TH DEFENDANT; ADCRR; #119, 119TH's EMPLOYED AS; CO II CONTROL ROOM & FLOOR officers etal. AT ADCRR Buckley Unit Dec 2021 - April/2022

(120) 120TH DEFENDANT: SECURUS; AKA #120. EMPLOYED AS; TABLET & email ADCRR SERVICES provider/partner At Securus/ADCRR

(121) 121ST DEFENDANTS; SECURUS; #'s 121 etal. 121ST EMPLOYED AS; ET.AL AT SECURUS

(122) 122ND DEFENDANTS: SECURUS; #122 etal, 122ND EMPLOYED AS; etal Customer Service Reps & Supervises Responded To plaintiff #1's J-PAY/SECURUS Support Tickets Between May 2020 & Now. AT Securus

2#

(123) ADCRR e/Securus; #'s 123 etal, 123rd Defendants Employed as Securus e. or Adcrr; Tuscon Complex /e or Winchester Unit Staff Officers/Supervisors etal. At Securus e.or Adcrr; Tuscon; Winchester Unit Between 5/11/22 - Now

(124) 124th DEFENDANT; ADCRR; CENTRAL UNIT; #124, 124's Employed as CO IV SIGHNED OFF ON PLAINTIFF #9's GRIEVANCES Between JAN 2022 e MAY 2022. AT ADCRR; CENTRAL UNIT

(125) 125's NAME; ADCRR; #125, 125's Employed As CO III; GRIEVANCE OFFICER BETWEEN JAN 22 - MAY 22'. AT ADCRR; CENTRAL UNIT PROGRESS

(126) 126's NAME; ADCRR; DEFRANCO, EMPLOYED AS; SUPERVISOR/ DEPUTY WARDEN AT ADCRR; WINCHESTER UNIT

(127) 127th NAME[s]; ADCRR; #127 (SSU LOPEZ e Unknowns etal), 127's Employed as; SSU / Corrections officer(s) etal. At Tuscon; Winchester Adcrr Unit e.or Tuscon Complex e.or Central officers investigating Plantiff #1's Emeil/s Censored

(128) 128th Name[s] ADCRR, CIU/SSU ETAL #128. Unknown Names. 127's Employed As CIU/or e SSU Officers. At Tuscon; Adcrr e.or Central office e.or Winchester Unit etal

(129) 129; ADCRR #129; EMPLOYED AS All ADC/TRINITY/CENTURION /KEEFEE e CIVILIAN STAFF. AT ADC; CENTRAL UNIT 10/2021 - FEB 2022

(130) 130; ADCRR #130; EMPLOYED AS ETAL ADC STAFF AT CENTRAL UNIT BUILDING FOUR ASSIGHNED BETWEEN 10/2021 - FEB 2022

(131) 131; ADCRR #131; EMPLOYED AS ETAL ADC STAFF AT. CENTRAL UNIT BUILDINGS 5 e 7 BETWEEN 10/2021 - 3/2022

(132) 132. ETAL ADCRR/TRINITY INC/KEEFEE/CENTURION RYNNING UNIT; #132. EMPLOYED AS PRISLON STAFF ETAL AT. FLORENCE COMPLEX e RYNNING UNIT 1/2022 e 3/2022

(134) 139; AOCRR #133; EMPLOYED AS etal; ADCRR BUCKLEY; C.O.3, COMMANDERS, SUPERVISORS, WARDENS, DW, AOW e C.O II, AT BUCKLEY UNIT ADCRR Between 1/2022 e 3/2022

(135) 135; ADCRR e/or CORE CIVIC; #135, EMPLOYED AS WARDENS, AOW, DW, COMMANDERS, SUPERVISORS e BUILDING PLAINTIFF #17 HOUSED IN ASSIGHNED TO HIS UNIT Between JAN 2021 e MARCH 2021 e DIRECTOR OF OPERATIONS etal AT ADCRR e.OR CORE CIVIC Red Rock Unit

2 I

## D.  CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _8TH & 14TH & 13TH Due. Pro. W/o Court Order Summairly (Summ, Pun) & Torture Victims Protection Act of 1991 Badges of Slavery_

2.   **Count I.**   Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☒ Threat to safety ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_SEE PAGES 3A — 3E_

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_SEE PAGE 3.01_

5.   **Administrative Remedies:**

a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

b.   Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No

c.   Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No

d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

4. Injuries Continued      Per Counts II - VIII

• Initial : Plaintiffs +ACH Repeatedly Incurred one more + or all the Following initial injurys e Pain Resulting From this Threat To Safety Violation [s] : (1) Fever like Conditions; pain; earaches; eye aches; back / Kidney pain; Fatiuge; loss of Breath; Hindeeing Lung O₂ production damaging 100% of human body e O₂ production; Head aches; Cold Sweats; loss of Sences (smell/Taste); Fear of Death; Inability to Breath; Lung Damage; heart damage; Bone/Teeth Damage; Muscle Damage; Severe body Cramps; Covid Pneumonia; Sore Throats; Stomach Digestion Damage; Diarreah; Mental Anguish; E. Distress; Depression; Feeling like we got Aids; Being made fun of; Being Scared of to Be around; Anxiety; PTSD; Severe pain lasting from 1 day to Still pending; Asthma Attacks; Heart Attacks; Chest Pain; low Self esteem; Hatred For ADCRR e Affiliates; Mutation of DNA/RNA ; Damage To Immune System Te B Cells; No Noticable Injury (symptomless); Unknown e Unforseeable -+; Severe Weight Loss; ; loss Quality of life

• ; Current/Future Injureies: one more or all; (1) long haul Covid Disability; Asthma; Weezing; Shortness of Breath; Brain damage Cognitive Memory e Motor disfunction; Exzerbation of Pre-Existing Injuries e Med Care Conditions; Disforia; PTSD; E. Distress; Mental Pain e suffering; physical pain e suffering; 100% Body Damage; Random Head/eye/Ear/Body Pain e Spasms e Migraines; Heart pain e damage; Bone loss/Deterioration; Unknown e Unforseeable; Hatred For Adcrr; M. Anguish; E. Distress; Fatuge; Depression Anxiety; They made us psycotic (Kill of hate/Brain Damage); DNA/ RNA Mutation(s); Damage To T e B Cell Immune System; Undue Hardships; Loss of 1-3 years or more of life (at least); loss of Quality of life

COUNT 1 = _____ 3 _____ PAGES

3. SUPPORTING FACTS : ACTING UNDER COLOR OF LAW . DEFENDANTS # 1 - ALL
WHOM ARE INDIVIDUALS
WITH EITHER OR ALL POWERS : (A) EXECUTIVES (B) POLICY MAKERS
(C) SUPERVISORS (D) OWNERS (E) EMPLOYERS (F) INSURERS (F. N) EMPLOYEES
(G) ADVISORS (FINANICAL/LEGAL/POLICY/OPERATIONS) (H) STOCK HOLDERS/
OWNERS ... WITHIN THEIR COMPANYS. WITH RESPONSIBILITIES
TO CARE FOR & PROTECT THE PLAINTIFF[S] & TO CORRECT ANY &
ALL OPERATIONS POLICY, PRATICE, CUSTOMS, DEFICIENCIES WITHIN
COMPANY THAT FORSEEABLY WOULD RESULT IN HARMING &
VIOLATING PLAINTIFFS RIGHTS / INJURING EM / CREATE DANGER
TO PLAINTIFFS WHILE INCARCERATED UNDER THIER CARE/
TRUSTEE POSSITIONS . BETWEEN 2022 TO NOW

IN 2020 THE PRESIDENT OF U.S. DECLARED NATIONAL EMERGENCY
BECAUSE OF COVID·19 SPREADDING & KILLING HUMANS WORLD
WIDE ... TO PROTECT THE PLAINTIFFS & COUNTRY . SUBSEQUENTLY
THE PRESIDENT ISSUE EXECUTIVE ORDERS TO ALL ITS STATES
AGENCIES, PROPERTY[S] & FEDERALLY FUNDED MUNICIPALITIES
SUCH AS ; AZ ; ADCRR ; ADHS ; AZDOC & ADCRR'S CONTRACTEES ;
TRINITY INC., KEEFEE , CENTURION (ALL DEFENDANTS') ... TO ADHERE
TO CDC COVID-19 GUIDELINES, SOLELY TO PREVENT PRISIONERS
FROM BEING HARMED BY COVID-19 (KNOWING· UNKNOWING) AGENTS
CARRYING THE VIRUS , TO REDUCE HARM & LIABILITY.

CDC GUIDELINES WERE ; WASH HANDS ; DONT TOUCH ANY ONE ; IF
SYMPTOMATIC QUARINTINE ; DONT ALLOW ILL TO WORK ON PROPERTY ;
CONDUCT DAILY SCREENINGS TO PREVENT ILL TO WORK ON PROPERTY ;
WHEN IN CONTACT W/ ILL QUARINTINE ; PROVIDE MED AID TO
ILL ; SANATIZE EVERYTHING ; ALLWAYS MASK & SOCIAL DISTANCE .

AFTER ISSUING THIS ORDER ... DEFENDANTS  1 - ALL

ALL AGREED TO FOLLOW THIS ORDER & ENTERED A JOINT /TRUST/ CONTRACT
WITH U.S. & CDC ... PROMISING TO FOLLOW EACH GUIDELINE TO THE
T. UNDER SUBJECTIVITY THAT DOING SO WOULD PROTECT ALL
THE PLAINTIFFS FROM UNNECESSICARY INFECTIONS /INJURYS &
PROTECT PLAINTIFFS 8TH & 14TH AMEND RIGHTS & BY NOT DOING SO
WOULD CREATE UNTOLD DANGER TO PLAINTIFFS OF UNNECESSICARY
HARM CREATED BY THIS NON ADHERANCE ...

THREAT 2 SAF.            COUNT I            PAGE 3 A

AFTER ENTERING THIS CONTRACT... DEFENDANTS #1 - ALL except
CDC; Walenski & U.S. Biden

REBELLED AGAINST THE PRESIDENT FOR POLITICAL GAIN TO SABATOUGE
THE PRESIDENTS FUTURE RE-RUN FOR PRESIDENY AND TO OVERTHROW
THE CURRENT MAJORITY HOUSE CONGRESSIONAL/SENATORIAL RULE...
BY CREATING THEIR OWN COVID-19 POLICIES ... OF NOT FOLLOWING
CDC's ... KNOWING THAT IT WOULD PROVIDE DEFENDANTS BREGAN, VALDEZ,
McKINNEY, DOE #1, 2 & 3, POSEY, SHAW, GONZALES, MEDLEY, #7 - 16
[SEE COUNTS 1-8] MEANS TO HARM PLAINTIFFS, + PROMULGATE IT &
GUIDE PLAINTIFFS TO BE HARMED ... WITH DELIBERATE INDIFFERENCE
TO THE OBVIOUS RESULTING RISKS OF NOT FOLLOWING CDC
GUIDELINES WOULD HARM PLAINTIFFS VIA CREATED DANGER &
WOULD ALLWAYS RESULT IN UNCONST. USAGE OF THE COUNTERVAILING
POLICY... AND THEY KNEW & WERE ALL TRAINED/EDUCATED ON COVID
SAFETY & ALSO WERE QUALIFIED TO FOLLOW THE ACTUAL EXECUTIVE
COVID 19 CDC ORDER & KNEW PLAINTIFFS WOULD BE HARMED
BY THEIR NOT FIXING THE ISSUE OF ; (A) STAFF NOT WEARING MASK
(B) STAFF NOT DISTANCING  (C) STAFF WORKING INFECTED  (D) STAFF
AIDING OTHER STAFF TO WORK INFECTED  (E) STAFF NOT QUARINTINING
SUBORDINATES/SELVES UPON NOTICE ...

EACH LISTED DEFENDANT #1 - ALL                          WAS PLACED ON ACTUAL NOTICE
OF THIS CREATED STATE WIDE POLICY & WERE DELIB. INDIFF. TO
IT, ITS EMPLOYEES USAGE & CREATION & HARM IT WAS CAUSING
PRISONERS STATE WIDE , FROM ; STAFF & INMATE GRIEVANCES
; AND A WHISTLE BLOWER IN YUMA PRISION (TELEVISED WORLD WIDE)
RE: DEFENDANT SHINN PER EXECUTIVE (STATE) ORDER FROM
DEFENDANTS DUCEY (GOV) & BRNOVICH (A.G) TO NOT FOLLOW CDC
GUIDANCE OR CONTRACT WHILE OFFICERS WORKED IN PRISION.

AFTER THE YUMA WHISTLE BLOWING C.O. II TOLD ON SHINN. (2019 OR 20)
SHINN/DUCEY/BRNOVICH/& DEFENDANTS #1 - ALL Via word.D
News Coverage & Internet & Private Meetings w/eachother ...
WERE ON NOTICE & MISLEAD THE FREE PEOPLE CLAIMING TO
CURE THE ISSUE... HOWEVER THIS WHISTLE WAS BLEW
IN MID 2020 & THE ACTUAL USAGE OF THE NOT FOLLOWING CDC
GUIDANCE DID CONTINUED PAST 2022 CREATING AN UFFICIAL

THREAT 2 SAFETY              COUNT I                    3 B

§1983 UNCONSTITUTIONAL POLICY OF THE STATE OF AZ, ADCRR, TRINITY INC, KEEFEE, CENTURION... BEING USED STATE WIDE AT ALL FACILITYS / LOCATIONS ...
UPON THIS WHISTLE BLOW DEFENDANTS 1-ALL

REPEATEDLY FAILED TO STOP THE POLICY & EVENTUALLY GAVE UP ON TRYING TO CURE IT WITH HOPE COVID-19 LAWSUITS WOULD BE OUTLAWED & WITH CALLOUS DISREGARD FOR PLAINTIFF [S]
1-ALLs                                    LIVES & CIVIL RIGHTS
AND WITH HATE DUE TO PLAINTIFFS STATUS AS PRISIONERS ... FIGURING THEY'D ALLOW STAFF STATE WIDE PLACE PRISIONERS IN DANGER.

WHEN IN ALTERNATE TO THIS JOINT DELIB. INDIFF. DEFENDANTS
1-ALL
COULD HAVE SIMPLY FOLLOWED EXECUTIVE ORDER & CDC ORDERS AT ALL TIMES AND PLAINTIFFS WOULDN'T BEEN HARMED IN COUNTS 2-8 & THE POLICY CREATION WOULD HAVE BEEN PREVENTED... EVENTHOUGH THEY COULD OF THEY DIDNT RENDERING DEFENDANTS 1-ALL

LIABLE IN ALL CAPACITIES FOR KNOWLEDGE & INACTION & FAILING TO STOP THE POLICYS, PRATICES & CUSTOMS W/ DELIB INDIFF CAUSING PLAINTIFFS 1-ALL's                    INJURIES
PER COUNT 2-8, THIS POLICY IS MOVING FORCE BEHIND each INJURY & USED BY EACH DEFENDANT IN COUNTS 2-8 UNCONST. RENDERING DEFENDANTS ALL LIABLE AS ACCOMPLICES FOR PLAINTIFFS RESULTING INJURIES & VIOLATED RIGHTS (at pg 3) & (at pg ~~3.01~~ #3.01).

ACCORDING TO DEFENDANTS : A. SANCHEZ, DUE #1, SHAW, POSEY, #3 or BRESAN, VALDEZ ... THAT "ADC & PARTNERS" DONT MAKE STAFF MASK OR QUARINTINE & AGREED IT WAS OK. [PLAINTIFFS WILL SUBPEONA ACTUAL CAMERA FOOTAGE OF ALL DEFENDANTS PLACES OF BUSINESS TO PROVE NO CDC GUIDANCE WAS ADHERED TO]... ACCORDING TO A. SANCHEZ I CANT CONTROL MY STAFF, I KNOW THEY DONT WEAR MASK & INFECT YOU, I CANT FIRE EM THEY ARE NEEDED PLUS I HAVE BOSSES (GOVERNOR) (D. SHINN) ect AND THEY

THREAT TO SAFETY                    COUNT I                    3C

AND THEY MADE THE CALL NOT ME. I WANT TO DO THE RIGHT THING AND HELP YOU, ACCORDING TO POSEY, #3 BRESAN, VALDEZ, SHAW, DOE #1 ... "WE DONT GET PAID FOR QUARINTING FROM COVID" "BECAUSE WE GET 2WEEKS PAID SICK LEAVE PER YEAR & WHEN ITS EXHAUSTED WHEN WE QUARINTINE OR TAKE OFF WE CAN GET SANCTIONED, AND WE GET THREATENED BY OUR SUPERVISORS IF WE DONT WORK INFECTED" "SO WE DO IT" [IN SHORT] & THIS INFO WAS PROVIDED TO MULTIPLE PLAINTIFFS BEFORE & AFTER FACT...

THIS EXHIBITS HOW RECKLESS THE DEFENCE IS & HOW THEY WEAPONIZED COVID-19 & STAFF TO VIOLATE PLAINTIFFS 8TH & 14TH AMEND. RIGHTS W/O **DUE PRO.** SUMMAIRLY IN COUNTS 2-8. ("CREATED DANGER")

ACTING UNDER COLOR OF LAW, BETWEEN SEPT 2020 & APRIL 2022. DEFENDANTS #1-ALL

JOINTLY & SEPERATELY THREATENED PLAINTIFFS 1-ALL s
─────── SAFETY WITH RESPECT FOR EXCESSIVE FORCE COUNTS 2-8 ... BY KNOWINGLY INFECTING THE PLAINTIFFS W/ COVID-19 & OR INTENTIONALLY EXPOSING PLAINTIFFS TO COVID-19, W/ DELIB INDIFFERENCE TO THE FACT IT WOULD VIOLATE PLAINTIFFS RIGHTS & INJURE AS A RESULT ... WITHOUT TAKING ALTERNATIVE'S SUCH AS FOLLOWING CDC GUIDANCE, QUARINTING, CHOOSING TO DISOBEY ORDERS & QUARINTING ANYWAY & THEN WHISTLE BLOWING TO PROTECT THIER JOBS, BUT DIDINT & COULD HAVE. AND BY FAILING IT CAUSED PLAINTIFFS INJURIES IN ALL COUNTS 2-8 ... WHEN COULD HAVE ... BY COMMITTING ONE MORE OR ALL THESE RECKLESS/WANTON/CALLOUS/ CONCIOUS ACTS IN BAD FAITH:

(A) CREATING A COUNTERVAILING CDC POLICY OF NON-ADHERANCE
(B) NOT CURING THE COUNTERVAILING CDC POLICY OF NON ADHERANCE
(C) NOT ALLOWING TO BE QUARINTINED / NOT DOING IT ON OWN
(D) NOT WEARING MASK INFECTED / NOT STOPPING IT
(E) INTENTIONALLY INFECTING PLAINTIFFS W/ COVID
(F) ORDERING IT TO OCCUR

THREAT 2 SAFETY          COUNT I          PAGE 3 D

THIS INDIFFERENCE FACILITATED, GUIDED, AIDED DEFENDANTS
TO HARM PLAINTIFFS USING THESE POLICYS BY; NOT QUARINTING,
NOT MASKING/DISTANCING INFECTED & EXPOSING PLAINTIFFS
IN EXCESSIVE FORCE COUNTS; 2 (POSEY); 3 (#3 or BRESAU)
#5 (SHAW); B (SHAW) ... IN SHORT IN EACH COUNT DEFENDANT
SNUCK IN TO WORK INFECTIOUS, DIDNT REPORT IT, EXPOSED
EACH PLAINTIFF RESULTING IN INJURY & VIOLATED RIGHTS
WHILE NOT FOLLOWING CDC GUIDANCE ... THREATENED PLAINTIFFS
SAFETY.

THIS INDIFFERENCE ALSO GUIDED & AIDED DEFENDANTS TO CONSPIRE
TO HARM PLAINTIFF[S] USING THESE POLICYS BY; THREATENING,
INTIMIDATING, BRIBING, SOLICITING ORDERING IT TO ARISE
UPON NOTICE & THEN BY THEIR COMMISSIONS OF EXCESSIVE
FORCE COUNTS; IV (DEFENDANTS #4 VALDEZ & #5 - 16); VI (DOE #2
, GONZALES, MEDLEY); VII (DOE #2 & #3, GONZALES & MEDLEY).
IN SHORT IN EACH COUNT DEFENDANTS VALDEZ, & DOE #2 & DOE #3
ADVISED THEIR ACCOMPLICES #5-16 & GONZALES & MEDLEY
THEY WERE CONTAGIOUS & NEEDED QUARINTINE ... IN EACH
COUNT IT WAS DISREGARDED & THEY AIDED IT TO HAPPEN
ONCE ORDERED & AGREED TO & TRIED TO COVER IT UP...
AFTER SNEAKING IN  DOE #2 & #3 & VALDEZ . & THEN DOE #2 & 3
VALDEZ & #5-16 & GONZALES & MEDLEYS COMMISSIONS OF
COUNTS 4, 6, 7 RESULTING IN PLAINTIFFS INJURIES &
VIOLATED RIGHTS ... THREATENING PLAINTIFFS SAFETY VIA INFECTIOUS
DISEASE EXPOSURE.
THIS RENDERS DEFENDANTS  1-ALL

ACCOMPLICE
LIABLE FOR CREATING & NOT CORRECTING THESE POLICYS
W/DELIB INDIFF (FACILITATION) GUIDING DEFENDANTS
VALDEZ, DOE #2 & 3, GONZALES, MEDLEY, SHAW, #3 OR BRESAU
POSEY TO COMMITT COUNTS 2-8. UNNECESSARILY INFECTING
PLAINTIFFS W/ COVID 19. & DEFENDANTS  1-ALL
LIABLE FOR COMMITTING THE ACTS
HARMING PLAINTIFFS USING POLICY UNCONST RENDERS
ET ALL OFFICIALLY LIABLE AS WELL FOR VIOLATING PLAINTIFFS

RIGHTS (AT PG 3 ) W/DELIB INDIFF. RESULTING IN INJURY (at pg 3.0)
SUBJECTING PLAINTIFFS TO OVER 2+ YEARS OF UNCONST.
COND OF CONFINEMENT... AT RISK OF BEING HARMED
BY COVID-19 WEAPONIZED STAFF ... WEAPONIZED BY
SUPERVISION/EXECUTIVES/POLICY MAKERS INDIFFERENCE
TO BE AT HIGHTENED RISK OF REPEATED INCIDENTS
W STAFF TRYING TO KILL THEM LIKE IN COUNTS 2-8
BY INFECTING/EXPOSING ET TO COVID 19 WITHOUT
PENELOGICAL JUSTIFICATION... THE FORCE WAS THE
TRANSMITION OF DISEASE. IN ALL COUNTS 2-8 DEFENDANT
INTENTIONALLY PLACED THEIRSELVES NEAR PLAINTIFFS
TO TRANSMIT THE VIRUS VIA SURFACE-AIR ... e EACH
TIME PLAINTIFFS WERE INJURED FROM IT... THIS
IS AN UNNECESSICARY USE OF DEADLY FORCE
AS WELL ... CAUSING PLAINTIFFS EACH INITIAL PAIN
/PNEUMONIA e UNTOLD INJURYS e LONG TERM COVID
19 DISABILITYS ... CHANGING PLAINTIFFS LIVES FOR EVER.
WHEN IN ALTERNATIVE, THEY COULD HAVE SIMPLY NOT DID IT
AND PLAINTIFFS WOULDNT BE HARMED.

## PLAINTIFFS REQUEST 4 RELIEF
*PLAINTIFFS RESERVE ALL RIGHTS TO AMEND THIS SECTION TO MITIGATE
AGGRAVATE/ENHANCE/ADD TO/ADJUST ...

PLAINTIFFS #1 - ALL _____ EACH REQUEST ~~$1,000,000,000 ea~~
#1 TRILLION DOLLARS PER DEFENDANT #1 - ALL ____
                                  , PER COUNT INVOLVED IN,
EACH PER THEIR INDIVIDUAL + OFFICIAL CAPACITIES CONSECUTIVELY
+ DOUBLE DAMAGES GRAND TOTALING $4 TRILLION DOLLARS (MAX)
PER DEFENDANT FOR ANY + ALL RELIEF COURT DEEM
NECESSICARY (INCLUDING BUT NOT LIMITED TO PUNITIVE/
EXEMPLARY/COMPENSATORY DAMAGES, MENTAL ANGUISH,
EMOTIONAL DISTRESS, ACTUAL INJURY RELIEF ec)- PER COUNT II-8

* PLEASE NOTE THIS CLAIMS JOINTED TO THE 14 P
WITH COUNTS II - VIII SEPERATELY/CONSECUTIVELY

THREAT 2. SAFETY                    COUNT I    PAGE  3 F

## D.  CAUSE OF ACTION

### COUNT II

1.    State the constitutional or other federal civil right that was violated: _8th & 14th Summarily W/o_
_Due Pro. + Torture Victims Protection Act of 1991 [see Also P 1 pg 4A]_

2.    **Count II** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☒ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____
+ UNN. USE OF DEADLY FORCE

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what
**each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without
citing legal authority or arguments.

_See pages 4 - 4C_

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_[See PS 4A Injuries under Relief Request]_

5.    **Administrative Remedies:**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at
your institution?                                                           ☒ Yes    ☐ No
b.    Did you submit a request for administrative relief on Count I?          ☒ Yes    ☐ No
c.    Did you appeal your request for relief on Count I to the highest level? ☒ Yes    ☐ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
did not. _____

• 4

POSEY #

COUNT II = 4 PAGES

3. SUPPORTING FACTS:

EXCESSIVE FORCE COUNT II ▓▓▓▓ ... AGAINST DEFENDANT: #2/52
ADCRR; MAINTANCE SUPERVISOR POSEY... PLACE OF INCIDENT:
CENTRAL UNIT ADCRR FLORENCE PRISION ... DATE[s] OF
INCIDENT: BETWEEN ▓▓▓▓▓▓▓▓▓▓ AND SEPTEMBER 2020 = OCT 2020
RE: EXCESSIVE FORCE + UNNECESSICARY USE OF DEADLY
FORCE (MALICIOUS + SADISTIC USE OF FORCE) + (SUMMARRY
CORPORAL + CAPITAL PUNISHMENT) VIA UNNECESSICARY
INFECTIOUS DISEASE EXPOSURE "TOUCHING THE PLAINTIFFS
THREW SURFACE + AIR BORNE INFECTIOUS DISEASE
EXPOSURE KNOWING IT WOULD CAUSE PLAINTIFF[s]
HARM CAUSING SERIOUS + UNKNOWN + UNFORSEEABLE
INJURIES ... VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND RIGHTS SUMMAIRILY

CLAIMS BY PLAINTIFF[s]: # 1, 2, 3, 4, 5, 6, 11, 12, ▓▓

PLAINTIFFS REQUEST[s] FOR RELIEF: (1) $100,000,000.00 (MENTAL ANGUISH)
(2) $100,000,000.00 (EMOTIONAL DISTRESS) (3) $100,000,000.00 (MENTAL PAIN +
SUFFERRING (4) $100,000,000.00 (▓▓▓▓ PHYSICAL PAIN AND SUFFERRING)
(5) $2,000,000,000.00 (FOR VIOLATING PLAINTIFFS 8TH AMEND RIGHTS TO
BE FREE OF EXCESSIVE FORCE) (6) $5,000,000,000.00 (FOR VIOLATING
PLAINTIFFS 8TH AMEND. RIGHTS TO BE FREE FROM UNNECESSICARY
USE OF DEADLY FORCE) (7) $5,000,000,000.00 (FOR VIOLATING PLAINTIFFS
8TH + 14TH AMEND. DUE PROCESS RIGHTS TO BE FREE OF SUMMARRY
CORPORAL PUNISHMENT (8) $7,500,000,000.00 (FOR VIOLATING PLAINTIFFS
8TH + 14TH AMEND DUE PROCESS RIGHTS TO BE FREE OF SUMMARRY
CAPITAL PUNISHMENT (9) $10,000,000,000.00 (PUNITIVE DAMAGES) (9A) DOUBLE DAMAGES
(10) $1,000,000,000.00 (EXEMPLARY DAMAGES) (11) $5,000,000,000.00 (FOR
ONE MORE OR ALL PLAINTIFF[s] RESULTING INJURIES) (12) $1,000,000,000.00
(FOR ANY AND ALL MONETARY RELIEF COURT DEEM NECESSICAR-) (13)
(ANY AND ALL RELIEF COURT DEEMS NECESSICARY) ... PER PLAINTIFF X POSEY INDIV. + OFFICIAL
CAPACITIES CONSECUTIVELY = $▓▓▓▓▓▓▓▓▓▓ 73,800,000,000 PER PLAINTIFF
PLAINTIFF[s]: # 1, 2, 3, 4, 5, 6, 11, 12, RESULTING INJURY[s]: (1) UNNECESSICARY
INFECTIOUS DISEASE EXPOSURE (2) MUTATION OF DNA/RNA (3) DAMAGE TO
IMMUNE SYSTEM T + B CELLS (4) 100% BODY DAMAGE (5) LOSS OF 1-3
YEARS OF LIFE (6) LOSS OF QUALITY OF LIFE (7) PTSD (8) MENTAL ANGUISH
(9) EMOTIONAL DISTRESS (10) MENTAL PAIN + SUFFERRING (11) PHYSICAL
PAIN AND SUFFERRING (12) LONG HAUL COVID DISABILITY (13) UNKNOWN +
UNFORSEEABLE INJURIES (13) ANXIETY (14) DEPRESSION (15) HATRED
(16) EXZERBATION OF PRE-EXISTING INJURIES (17) HEAD, EYE, EAR PAIN BODY PAIN

CAUSE OF ACTION

ACTING UNDER COLOR OF LAW ... BETWEEN OCT. 2020 + SEPT 2020.
POSEY
EXCESSIVE FORCE COUNT II    PAGE 4 A

DEFENDANT ADC(2); POSEY ... WAS CENTRAL UNITS MAINTANENCE SUPERVISOR OF PRISIONER WORK CREW ... WITH JOB TO TRAVEL THREWOUT CENTRAL UNIT N PRISIONERS AND HELP FIX EVERYTHING ... DAILY MON-FRI ...

BETWEEN ████ SEPT 2020 ADC(2); POSEY WAS INFECTED WITH COVID-19 AND RECKLESSLY FAILED TO QUARINTINE & CARRIED THE VIRUS INTO THE PRISION AND UNNECESSARILY EXPOSED PLAINTFFS #1,2,3,4,5,6,11,12 WITH COVID-19 BY TRANSMITTING THE VIRUS INTO PLAINTIFF(s) MUCOUSE MEMBRAINES CAUSING PLAINTIFFS INJURIES AND UNKNOWN INJURIES THREW DIRECT & INDIRECT CONTACT UPON HIS ROUNDS INSIDE THE UNIT ...

PLAINTIFF #11 WAS A WORKER ON THE SAME MAINTANANCE CREW DURING THIS 21 DAY PERIOD WHERE POSEY FAILED TO QUARINTINE. PLAINTIFF #11 WAS INFECTED & OR EXPOSED BY POSEY DURING THIS TIME AND LEARNED POSEY WAS INFECTED UPON POSEYS CONFESSION TO PLAINTIFF #11 ... DISCUSING HE'S INFECTED AND BEEN "WORKING IT OFF" TO PREVENT "NOT GETTING PAID FOR TIME OFF ... AND HAS BEEN BEING UNTRUTHFUL DURING FLORENCES DAILY COVID-19 SCREENINGS AT THE COMPLEX ENTERANCE THE "ENTIRE WEEK PRIOR TO" ... PLAINTIFF #11 REMEMBERS BECOMING ILL (HEAD ACHES, EYE ACHES, BODY PAIN) DURING THIS TIME FRAME AND ALSO CHOSE TO FOLLOW POSEYS LEAD AND "WORK IT OFF OUT OF FEAR OF LOSING HIS JOB & RECIEVING DISCIPLINARY SANCTIONS FOR REFUSING TO PROGRAM ('WORK') HOWEVER #11 DID FILE A GRIEVANCE THAT DIDNT CORRECT THE MATTER ...

PLAINTIFF #11 STATED "MY CREW WENT INTO ALL THE UNITS" POSEY WASNT WEARING A MASK DURING THIS TIME KNOWING HE'D GET US ALL SICK ... DURING THIS TIME FRAME PLAINTIFFS #1,2,3,4,5,6,12 ALL EXPERIENCED PAIN IN FORMS OF HEAD ACHES, EYE ACHES, BACK PAIN & FATIUGE BUT DIDNT KNOW IT WAS COVID OR FROM COVID ... HOWEVER ACCORDING TO PLAINTIFF #11 "MY CREW ENTERED PLAINTIFFS #1,2,3,4,5, 6,12's HOUSING UNITS MORE THAN A FEW TIMES FIXING THINGS & INTERACTING W/ EVERYONE ... "I DIDNT WANT TO GET POSEY INTROUBLE BECAUSE I LIKED HIM" BUT HE DID INFECT ME & WORKED INFECTED SPREADDING COVID FOR 3 WEEKS STRAIGHT, HIDING IT FROM EVERYONE AS HE WATCHED THE OUTCOME

HERE IN THIS CLAIM POSEY'S MERE PRESENCE INSIDE PLAINTIFFS PRISION IS WHAT HE DID TO HARM PLAINTIFF(s) ... POSEY NEEDED

NOT TO USE PHYSICAL FORCE OR A GUN TO VIOLATE PLAINTIFFS RIGHTS
BECAUSE HE + COVID COMBINED WAS THE DEADLY WEAPON ... BECAUSE
COVID IS HIGHLY CONTAGIOUS, LEATHAL + HARMS ITS VICTUMS
THREW THE AIR + SURFACES, JUMPING FROM PERSON TO PERSON
+ SURFACE TO PERSON RAPIDLY CAUSING SEVERE + DEADLY INJURY

WHEN POSEY CHOSE TO KNOWINGLY EXPOSE EACH PLAINTIFF TO
HIS INFECTION WITHOUT TEMPERMENT OR NOTIFYING
SECURITY OF THE THREAT ... HE SUMMAIRILY IMPOSED THE
DEATH PENALTY ON EACH PLAINTIFF IN VIOLATION OF
DUE PROCESS 8TH + 14TH AMENDS. WITHOUT LICENCE OR COURT
ORDER, ENHANCING PLAINTIFF[S] SENTENCING PERAMETERS
TO SUMMARY EXECUTIONS ... THIS WAS DONE BY POSEYS
MERE PRESENCE THREW BREATHING + TOUCHING OTHERS +
SURFACES WITH HIS ILLNESSES + ALLOWING COVID TO TAKE ITS
TOLL ... THIS IS CORPORAL PUNISHMENT ALSO VIA UNNECESSARY
INFECTIOUS DISEASE EXPOSURE, CAUSING PLAINTIFFS # 1,2,3,4,5,6,
11,12's VIOLATED RIGHTS + INJURIES

POSEY WAS USING ADCRR's OFFICIAL NON-ADHERANCE TO CDC GUIDELINES
POLICY OF NOT MASKING, QUARINTING OR SOCIAL DISTANCING AROUND
PRISONERS UNCONSTITUTIONALLY ... THIS POLICY IS KNOWN BY
ADC's POLICYMAKER DEFENDANT SHINN + CONDONED W/ DELIB. INDIFF
TO IT AND THREAT IT POSED TO THE PLAINTIFFS + WAS REFUSED
TO BE CURED BEFORE PLAINTIFFS HARM RENDERING
POSEY LIABLE IN HIS INDIVIDUAL CAPACITY FOR THE RECKLESS/
CALLOUS ACT + LIABLE IN HIS OFFICIAL CAPACITY FOR
UNCONST. USING THIS POLICY HARMING PLAINTIFFS 1,2,3,4,5,6,11 + 12
THIS POLICY IS A § 1983 UNWRITTEN ADOPTED POLICY VIA WIDESPREAD
CONDONANCE + USAGE BY ALL ADC STAFF STATE WIDE + IS
DEFICIENT IN ITS EXPRESS ... CAUSING PLAINTIFFS DAMAGES +
INJURYS ... CONSTITUTING MALICIOUS + SADISTIC USES OF EXCESSIVE
FORCE + DEADLY FORCE ... POSEYS LIABLE INDIVIDUALLY FOR
THE RECKLESS ACT SUBJECTIVELY KNOWING IT WOULD
OBVIOUSLY OCCURR + STILL DOING IT

END OF COUNT II

POSEY
EXCESSIVE FORCE                    COUNT II      PAGE 4 C

**COUNT III**

1. State the constitutional or other federal civil right that was violated: 8th & 14th Due Pro Summarily
w/o Due Pro . + Torture Victims Protection Act of 1991

2. **Count III** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____
   
   & Unn. Use of Deadly Force

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   [ See pages 5 A C ]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   [ SEE 913 P6 5A Injurys ]

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

● 5

DEF #3/ OR BRESAN

COUNT III = 4 PAGES

3. SUPPORTING FACTS :

EXCESSIVE FORCE COUNT III ... AGAINST DEFENDANT : ADCRR : WII : #3 OR BRESAN
PLACE OF INCIDENT : CENTRAL UNIT CELL BLOCK 2 + CENTRAL UNIT
ADCRR FLORENCE COMPLEX PRISION ... DATE[S] OF INCIDENT[S] :
BETWEEN NOVEMBER 2020 ... RE : EXCESSIVE FORCE + UNNECESSICARY
USE OF DEADLY FORCE (MALICIOUS + SADISTIC USE OF FORCE) +
(SUMMARRY CORPORAL + CAPITAL PUNISHMENT) VIA UNNECESSICARY
INFECTIOUS DISEASE EXPOSURE "TOUCHING THE PLAINTIFF[S]
THREW SURFACE + AIRBORNE INFECTIOUS DISEASE EXPOSURE
KNOWING IT WOULD CAUSE PLAINTIFF[S] HARM CAUSING SERIOUS +
UNKNOWN + UNFORSEEABLE INJURIES ... VIOLATING PLAINTIFF[S]
8TH + 14TH AMEND. DUE. PRO. RIGHT[S] SUMMAIRILY

CLAIMS BY PLAINTIFF[S] # 1, 2, 3, 4, 5, 6, 12, 15

    PLAINTIFF[S] REQUEST[S] FOR RELIEF : (1) $ 100,000,000.00 (MENTAL ANGUISH)
(2) $ 100,000,000.00 (EMOTIONAL DISTRESS (3) $ 100,000,000.00 (MENTAL PAIN
AND SUFFERING) (4) $ 100,000,000.00 (PHYSICAL PAIN + SUFFERRING)
(5) $ 2,500,000,000.00 (FOR VIOLATING PLAINTIFF[S] 8TH AMEND. RIGHT[S]
TO BE FREE OF EXCESSIVE FORCE) (6) $ 5,250,000,000.00 (FOR VIOLATING
PLAINTIFF[S] 8TH AMEND RIGHT[S] TO BE FREE FROM UNNECESSICARY
USE OF DEADLY FORCE (7) $ 7,560,000,000.00 (FOR VIOLATING PLAINTIFF[S]
8TH + 14TH AMEND RIGHT[S] TO BE FREE OF SUMMARRY CORPORAL PUNISHMENT)
(8) $ 9,500,000,000.00 (FOR VIOLATING PLAINTIFF[S] 8TH + 14TH AMEND. RIGHT[S]
TO BE FREE OF SUMMARRY CAPITAL PUNISHMENT) (9) $ 15,000,000,000.00
(PUNITIVE DAMAGES) (10) $ 3,500,000,000.00 (EXEMPLARY DAMAGES)
(11) $ 5,000,000,000.00 (FOR ONE MORE OR ALL PLAINTIFF[S] RESULTING
INJURIES (12) $ 2,500,000,000.00 (FOR ANY + ALL MONETARY RELIEF THE
COURT DEEMS NECESSICARY) (13) ANY AND ALL RELIEF COURT DEEM
NECESSICARY ... PER PLAINTIFF × #3 OR BRESANS INDIVIDUAL + OFFICIAL
CAPACITIES CONSECUTIVELY = $ 102,300,000,000 ——— .00 PER PLAINTIFF

PLAINTIFF[S] # 1, 2, 3, 4, 5, 6, 12, 15  RESULTING INJURIE[S] (1) UNNECESSICARY
INFECTIOUS DISEASE EXPOSURE (2) MUTATION OF DNA/RNA (3) DAMAGE TO
IMMUNE SYSTEM T + B CELLS (4) 100% BODY DAMAGE (5) LOSS OF 1-3 YEARS
OF LIFE (6) LOSS OF QUALITY OF LIFE (7) PTSD (8) MENTAL ANGUISH (9)
EMOTIONAL DISTRESS (10) MENTAL PAIN + SUFFERRING (11) PHYSICAL PAIN +
SUFFERRING (12) LONG HAUL COVID DISABILITIES (13) UNKNOWN + UNFORSEEABLE
INJURIES (14) DEPRESSION (15) HATERED (16) EXZERBATION OF PRE-EXISTING
INJURIES (17) HEAD, EYE, BODY PAIN + FATIUGE (18) COVID PNEUMONIA
('PLAINTIFF # 2') (19) FEAR OF DEATH ('PLAINTIFF # 2') (20) LOSS TASTE + SMELL
('PLAINTIFF # 2') (21) POST COVID ASTHMA/EXZERBATION ('PLAINTIFF # 2')

                              CAUSE OF ACTION
ACTING UNDER COLOR OF LAW ... DURING THE MONTH OF NOVEMBER 2020.
DEFENDANT # 3 OR BRESAN ; ADCRR ... WAS CENTRAL UNIT CELL BLOCK 2 's, ONE OF

THREE ASSIGNED SECURITY PERSONEL WITH FLOOR OFFICER DUTY, WITH JOB TO PROTECT ALL PRISIONERS FROM ANY DANGER & TO MAKE SURE NO ONE ESCAPES, BY WATCHING FROM DISTANCES, DIRECT INTERACTION & CONDUCTING 6 HOURLY SECURITY WALKS THREW ENTIRE UNIT.

IN NOVEMBER #3 OR BRESAN WAS INFECTED WITH COVID-19 AND RECKLESSLY FAILED TO QUARINTINE & CARRIED THE VIRUS INTO THE PRISION AND EXPOSED PLAINTIFF [s] 1,2,3,4,5,6,12,15 WITH COVID-19 BY TRANSMITTING IT INTO PLAINTIFF[s] MUCOUSE MEMBRANES CAUSING PLAINTIFF[s] INJURIES & UNKNOWN INJURIES THREW DIRECT & INDIRECT CONTACT & CONTAMINATING THE BUILDING BY HIS PRESENCE & UPON HIS ROUNDS INSIDE UNIT...

PLAINTIFF[s] 1,2,3,4,5,6,12,15 WERE ALL HOUSED INSIDE THE UNIT DURING THIS INCIDENT... DEFENDANT #3 OR BRESAN MADE CONTACT WITH EACH PLAINTIFF WITHOUT MASKING, DISTANCING OR WARNING OF THE DANGER TO TEMPER IT FOR A SERIES OF DAYS REPEATEDLY INTERACTING WITH EACH PLAINTIFF UPON CONVERSATIONS TRANSMITTING THE VIRUS...

DURING #3's OR BRESANS 2ND WEEK OF RECKLESSNES... BRESAN OR #3 WAS CONDUCTING HEAD COUNT AT 11AM OR 4PM AND STOPPED AT PLAINTIFFS #3,15,+2's CELLS MASKLESS CAUGHING AND SWEATING... CONTAMINATING THEIR AREAS... UPON STOPPING AT PLAINTIFF #2's CELL #3 OR BRESAN DISCLOSED THAT VERBAITUM "IM SICK" "IT'S KICKING MY ASS" "BUT MY BOSSES WONT LET ME QUARINTINE" "AND IF I DO I WONT GET PAID" "I BEEN HERE ALL LAST WEEK & NOW THIS WEEK SICK"... CAUGHING & SWEATING TRANSMITTING THE DISEASE INTO PLAINTIFF #2... CAUSING PLAINTIFF #2 TO BECOME SERIOUSLY ILL; EXPERIENCING SEVERE PAIN & FLU LIKE CONDITIONS & FEAR OF DEATH, INABILITY TO EAT, TASTE, SMELL & BREATH PROPERLY (COVID SYMPTOMS)... ABOUT 3 DAYS LATER... & RETAINED ILL FOR 10-15 DAYS...

THE FOLLOWING WEEK AFTER INFECTING PLAINTIFF #2 & EXPOSING #'s 1,3,4,5, 6,12,15... PLAINTIFFS #1 & 2 CONFRONTED #3 OR BRESAN WHERE #3 OR DREASAN ADMITTED THAT HIS COMMANDERS ALLOW STAFF PER ORDER TO WORK INFECTED AS LONG AS NOT CAUGHT, HE KNEW HE HAD COVID, DIONT WEAR MASK BECAUSE NO OFFICER EVER DOES INSIDE CB 2, DIONT QUARINTINE BECAUSE HE COULDNT AFFORD DOCKED PAY, LIED UPON THE DAILY COVID SCREENS TO GET IN THE FACILITY, HES NOT GETTING INTROUBLE IF WE GRIEVED HIM, HE KNEW HED INFECT SOMEONE & WAS SORRY & COULDNT DISTANCE BECAUSE IT PREVENTED HIM EXECUTING HIS DUTY.

HERE IN THIS CLAIM ADKRR #3/BRESAN's MERE PRESENCE FOR 3 WEEKS STRAIGHT INSIDE CB 2 INTERACTING W/ PLAINTIFFS IS WHAT HE DID TO VIOLATE PLAINTIFFS RIGHTS & HARM THEM, #3/BRESAN NEEDED

NOT TO USE PHYSICAL FORCE OR A GUN TO VIOLATE PLAINTIFF[S] #'s RIGHTS BECAUSE
HE + COVID COMBINED WAS THE DEADLY WEAPON ... BECAUSE COVID'S HIGHLY
LEATHAL + CONTAGIOUS + HARMS ITS VICTIMS THREW AIR + SURFACE TRANSMISSION
JUMPING FROM PERSON / SURFACE TO PERSON RAPIDLY SPREADDING
CAUSING SEVERE DETECTABLE + UNDETECTABLE INJURIES.

WHEN #3/BRESAN CHOSE TO KNOWINGLY EXPOSE EACH PLAINTIFF TO
COVID / HIS INFECTION WITHOUT TENPERMENT + OR NOTIFYING MEDICAL
TO AID PLAINTIFFS AFTER + DURING + BEFORE THE 21 DAY SDNT ...
SUMMAIRILY IMPOSED THE DEATH PENALTY ON EACH PLAINTIFF IN
VIOLATION OF DUE PROCESS 8TH + 14TH AMENDS ... WITHOUT JUSTIFICATION
NEED, LICENCE OR COURT ORDER ... ENHANCING EACH PLAINTIFFS
TERMS OF IMPRISIONMENT / SENTENCING PERAMETERS TO SUMMARRY
EXECUTIONS' ... DONE BY #3/BRESANS MERE PRESENCE, RECKLESSNESS
THREW BREATHING + TOUCHING THE PLAINTIFFS KNOWINGLY INFECTIOUS
WITHOUT MASKING OR WARNING + THEN ALLOWING COVID TO TAKE
ITS TOLL ... IS CORPORAL + CAPITAL PUNISHMENT + EX. FORCE +
USE OF DEADLY FORCE VIA UNNECESSICARY INFECTIOUS DISEASE
EXPOSURE ... CAUSING EACH PLAINTIFFS ENJURIES + VIOLATED
RIGHTS.

#3/BRESAN WAS USING ADC's OFFICIAL NON-ADHERANCE TO CDC GUIDANCE POLICY
OF NOT MASKING, DISTANCING, QUARINTINING AROUND PRISONERS UNCONSTITUTIONALLY
... THIS POLICY IS KNOWN BY ADC'S POLICY MAKER DEFENDANT SHINN +
CONDONED W/ DELIB. INDIFF TO IT AND THREAT POSED TO PLAINTIFF[S]
AND WAS REFUSED TO BE CORRECTED AFTER PLAINTIFF #11 FILED GRIEVANCE
ON IT ... BEFORE THESE PLAINTIFFS WERE HARMED BY THE SAME
POLICY MONTHS LATER RENDERING ADC; #3/BRESAN LIABLE IN
OFFICIAL CAPACITY FOR UNCONST. USAGE OF POLICY CAUSING PLAINTIFFS
VIOLATED RIGHTS + INJURYS ...

THIS POLICY IS UNWRITTEN 1983 ADOPTED VIA WIDESPEAD ADC USAGE
+ KNOWLEDG + INACTION OF ADC PERSONEL RESPONSIBLE TO CURE
AT ATT FLURENCE COMPLEX HEAD QUARTERS, CENTRAL UNIT HEAD QUARTERS
+ CENTRAL OFFICE HEAD QUARTERS + THE GOVERNORS EXECUTIVE
ADC HEAD QUARTERS + ADCS HEAD QUARTERS + COC HEADQUARTERS
+ ATTORNEY GENERAL HEADQUARTERS GUIDING #3/BRESAN TO HARM
EACH PLAINTIFF + IS DEFICIENT IN ITS EXPRESS ... CAUSING
PLAINTIFFS #1, 2, 3, 4, 5, 6, 12 +15's VIOLATED RIGHTS + INJURIES
CONSTITUTING MALICIOUS + SADISTIC USES OF FORCE (EXCESSIVE
+ DEADLY). #3/BRESANS LIABLE INDIVIDUALLY FOR THE RECKLESS
ACT SUBJECTIVELY KNOWING IT WOULD OBVIOUSLY OCCUR ...
AND STILL DOING IT

                                        END OF COUNT III

#3/BRESAN
EXCESSIVE FORCE          COUNT III          PAGE 56

## COUNT 4

1. State the constitutional or other federal civil right that was violated: *8ᵀᴴ e 14ᵀᴴ Summarily w/o Due Process, e Torture Victims Protection Act of 1991 (see Also 114 pg 6A)*

2. **Count 4** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   *e UNN. USE OF DEADLY FORCE*
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   *[see pgs 6-6D]*

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   *[see 116 At pg 6A]*

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes     ☐ No
   b. Did you submit a request for administrative relief on Count III?     ☒ Yes     ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☒ Yes     ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

6

VAL

## COUNT IV = 5 PAGES

3: SUPPORTING FACTS ... AGAINST DEFENDANT[s] ADC[R3]; #4 VALDEZ; #5 MCKINLEY; #6 DOE #1; #7 (RECEPTIONIST); #8 (SUPERVISOR ASSIGNMENTS); #9 (SUPERVISORS/ COMMANDERS SGTs); #10 (SUPERVISOR/COMMANDERS Lt.); #11 (SUPERVISOR/COMMANDERS CPTs); #12 (ASSOCIATE DEPT. WARDEN); #13 (DEP: WARDEN); #14 (POST FACILITY COVID POINT ADC SECURITY) + #15 (CENTURION FACILITY COVID SCREENER) + #16 ADC, CENTRAL UNIT SALLY PORT COVID SCREENER/SECURITY) ...

PLACE OF INCIDENT: FLORENCE PRISON/CENTRAL UNIT + CENTRAL UNIT CELL BLOCK 2

DATE[s] OF INCIDENT[s]: BETWEEN SUNDAY DEC 12 THREW TUESDAY DEC 14TH 2020 OR SUNDAY DEC 26TH THREW TUESDAY DEC 28TH 2020

RE: EXCESSIVE FORCE + UNNECESSCARY USE OF DEADLY FORCE (MALICIOUS + SADISTIC USE OF DEADLY FORCE) + (SUMMARY CORPORAL + CAPITAL PUNISHMENT) VIA UNNECESSCARY INFECTIOUS DISEASE EXPOSURE ; (A) ORDERING IT TO ARISE/GUIDING IT TO ARISE ('ACCOMPLICE LIABILITY') BY DEFENDANTS #5,6,7,8,9,10,11,12,13,14,15,16 ('AIDING + ABETTING/FACILITATION/SOLICITATION) ; B) COMMITTING IT BY DEFENDANT[s] #4,5,6 -- "TOUCHING PLAINTIFF[s] THREW SURFACE + AIRBORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD HARM THE PLAINTIFF[s] + VIOLATE THIER RIGHTS ... RESULTING IN SERIOUS + UNKNOWN + UNFORSEEABLE INJURY[s] ... VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND. DUE PRO. RIGHTS SUMMAIRILY

CLAIMS BY PLAINTIFF[s] #1,2,3,4,5,6,7,12,15,

PLAINTIFF[s] #1,2,3,4,5,6,7,12 + 15's RESULTING INJURIES : PLAINTIFF[s] RECIEVED ONE MORE OR ALL THE FOLLOWING INJURIES : (1) UNNECESSCARY INFECTIOUS DISEASE EXPOSURE (ALL PLAINTIFFS) (2) MUTATION OF DNA/RNA (3) DAMAGE TO IMMUNE SYSTEM T + B CELLS (4) BRAIN DAMAGE (5) LUNG DAMAGE (6) HEART DAMAGE (7) KIDNEY DAMAGE/BACK PAIN (8) LOSS OF TASTE (9) LOSS OF SMELL (10) MUSCLUAR 100% DAMAGE (11) SKELETAL 100% DAMAGE (12) TEETH DETERIATION/DECAY (13) COVID PNEUMONIA (14) 100% BODY DAMAGE (15) COGNITITAVE MEMORY + MOTOR FUNCTION DAMAGE (16) CLOSURE OF BREATHING PASSAGEWAYS (17) SEVERE PAIN/BODY CRAMPING/HEAD + EYE MIGRAINES (18) FEAR OF DEATH (18) INITIAL 2 DAYS TO 4 WEEKS OF PAIN/COLD SWEATS (19) SEVERE WEIGHT LOSS (20) HINDERANCE OF BODY/ORGAN FUNCTION (21) COMPOUNDING EXZEROATION OF PRE-EXISTING INJURYS (21) LONG HAUL+ COVID DISABILITYS (22) ANXIETY (23) DEPRESSION (24) MENTAL ANGUISH (25) EMOTIONAL DISTRESS (26) MENTAL PAIN + SUFFERRING (27) PTSD (28) POST COVID ASTHMA + COMPOUNDING EXZERBATION ASTHMA (28) PHYSICAL PAIN + SUFFERRING (29) UNKNOWN + UNFORSEEABLE INJURIES (30) LOSS OF 1-3 YEARS OF LIFE (31) LOSS OF QUALITY OF LIFE (31) FATIUGE (32) CHEST PAINS

PLAINTIFF[s] # 1,2,3,4,5,6,7,12,15's REQUESTS FOR RELIEF :
(1) $250,000,000.ºº (MENTAL ANGUISH) (2) $250,000,000.ºº (EMOTIONAL
DISTRESS) (3) $250,000,000.ºº (MENTAL PAIN & SUFFERRING) (4)
$1,000,000,000.ºº (PHYSICAL PAIN & SUFFERING) (5) $2,500,000,000.ºº
(FOR VIOLATING PLAINTIFF[s] 8TH AMEND RIGHT[s] TO BE FREE OF
EXCESSIVE FORCE) (6) $5,250,000,000.ºº (FOR VIOLATING PLAINTIFF[s] 8TH
AMEND RIGHT[s] TO BE FREE FROM UNNECESSARY USE OF DEADLY
FORCE) (7) $7,500,000,000.ºº (FOR VIOLATING PLAINTIFF[s] 8TH & 14TH AMEND
DUE PRO. RIGHT[s] TO BE FREE OF SUMMARRY CORPORAL PUNISHMENT)
(8) $10,000,000,000.ºº (FOR VIOLATING PLAINTIFF[s] 8TH & 14TH AMEND. DUE PRO.
RIGHT[s] TO BE FREE FROM SUMMARRY CAPITAL PUNISHMENT) ~~$250,000,000,000~~
(9) $25,000,000,000.ºº (PUNITIVE DAMAGES) (10) $5,000,000,000.ºº
(EXEMPLARY DAMAGES) (11) $15,000,000,000.ºº (FOR ONE MORE OR ALL
PLAINTIFF[s] INCURRED INJURIES) (12) $12,500,000,000.ºº (FOR ANY AND
ALL MONETARY RELIEF COURT DEEMS NECESSICARY (13) ~~ADAMANT~~ DOUBLE DAMAGES
(14) + AN/ALL RELIEF COURT DEEMS NECESSICARY... PER PLAINTIFF... ×
DEFENDANT[s] #'s 4,5,6,7,8,9,10,11,12,13,14,15,16 INDIVIDUAL AND OFFICIAL
CAPACITIES CONSECUTIVELY = $104,300,000,000 .ºº PER DEFENDANT
PER PLAINTIFF EACH ...

## CAUSE OF ACTION

ACTING UNDERCOLOR OF LAW... IN DEC 2020 ('12/12/2020 - 12/14/2020' OR 12/26-28/
2020')... DEFENDANTS # 4,5,6,7,8,9,10,11,12,13,14,15,16 ... AIDED EACHOTHER
IN VIOLATING PLAINTIFFS # 1,2,3,4,5,6,7,12 +15's 8TH + 14TH AMEND RIGHTS
TO BE FREE FROM EXCESSIVE FORCE, USE OF DEADLY FORCE, SUMMARRY
CORPORAL + CAPITAL PUNISHMENT IRRESPECTIVE OF DUE PROCESS
UNCONST. ENHANCING EACH PLAINTIFFS SENTENCING PERAMETERS
W/O LICENCE, JUSTIFICATION OR COURT ORDER FROM PLAINTIFFS
SENTENCING JUDGES ... RESULTING IN SERIOUS INJURYS
AFOREMENTIONED ...

ON 12/12 OR 12/26 2020. DEFENDANT ADOR; VALDEZ WAS INFECTED
WITH COVID-19 ... AND ATTEMPTED TO CALL IN BEFORE SHIFT WHILE
AT HOME BETWEEN 2AM & 5AM TO NOTIFY DEFENDANTS # ~~7~~8,
9,10,11,12,13, ~~14,15,16~~ WHOM WERE HER COMMANDERS/SUPERVISORS
AT CENTRAL UNIT WITH POWER TO ALLOW HER TO QUARINTINE ...

WHEN VALDEZ CALLED IN... SHE SPOKE TO DEFENDANT # 7 WHO
RELAYED IT ALONG THE CHAIN OF COMMAND THREW #8,9,10,11,12,13
WHOM EACH DISREGARDED IT, REFUSED TO QUARINTINE HER
+ THREATENED NOT TO PAY HER + OR FIRE HER IF SHE DIDNT
SHOW UP FOR DUTY ... UPON ONE OR MORE PHONE CALLS WHERE
VALDEZ INITIALLY REFUSED TO WORK ...

VAL... etal. EXFORCE    COUNT IV    PAGE 6B

DURING THESE CALLS VALDEZ WARNED DEFENDANTS # 7,8,9,10,11,12,13, ?
THAT SHE KNEW SHES INFECTIOUS + SYMPTOMATIC W/ COVID-19,
+ WILL INFECT CENTRAL UNIT + THE PLAINTIFFS ... AND IN RESPONSE
#7,8,9,10,11,12,13 AGREED THAT VALDEZ COULD WORK + INFECT THE
PLAINTIFFS + INSTRUCTED HER TO (A) KEEP HER MOUTH SHUT
(B) DONT WARN THE PLAINTIFFS OF WHAT THEY DID (C) NOT TO
REPORT IT (D) NOT TO ACTIVATE AN ICS (E) NOT TO TIP OFF
THE PLAINTIFFS BY REQUESTING MED. CARE FOR ET (F)
WORK ALL WEEK AND QUARINTINE AFTER WEEKS OVER
(G) THEY'D ADVISE DEFENDANTS # 14,15,16 TO ALLOW VALDEZ
INTO THE FACILITY UPON COVID SCREENS (H) THEY'D ADVISE
DEFENDANTS MCKINLEY + #6 OF IT ALL AND ADVISE THEM
TO KEEP THEIR MOUTHS SHUT + NOT REPORT IT OR ACTIVATE
I.C.S. OR REQUEST MEDICAL CARE FOR THE PLAINTIFFS TO TIP
ET OFF + WHO EVERS HARMED WILL BE DELT WITH WHEN
THEY BECOME INFECTED / SYMPTOMATIC ON A CASE BY CASE
BASIS ...

SO VALDEZ FOLLOWED DEFENDANTS # 7-13'S GUIDANCE / ORDERS
AND DID AS SHE WAS TOLD TO AN EXTENT ... AND WORKED
ALL WEEK + QUARINTINED UNTIL JAN 5TH OR AROUND THERE
2021 ...

UPON EACH ARRIVAL ON SUN, MON, TUES VALDEZ TOLD
DEFENDANTS MCKINLEY, #6, 7-13, 14,15,16 SHES INFECTED
AND THEY DISREGARDED IT AND FORGED HER COVID-19 SCREENING
RESULTS TO REFLECT SHE WASNT INFECTED OR A SECURITY
THREAT TO INMATE POPULATION / PLAINTIFFS HEALTH + SAFETY.
+ MANIPULATED HER TO JUST FOLLOW ORDERS AND QUARINTING
LATER ... SO SHE DID IT ... EXPOSING ALL THEM + THE
PLAINTIFFS EVEN INFECTING MCKINLEY ...

DURING THIS INCIDENT DEFENDANTS # 4-16 ALL HAD DUTY TO
PROTECT THE PLAINTIFS + OR CARE FOR THE PLAINTIFFS +
DUTY TO NOT PERMIT VALDEZ TO INFECT THE PLAINTIFFS
+ OR UNNECESSICARILY EXPOSE THE PLAINTIFF. SUPERVISORS
#7-13 WERE DELIB INDIFF TO IT BY GUIDING VALDEZ TO
DO IT + NOT QUARINTINING VALDEZ, MCKINLEY + #6 THE
FIRST DAY, RESULTING IN PLAINTIFFS BECOMING INFECTED
+ OR CARRIERS OF THE VIRUS ...

VALDEZ, MCKINLEY + #6 DIDNT WEAR MASKS, DISTANCE AROUND
THE PLAINTIFFS THE ENTIRE STINT ... TO TEMPER IT ...

AND INFECTED EACH PLAINTIFF BY MERE PRESENCE AND
TRANSMITION THREW MUCOUSE MEMBRAINES UPON
CONVERSATIONS ... & SECURITY WALKS & DOOR CLEARANCES

EACH PLAINTIFF WAS ATTRACTED TO VALDEZ & INTERACTED
WITH HER DAILY & SHE DIDNT NOTIFY NONE SHE WAS
INFECTED ... NOR DID MCKINLEY OR #6 AS ORDERED ...

VALDEZ & MCKINLEY QUARINTINED AT END OF WEEK
(VALDEZ W/O PAY) ... BY 2-3 DAYS LATER EACH PLAINTIFF
WAS IN SO MUCH PAIN DIEING EXPERIEUCING FLU
LIKE SYMPTOMS & THE AFOREMENTIONED INJURYS ... AND
VALDEZ IS THE SOURCE OF PLAINTIFFS INJURYS VIA
DEFENDANTS 5 - 16's AID ...

 * NOTE VALDEZ CONFESSED THIS INFO TO PLAINTIFFS #1,4,5,7,12,
& 15 AFTER THE FACT BETWEEN JAN 18TH 2020 & FEB 8TH 2021
AND APOLOGIZED ACCEPTING RESPONSIBILITY ...


DEFENDANTS #7-13 ARE LIABLE FOR PLAINTIFFS INJURYS DUE TO
DIRECT INVOLVEMENT & SUPERVISIONAL LIABILITY GUIDING IT TO
ARISE W/ DELIB INDIFF. DEFENDANTS #5 & 6, 14, 15, 16 ARE
LIABLE FOR AIDING & ABETTING AS WELL AS ARE #7-13.
VALDEZ WAS USING ADC's POLICY OF NON·ADHERANCE TO CDC
GUIDANCE UNCONSTITUTIONALLY FROM INCEPTION CAUSING
PLAINTIFFS INJURY BY NOT MASKING OR QUARINTING OR DISTANCING.
#7-13 WERE ORDERING VALDEZ TO USE THIS POLICY UNCONST.
BY NOT ALLOWING HER TO QUARINTINE, #5 & 6 AIDED
AND ABETTED IT. THIS POLICY IS KNOWN BY DEFENDANT DAVID
SHINN ADCRR POLICY MAKERS & #7-13 WHOM WERE RESPONSIBLE
FOR CURING IT, BUT DIDNT BEFORE PLAINTIFFS INJURYS
ARISED W/ DELIB & SUPERVISIONAL RECKLESS INDIFF. TO IT
AND OBVIOUS HARM IT WOULD CAUSE PLAINTIFFS CREATING
AN OFFICIAL § 1983 POLICY VIA CONDONED CUSTOMS &
USAGE & KNOWLEDGE & INACTION GUIDING VALDEZ TO USE
IT UNCONST. AND HART PLAINTIFFS ... AND DEFENDANTS
#4-16 CONSPIRED & AGREED TO DO IT ALL & DID IT
REPETITIVELY ... KNOWING IT WOULD HART PLAINTIFFS
AND VIOLATE THEIR RIGHTS ... RENDERS EJ LIABLE IN OFFICIAL
& INDIVIQUAL CAPACITIES JOINTLY & SEVERED & AS
ACCOMPLICES ... = (MALICIOUS & SADISTIC U. OF FORCE & D. FORCE SUTTABILY)
ALLOWIN VALDEZ' MERE PRESENCE ON SUNDAY, MON & TUES IS BAD WHAT
THEY DID TO HART PLAINTIFFS & VALDEZ DOING IT IS EVEN WORSE,  END OF
                                                               COUNT

VAL... et al   EX. FORCE   COUNT IV   PAGE 6 D

**D.  CAUSE OF ACTION**

**COUNT 5**

1. State the constitutional or other federal civil right that was violated: 8ᵀᴴₑ 14ᵀᴴ Summarclly W/O
Due Process, & Torture Victims Protection act of 1991 [see Also ¶ 3 At pg 7A]

2. **Count 5** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

   ☐ Basic necessities       ☐ Mail            ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion     ☐ Retaliation
   ☒ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____
   & Unnecessary Use of D. Force

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   [ See pg.s 7 - 7F ]

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   [ see ¶ 1 retal at pg 7.01

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                          ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?            ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

7

SHAW

Courts
Copy of Original Handwritten

4. Injurys Continued : PLAINTIFFS #1,2,3,4,5,6,7,11,12,15,20's Injury's [one, More e or All] ... (1) DAMAGE to immune system T+B. Cells ewe Exerbation (2) unknown e unforseeable (3) Lung Damage (4) Brain Damage (5) Heart Damage (6) Hinderance of Organs; O₂ production To 100% Body; loss Taste; loss Smell; 100% Body Damage (7) Mental Anguish (8) Emotional Distress (9) Exzerbation of pre-Existing Injuries (10) Migraine; Head; Eye; Ear Pain (11) Covid pneumonia (12) Covid Asthma (13) PTSD (14) Cognitive Memory; Motor; Rationality DisFinction (15) Back Pain or Kidney Pain (16) Stomach e Digestive Damage (17) Bone / Skeletal / Teeth Damage (18) Muscle Damage e Deteriation (19) Sore Throats (20) Fatiuge (21) Body Spasms (22) Anxiety (23) Depression (24) Hatred (25) Forced prejudicy Towards Defendant [s] (26) loss of 1-3 years of human life e or Exzerbation (27) loss of Quality of life (28) Mental Pain e Suffering (29) physical pain e suffering (30) undue Burden / hardships (31) Unknown e Unforseeable (32) Undetectable / Untraceable (33) Initial Pains flu like Symptoms (34) long Haul Covid Disabilitys] e or Exzerbation

COUNT V = ~~1~~ PAGES = 7

3. SUPPORTING FACTS ... ~~AGAINST DEFENDANT TRINITY INC AND SHAWS EVERY~~

PLACE OF INCIDENT[s] CENTRAL UNIT + CENTRAL UNIT CAFETERIA + KITCHEN / FLORENCE PRISION COMPLEX ...

DATE[s] OF INCIDENT[s] APRIL 2020 [APPROXIMATED DATES 4/1/2020 - 4/27/2020]
RE: EXCESSIVE FORCE [COUNT V] → USE OF DEADLY FORCE UNNECESSARILY
+ EXCESSIVE FORCE = ('MALICIOUS + SADISTIC USE OF FORCE) + (SUMMARRY
CORPORAL + CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS
DISEASE EXPOSURE " TOUCHING THE PLAINTIFF[s] MUCOUSE MEMBRANES
THREW SURFACE + AIR BORNE INFECTIOUS DISEASE EXPOSURE KNOWING
IT WOULD CAUSE PLAINTIFF[s] HARM + SERIOUS INJURY[s] +
UNKNOWN + UNFORSEEABLE INJURY[s] ... VIOLATING PLAINTIFF[s]
8TH + 14TH AMEND. RIGHTS SUMMAIRILY ... (SUPERVISIONAL / POLICY MAKER / STOCK HOLDER /
EXECUTIVE / EMPLOYER LIABILITY)
CLAIMS BY PLAINTIFF[s] # 1,2,3,4,5,6,7,11,12,15,20

CLAIMS AGAINST DEFENDANTS -- #17 TRINITY INC, #18 TRINITY INC;
DIRECTOR UNKNOWN NAME, #TRINITY INC DIRECTOR / ADCRR OPERATIONS
UNKNOWN NAME -- DEFENDANT #19, #20 TRINITY INC; OWNER[s] + tal
UNKNOWN NAME[s], #21 TRINITY INC.; POLICY MAKING LIABILITY UNKNOWN
NAMES, #22 TRINITY INC.; STOCK HOLDERS UNKNOWN NAME[s], #23
TRINITY INC; ~~BOARD~~ EXECUTIVE BUARD OF DIRECTORS / BOARD MEMBERS + tal
UNKNOWN NAMES, #24 TRINITY INC.; ADCRR / FLORENCE COMPLEX
HEAD MANAGER[s] UNKNOWN NAMES, #25 TRINITY INC; ADCRR / FLORENCE
COMPLEX / CENTRAL UNIT + HEAD MANAGER, #26 TRINITY INC; DEFENDANT (SHAW)
~~JOHN / JANE DOE~~ ... REQUEST FOR RELIEF; ANY AND ALL RELIEF COURT
DEE[s] NECESSICARY + ALL RELIEF AT + ... POS 7 E - G + # _____ ∞
ACTING UNDER COLOR DEFENDANT[s] #s 17-26
VIOLATED PLAINTIFF[s] 8TH + 14TH AMENDMENT RIGHTS TO BE FREE OF
EXCESSIVE FORCE + THE UNNECESSICARY USE OF DEADLY FORCE
CAUSING SERIOUS INJURY + UNKNOWN + UNFORSEEABLE INJURY[s]
AND PAIN ... ACTING UNDER COLOR OF LAW.
DEFENDANTS #s 17-26 _____ ARE DEFENDANT TRINITY INCs + SHAWS;
; OWNERS; DIRECTORS; STOCK HOLDERS; ADMINISTRATIVE BOARD MEMBERS; POLICY
MAKERS; + EXECUTIVES + SUPERVISORS OF ALL TRINITY INC CONTRACTED + NON
CONTRACTED (CIVILIAN + ADCRR) OPERATIONS AND + POSSESS POLICY
MAKING POWERS + CONTROL ALL THIER SUBORDINATE AGENTS ... WITH
DUTY AND COMPLETE RESPONSIBILITY[s] TO CREATE THIER COMPANYS
POLICYS + TO CORRECT ANY DEFICIENT PRATICE THAT FORSEEABLY
~~WITH~~ WILL CAUSE HARM TO THIER CUSTOMERS + PRISIONERS AND
VIOLATE RIGHTS ...
(* ITS ALL ON ADCRR CAMERA STATE WIDE)
HERE IN THIS CASE TRINITY INC CREATED HAZARDOUS PRATICE
OF NOT ADHERING TO CDC COVID-19 + STATE AZ + U.S.A EXECUTIVE + ADHS
ORDERS / GUIDANCE / POLICY FOR STATE AZ PRISIONS BY FAILING

SHAW    EX. FORCE    COUNT V    PAGE 7A

TO ALLWAYS (A) WEAR MASK (B) QUARINTINE UPON NOTICE OF COVID LIKE
SYMPTOMS (C) QUARINTINE AFTER CONTACTING AN INFECTED
INDIVIDUAL (D) CONDUCTING COVID-19 TESTING & TRACING AFTER
EVERY COVID-19 INCIDENT (E) SOCIAL DISTANCING (F) BEING HONEST
UPON COVID-19 DAILY ADOCR/CENTURION SCREENINGS AT
FACILITY ENTERANCES & SALLY PORT INSPECTIONS/SCREENINGS ...
CREATING UNNESSICARY DANGERS TO PRISIONERS THEY
WORK WITH INSIDE ADOCR CAFETERIAS/KITCHENS ...

AND UPON ACTUAL NOTICE DISREGARDED IT AND FAILED TO
CURE IT FOR AT LEAST 6 MONTHS BEFORE PLAINTIFF[S] INJURIES/(1)
HARM ARISED IN THIS COUNT BEING MOVING FORCES (FAULT &
CAUSATION) FOR KNOWLEDGE OF THESE HAZARDOUS PRATICES
& SUBSEQUENT INACTION WITH EXECUTIVE/STOCK HOLDER/OWNER/
EMPLOYER/SUPERVISIONAL/POLICY MAKER RECKLESS &
DELIBERATE INDIFFERENCE TO THE FORSEEABLE DANGERS
& RISKS OF HARMING PRISIONERS & VIOLATING THIER RIGHTS
BY NOT CORRECTING ITS AGENTS CREATION & USAGE OF
THIS HAZARDOUS NON-ADHEARANCE TO COVID-19
(ADOCR CDC, ADHS, U.S.A EXEC., STATE AZ EXEC, TRUMMIN ORDERS
JUST DESCRIBED ... KNOWING IT WOULD RESULT IN THE
PLAINTIFF[S] INJURIES & DAMAGES & VIOLATED RIGHTS ... CREATING
AN OFFICIAL § 1983 POLICY "MONELL" "CANTON" "FARMER"
THAT GUIDED DEFENDANT JANE/JOHN DOE #1 TO UNCONSTITUTIONALLY
EXECUTE THIS POLICY ON THE PLAINTIFF[S] DUE TO DEFENDANTS
#17-26 _____'s INDIFFERENCE & CALLOUS DISREGARD

THE PLAINTIFFS WOULDNT BEEN INJURED IF NOT FOR
THEIR INDIFFERENCES BECAUSE IN ALTERNATIVE DEFENDANTS
#17-26 _____ WOULD HAVE CURED THIS DEFICIENCY
BY PROVIDING ADDITIONAL TRAINING, GUIDANCE, CONTROL, SUPERVISION
FOR ITS AGENTS & DEFENDANT ONE #26 ON WHY ITS IMPORTANT
TO ALLWAYS FOLLOW THE GUIDELINES FOR COVID & ON WHAT
THE RESULTS COULD BE WHEN IN DISOBEADIENCE & ON THE
FACT THAT DURING THIS TIME THEIR WAS NO POSSIBLE OTHER
WAY THE PLAINTIFF[S] COULD BE EXPOSED/INFECTED WITH
COVID BECAUSE ALL PRISIONS WERE UNDER LOCK-DOWN
(NO VISITS, NO CONTACT WITH CIVILIANS OR SOCIETY) IN A CLOSED
ENVIORNMENT SECURED & STAFF IS ONLY WAY TO INFECT
THEM ... SO BY FAILING TO DO SO ... THIS ADDITIONAL DELIBERATE
INDIFFERENCE & DEFICIENT TRAINING, GUIDANCE, CONTROL, SUPERVISION
SHAW  EX. FORCE COUNT #

COMPOUNDED THE RISKS OF (A) STAFF NOT FOLLOWING THE GUIDELINES (ENDANGERING THE PLAINTIFFS) & (B) STAFF NOT BEING EQUIPPED WITH THE KNOWLEDGE & NECESSICARY SKILLS & UNDERSTANDING ON HOW DANGEROUS COVID-IS (RENDERING DOE #1 INCAPACITATED TO FOLLOW THE RULES) (ENDANGERING THE PLAINTIFFS) ...& (C) ~~DOE #1~~ ALL TRINITY AGENTS CREATION OF THE HAZARDOUS PRATICE INTO OFFICIAL TRINITY POLICY (ENDANGERING THE PLAINTIFFS) ... ALL WERE MOVING FORCES BEHIND THIS INCIDENT AND BEHIND PLAINTIFFS RESULTING & FORSEEABLE HARM & VIOLATED RIGHTS ... RENDERING ,,, DEFENDANTS #17-26 EQUALLY IF NOT MORE LIABLE FOR PLAINTIFFS INCURRED INJURYS & VIOLATED RIGHTS FOR THEIR DIRECT INVOLVEMENT / KNOWLEDGE & INACTION & ENDORSEMENT AND APPROVAL OF THESE DEFFICENCIES & CREATIONS OF THESE ADVERSE CDC, ADHS, ADCRR, AZ, U.S.A COVID-19 POLICYS & FOR THIER SUBSEQUENT EMPLOYEES ~~DOE #26~~ UNCONST USAGE ON THE PLAINTIFFS ... WHEN IN ALTERNATIVE DEFENDANTS #17-26 KNEW IT WAS A STATE-WIDE PRATICE & ~~HAD~~ THE MEANS TO RETRAIN, GUIDE, CONTROL SUPERVISE ~~DOE #26~~... BUT REFUSED TO & FAILED TO CORRECT THESE ISSUES .. KNOWING IT WOULD GUIDE ~~DOE~~ #26 VIA THEIR JOINT PROMULGATION & ~~TACIT~~ TACIT ENCOURAGEMENT TO HARM THE PLAINTIFFS ... IF NOT FOR ALL THIS DELIBERATE INDIFFERENCE THE PLAINTIFFS WOULDNT BEEN HARMED BY ~~DOE~~ #26 BECAUSE DOE #1 WOULD HAVE QUARINTINED.

ACTING UNDER COLOR OF LAW .. DEFENDANT #24, 25 ORDERED DEFENDANT ~~DOE #26~~ TO WORK INFECTED WITH COVID-19 KNOWING IT WOULD HARM THE PLAINTIFFS ... DEFENDANTS #24, 25 ARE SUPERVISORS OF ~~DOE~~ #26 AND KNEW ~~DOE~~ #26 DUTY WAS A KICHEN SUPERVISOR ...WITH TASKS TO WORK HAND IN HAND WITH PRISONERS INSIDE THE CENTRAL UNIT KITCHEN & TO ~~PASS~~ TRAYS TO PRISONERS THREW THE SERVICE WINDOW AND KNEW ~~DOE~~ #26 WOULD END UP EXPOSING ALL WORKERS AND THE PLAINTIFFS SURFACELY & AIR BORN ·AND SHOULD HAVE NEVER ORDERED ~~DOE~~ #26 TO WORK INFECTED AFTER ~~DOE~~ #26 REQUESTED LEAVE · RENDERING THEM BOTH SUPERVISIONALLY LIABLE FOR THEIR DIRECT INVOLVEMENT CAUSING THIS INJURY.
~~DOE~~ #26 IS ALSO LIABLE FOR WORKING INFECTED AND

NOT WEARING A MASK OR GLOVES THE ENTIRE 21 DAY
PERIOD DURING HER INFECTIOUS STAGES ...

ACCORDING TO DOE #26. DOE #26 HAD TO WORK INFECTED
BECAUSE HER BOSSES DEFENDANTS #24, 25 WOULDNT
LET HER TAKE OFF WORK AND WOULD FIRE HER ... SHAW
DOE #26 DISCLOSED THIS INFO TO PLAINTIFFS #5, 1
(TWICE TO PLAINTIFF #5) & (ONCE TO PLAINTIFFS #1) ...

DURING THE SECOND INTERACTION. DOE #26 WAS
ILL, CAUGHING, SMOKING A CIGCARETT BLOWING
SMOKE IN PLAINTIFFS #5, 1's FACES TELLING
HER TRUTH ... DOE #26 REMAINED ILL FOR AT
LEAST THE ENTIRE MONTH ... CONTINUIOUSLY
EXPOSING THE PLAINTIFFS TO COVID MASKLESS ...

ABOUT 2-3 DAYS PRIOR TO SHAWS CONFESSION
PLAINTIFF #5, 1 BEGAN TO EXPERIENCE COVID-19
SYMPTOMS (HEAD ACHES, EYE ACHES, BODY CRAMPS &
SPASMS) COMPOUNDING THEIR PRE-EXISTING COVID-19
INJURIES ...

DOE #26 VIOLATED PLAINTIFFS #5, 1 8TH & 14TH AMEND
RIGHTS TO BE FREE FROM EXCESSIVE FORCE &
THE UNNECESSICARY USE OF DEADLY FORCE BY
EXPOSING THEM TO COVID, AS WELL AS VIOLATED
PLAINTIFFS #1-7, 11,12,15,20 _____'s SAME RIGHTS
BY EXPOSING THEM TO COVID VIA SURFACE & AIR
BORNE TRANSMISSION THREW THE FOOD SERVICE
TRAP WINDOW THAT BLOWS OUT A STEADY SET
POWERFUL BREEZE OF AIR FROM THE KITCHEN
THREW THE WINDOW THAT CONTAMINATES BODY
PARTS (ARM, HAND) CLOTHING & FOOD & APPLIANCES
& HITS PLAINTIFFS IN FACE WHEN LOOKING INSIDE
THE TRAP ... 1

NOT MASKING, QUARINTING, DISTANCING, WEARING GLOVES & PPE,
NOT TRAINING, CONTROLING, GUIDING, SUPERVISING DOE #26,
CREATING THIS POLICY ... WASNT UNCONST. UNTIL DOE #1
USED IT ON THE PLAINTIFFS CAUSING INJURY ... DOE #26
ACTS WERE DONE SUDDAIRILY WITHOUT DUE PROCESS
IN VIOLATIONS OF BOTH 8TH & 14TH AMENDMENTS BY CAPITAL &
CORPORAL PUNISHMENT WITH INFECTIOUS DISEASE EXPOSURE
WHICH ENHANCED PLAINTIFFS SENTENCING PERAMETERS W/O
LICENSE OR COURT ORDER. CAUSING PLAINTIFFS INJURYS AT PG 401A
SHAW EX. FORCE

## REQUEST 4 RELIEF

PLAINTIFF[s] # 1,2,3,4,5,6,7,11,12,15,20    EACH SEPERATELY
REQUEST DEFENDANT[s] # 17,18,19,20,21,22,23,24,25,26,27
    THE FOLLOWING RELIEF PER DEFENDANT[s] MANY
OFFICIAL & INDIVIDUAL CAPACITES CONSECUTIVELY... PER DEFENDANT
PER PLAINTIFF... [+PER PLAINTIFFS PRIVATE CORPORATIONS] CONSECUTIVELY

• (1) ANY + ALL RELIEF COURT DEEMS NECESSICARY; + • (2) $250,000,000.⁰⁰
(MENTAL PAIN & SUFFERING) + (3) # 175,000,000.⁰⁰ (MENTAL ANGUISH)
+ (4) # 250,000,000.⁰⁰ (EMOTIONAL DISTRESS) + (5) # 1,000,000,000.⁰⁰
(PHYSICAL PAIN & SUFFERING) + (6) # 2,750,000,000.⁰⁰ (FOR ANY/ONE MORE
+ ALL PLAINTIFFS RESULTING INJURIES) + (7) # 125,000,000,000.⁰⁰ (FOR
DEFENDANT[s] 8TH AMEND VIOLATION OF UNNECESSICARY USE OF DEADLY
FORCE RESULTIN IN PLAINTIFF[s] INJURIES + VIOLATED RIGHTS) + (8) # 75,000,000,000.⁰⁰
(FOR DEFENDANT[s] 8TH AMEND VIOLATION- EXCESSIVE FORCE RESULTING IN
PLAINTIFF[s] INJURIES + VIOLATED RIGHT) + (9) # 40,000,000,000.⁰⁰ (FOR
ACCOMPLICE LIABILITY) + (10) # 40,000,000,000.⁰⁰ (FOR SUPERVISIONAL LIABILITY)
+ (11) # 100,000,000,000.⁰⁰ (EXECUTIVE LIABILITY) + (12) # 100,000,000,000.⁰⁰
(FOR EXECUTIVE LIABILITY; POLICYMAKER) + (13) # 400,000,000,000.⁰⁰
(FOR INSURER LIABILITY) + (14) # 400,000,000,000.⁰⁰ (FOR EMPLOYER LIABILITY)
+ (15) # 250,000,000,000. .⁰⁰ (PRIVATE ENTITY "MONEL" LIABILITY "TRINITY. INC
FOR ITS POLICYS CITED HEREIN COUNT V BEING MOVING FORCE BEHIND
PLAINTIFFS INJURIES VIA UNCONST USAGE BY SHAW & SUPERVISIONS/
EXECUTIVES/POLICYMAKER INDIFFERENCE TO POLICY = CONDONED CUSTOMS
(PUNITIVE + EXEMPLARY DAMAGES = 250 MIL X 2) TOTALING 500, MILLION
DOLLARS ($500,000,000,000.⁰⁰) + (16) 100% OWNERSHIP OF DEFENDANTS
TRINITY INC. STOCK/STAKES/SHARES/BONDS IN % THEY EACH POSSESS TO
BE LIENED/SIEZED & TRANSFERRED TO PLAINTIFF[s] TO EQUALLY SPLIT
TO BE EQUAL OWNERS OF TRINITY INC © (FOR ANY + ALL RELIEF COURT DEEMS
NECESSICARY [STOCK HOLDER LIABILITY] + (17) # 500,000,000,000.⁰⁰
CHARGE/BILL FOR VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND DUE PROCESS
RIGHTS SUMMAIRILY ... PER VIOLATION CONSECUTIVELY : (A) EXCESSIVE
FORCE (SUMMARY CORPORAL PUN.) ; (B) UNNECESSICARY USE OF DEADLY FORCE
(SUMMARY ATTMPT. CAPITAL PUN.) ; (C) EXCESSIVE FORCE (SUMMARY ATTMPT
CAPITAL PUN.) ; (D) UNNECESSICARY USE OF DEADLY FORCE (SUMMARY
CORPORAL PUNISHMENT) GRAND TOTALING # 2,000,000,000,000.⁰⁰
+ (18) # 99,000,000,000.⁰⁰ (PUNITIVE DAMAGES) + (19) # 99,000,000,000.⁰⁰
(EXEMPLARY DAMAGES) + (20) # 1,000,000,000,000.⁰⁰ FOR DEFENDANT[s] SUMMAIRILY
VIOLATIONS OF PLAINTIFF[s] 14TH AMEND RIGHT TO "LIFE" "INTERESTS"
CAUSING PLAINTIFF[s] TO LOSE AT LEAST 1-3 YEARS OF HUMAN LIFE
+ UNFORSEEN LIFE + (21) # 500,000,000,000.⁰⁰ FOR DEFENDANTS VIOLATING
PLAINTIFFS 14TH AMEND "LIFE" INTERESTS SUMMAIRILY CAUSING PLAINTIFFS
TO INCUR SEVERE/PERMENANT LOSS OF QUALITY OF LIFE W/O DUE PROCESS.

(22) UPON JUDGEMENT/SETTLEMENT IF DEFENDANT[s] CAN'T COVER THIS RELIEF IN CASH MONEY PLAINTIFFS EACH REQUEST IN ALTERNATE DEFENDANTS FORFIETURE OF ANY AND ALL REAL & PERSONAL PROPERTY LIENED/SIEZED/TRANSFERRD OWNERSHIP TO PLAINTIFFS TO EQUALLY SPLIT IN % THERE OWED (NOT LIMITED TO HOMES, CARS, ASSETTS, BUSINESSES) FOR ANY + ALL RELIEF COURT DEEMS NECESSICARY
+(23) DOUBLE DAMAGES

GRAND TOTALS = $ 11,439,623,000,000 (EST) × 4      ∞ (MAX DEMAND
PER DEFENDANT # 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,          EACH.
PER PLAINTIFF # 1, 2, 3, 4, 5, 6, 7, 11, 12, 15, 20          's PUBLIC BANK
ACCOUNTS + SEPERATELY SAME SUM DEMAND BY PLAINTIFFS
CORPORATION[s] TO BE GIVEN TO THE U.S. TREASURY AS A
PLEDGE ON BEHALF OF THE CELESTI QUE[s] TO PLAINTIFFS
PRIVATE TRUSTS TO + THE LEDGERS ,, THIS ACCOUNTS CONNECTED TO THEIR SSN

SO   $ 11,439,623,000,000.⁰⁰ (EST) × 4 (PLAINTIFFS PUBLIC)

+ $ 11,439,623,000,000.⁰⁰ (EST) × 4 (PLAINTIFFS PRIVATE US TRUST[s])

PER DEFENDANT # 17, 18, 19, 20, 21, 22, 23, 24, 25, 26

* PLAINTIFFS ALL RESERVE THE RIGHT TO AMEND/ADJUST/
MITIGATE/AGGRAVATE/ENHANCE/ADD TO THESE RELIEF
REQUESTS.

THE PRIVATE DEMAND IS TO BE PAID TO PLAINTIFFS U.S. TRUST (STRAW-MAN)
/U.S.A DIRECTLY TO EACH PLAINTIFFS CORPORATIONS AS A PLEDGE/
GIFT/DONATION BY EACH PLAINTIFF TO THIER PRIVATE ACCOUNTS
TO + THE PRIVATE ACCOUNTS LEDGER[s] ... THE PUBLIC DEMAND
GOES TO PLAINTIFFS DIRECTLY.

## D.  CAUSE OF ACTION

### COUNT# 6

1.  State the constitutional or other federal civil right that was violated: 8TH e 14TH Summarily w/o Due Process e Torture Victims Protection Act of 1991 [see also ¶ 1 at pg 8A]

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☒ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____
+ UNN. USE OF DEADLY FORCE

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

[see pgs 8 - 8D]

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

[see ¶ 4 At pg. 8 B]

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                  ☒ Yes    ☐ No
   b.  Did you submit a request for administrative relief on Count I?        ☒ Yes    ☐ No
   c.  Did you appeal your request for relief on Count I to the highest level?  ☒ Yes    ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

DOE #2 / MEDLEY / GONZALES            ● 8

COUNT 6 = ___5___ PAGES TOTAL

3: SUPPORTING FACTS:

EXCESSIVE FORCE COUNT 6 ... AGAINST DEFENDANT[s]: #27
(JANE/JOHN DOE #2), ~~XXXXXXXXXXXXXX~~ #28 ADCRR; LT; MARTIN
GONZALES, #29 ADCRR; SGT; MEDLEY ... PLACE OF INCIDENT:
CENTRAL UNIT ADCRR FLORENCE PRISION ... APPROXIMATE
DATE[s] OF INCIDENT: BETWEEN OCT 2022 - NOV 2022 ...
RE: EXCESSIVE FORCE + UNNECESSICARY USE OF DEADLY
FORCE (MALICIOUS + SADISTIC USE OF FORCE) + (SUMMARY
CORPORAL + ATTMPT. CAPITAL PUNISHMENT) VIA DIRECT
INVOLVEMENT (SUPERVISIONAL LIABILITY; MEDLEY; GONZALES:
ORDERING / DIRECTING THIS COUNT TO ARISE) + VIA
UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (CAUIOSLY
W/RECKLESS INDIFFERENCE KNOWING PLAINTIFF[s] HARM
WILL ARISE + CAUSE FORSEEABLE + UNKNOWN INJURIES ...
VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND RIGHTS SUMMAIRILY
CLAIM[s] BY PLAINTIFF[s] #'s 1,2,3,4,6,7,9,10,14,18,19,20

PLAINTIFF[s] REQUEST FOR RELIEF: (1) $250,000,000.00 (MENTAL ANGUISH)
(2) $250,000,000.00 (EMOTIONAL DISTRESS) (3) $250,000,000.00
(MENTAL PAIN + SUFFERRING (4) $250,000,000.00 (PHYSICAL PAIN +
SUFFERRING (5) $3,000,000,000.00 (FOR VIOLATING PLAINTIFF[s]
8TH AMEND RIGHT[s] TO BE FREE OF EXCESSIVE FORCE) (6) $5,000,000,000.00
(FOR VIOLATING PLAINTIFF[s] 8TH AMEND RIGHTS TO BE FREE FROM
THE UNNECESSICARY USE OF DEADLY FORCE) (7) $5,000,000,000.00
(FOR VIOLATING PLAINTIFF[s] 8TH + 14TH AMEND RIGHT[s] TO BE FREE
FROM SUMMARY CORPORAL PUN. W/O DUE PROCESS)
(8) $7,500,000,000.00 (FOR VIOLATING PLAINTIFF[s] 8TH + 14TH
AMEND. RIGHTS TO BE FREE OF SUMMARY ATTMPT. CAPITIAL PUN.
W/O DUE PROCESS (9) $10,000,000,000.00 (PUNITIVE DAMAGES)
(10) $1,000,000,000.00 (EXEMPLARY DAMAGES) (11) $7,500,000,000.00
(FOR ONE MORE OR ALL PLAINTIFF[s] RESULTING INJURIES
+ FUTURE + UNFORSEEN INJURIES) (12) $3,500,000,000.00
(FOR ANY AND ALL ADDITIONAL RELIEF COURT DEEMS
NECESSICARY) (13) $9,999,999.00 LIEN/RESTITUTION ORDER/
GARNISHED WAGES FROM DEFENDANT[s] MEDLEY + GONZALES
TO BE AUTO DEDUCTED OUT EACH PAY CHECK BY THIER
EMPLOYER[s] IN 20% DEDUCTIONS + AUTO/DIRECT DEPOSITED
ON TO PLAINTIFF[s] ADC BANKING ACCOUNTS FOREVER UNTIL
PAID (FOR INJURY COMPENSATION/PUNITIVE + EXEMPLARY DAMAGES
TO PUNISH EACH INDIVIDUALLY) (14) ANY + ALL RELIEF COURT
DEMS NECESSICARY (15) DOUBLE DAMAGES ...
DOE #2/MEDLEY/GONZALES    COUNT 6    PAGE 8 A

... PER PLAINTIFF PER DEFENDANT CONSECUTIVELY IN
DEFENDANTS INDIVIDUAL + OFFICIAL CAPACITIES =
~~$ 87,000,000,000.⁰⁰(881)⁰~~ PER PLAINTIFF EACH ... PER
DEFENDANT #87, MEDLEY, + GONZALES CONSECUTIVELY

PLUS

$ 9,999,999.99 ˣ² LIEN/GARNISHED WAGES/RESTITUTION FROM
GONZALES + MEDLEY PER DEFENDANT PER PLAINTIFF
CONSECUTIVELY *INCLUDES DOUBLE DAMAGES*

PLAINTIFF[S] ~~RESULTING~~ #'s 1,2,4,6,7,9,10,14,18,19,20 RESULTING
INJURIES (ONE MORE AND OR ALL) :(1) UNNECESSICARY INFECTIOUS
DISEASE EXPOSURE (2) MUTATION OF DNA/RNA (3) DAMAGE TO
IMMUNE SYSTEM T + B CELL [S] (4) 100% BODY + ORGAN + CELL
DAMAGE (5) MUSCULAR/SKELETAL DAMAGE (6) BONE DAMAGE/
BONE/TEETH DETERIATION (7) LOSS OF 1-3 YEARS OF LIFE SPANS
(8) LOSS OF QUALITY OF LIFE (9) EXZERBATION OF PRE EXISTING
MENTAL HEALTH, COVID-19, + HEATH CARE CONDITION [S] (10) PTSD
(11) MENTAL ANGUISH (12) FEAR OF DEATH (13) WHOOPING CAUGH
(14) COVID ASTHMA (15) COVID FATIUGE (16) COVID HEAD, EYE, EAR,
BODY PAIN (17) FATIUGE (18) LUNG, BRAIN, HEART, KIDNEY
DAMAGE + PAIN (19) COGNITIVE MOTOR + MEMORY DISFUNCTION
(20) MENTAL PAIN + SUFFERING (21) PHYSICAL PAIN + SUFFERING
(22) ANXIETY (23) DEPRESSION (24) LONG HAUL COVID DISABILITY
(25) LOSS OF TASTE/SMELL + OR EXZERBATION (26) HATRED
(27) UNKNOWN + UNFORSEEABLE INJURYS + HARDSHIPS

## CAUSE OF ACTION

ACTING UNDER COLOR OF LAW ... BETWEEN OCTOBER + NOVEMBER
2022 (APPROXIMATELY *NOTE ACTUAL DATE WILL BE OBTAINED
UPON DISCOVERY WHEN RECORDS ARE SUBPEONAD) ... DEFENDANTS
ADCRR ; LT GONZALES + SGT MEDLEY ORDERED DEFENDANT
#27 (DOE #2) TO VIOLATE PLAINTIFFS #1,2,4,6,7,9,10,14,18,19,20 's
8TH AND 14TH AMEND DUE PROCESS RIGHTS TO BE FREE FROM
CR. UN. PUN, CORPORAL PUN + ATTMPT. CAPITAL PUN ... SUMMAIRLY
W/O DUE PROCESS ... BY CONSPIRING W/ DOE #2, FOR DOE #2
TO KNOWINGLY WORK INFECT[IOUS] [ED]/CARRYING THE
COVID-19 VIRUS INTO CENTRAL UNIT PRISION ... KNOWING
IT WOULD VIOLATE PLAINTIFF [S] RIGHTS + HARM THE PLAINTIFFS
VIA EXCESSIVE FORCE + UNN. USE OF DEADLY FORCE ONCE
DOE #2 ~~COMMITTED THE ACT.~~

DOE #2/MEDLEY/GONZALES  COUNT 6   PAGE 8 B

AT THIS TIME GONZALES & MEDLEY (ACCORDING TO DOE #2 WERE HER/HIS SUPERVISORS W/ DUTY TO PROTECT THE PLAINTIFFS & IN CHARGE OF ASSIGHINING DOE #2 TO POST & WITH AUTHORITY TO GRANT DOE #2 TO QUARINTINE ...

DOE #2 WAS THEIR SUBORDINATE OFFICER W/DUTY TO FOLLOW ORDERS, AND BE A FLOOR OFFICER IN CELL BLOCK 7 ... W/ DUTY TO PROTECT & SECURE THE PLAINTIFF [s] ... (*PLEASE NOTE TO PROVE THIS THE MEDICAL RECORDS (FAMILY OF DOES) WILL BE SUPENAD TO SHOW THIS TRUTH)

ACCORDING TO DOE #2 UPON ADMISSION TO PLAINTIFF #1 INSIDE CELL BLOCK 7 ... THAT DURING THIS TIME FRAME DOES ~~XXXX~~ FAMILY MEMBER HAD COVID-19 ... AND DURING OFF DAYS (THURS, FRI, SAT) DOE REMAINED IN HOSPITAL BY FAMILY MEMBERS SIDE THE ENTIRE TIME. UNTIL DOE NOTIFIED MEDLEY & GONZALES OF THE ORDEAL & THREAT POSED TO THE PLAINTIFF [s] IF DOE WORKED.

ACCORDING TO DOE ... ON SATURDAY ... DOE CONTACTED BOTH MEDLEY & GONZALES REQUESTING TO BE QUARINTINED DUE TO CONTACT W/ THE ILL FAMILY MEMBER & ALSO REQUESTED LEAVE TO REMAIN BY THE FAMILY'S SIDE OUT OF LOVE & FEAR OF. LOSS ... AND EACH DISREGARDED IT ALL AND BLACKMAILED DOE TO WORK VIA DIRECT ORDER & THREATENING DOE OF DISCIPLINARY & NO PAY FOR NOT WORKING ...

ACCORDING TO DOE ... AT FIRST DOE REFUSED & NOTIFIED GONZALES & MEDLEY THAT HES CONTAGIOUS & WILL HARM THE PLAINTIFFS & IT WAS DISREGARDED. IN COUNTER GONZALES & MEDLEY ASKED DOE IF DOE EXPERIENCED SYMPTOMS AND DOE RESPONDED NO ... SO GONZALES & MEDLEY INSTRUCTED DOE TO COME TO WORK ANY WAY AND TO KEEP DOE'S MOUTH SHUT ...

ACCORDING TO DOE ... DOE HAD TO FOLLOW ORDERS & COULDNT AFFORD THE NOT BEING PAID, SO DO DID AS TOLD AND WORKED THE ENTIRE WEEK & DOE'S ASHAMED BECAUSE DOE KNOWS DOE WAS CONTAGIOUS AT THE LEAST & SPREAD THE VIRUS TO THE PLAINTIFFS UPON DIRECT & INDIRECT INTERACTION & WAS UPSET AT GONZALES & MEDLEY FOR DISREGARDING DOE'S FAMILY

DOE #2 / MEDLEY / GONZALES       COUNT 6    PAGE 8 C

CRISIS, DOES HEALTH RISK, AND THE DANGER POSED TO
PLAINTIFFS... (IS EXCESSIVE & USE OF DEADLY FORCE VIA AIRBORNE INFECTIOUS
   DISEASE EXPOSURE THREW MUCOUSE MEMBRAINES SUMMARILY)
APPROXIMATELY THAT FOLLOWING WEEK EACH PLAINTIFF
WAS EXPERIENCING COVID SYMPTOMS & SEVERE PAIN
UNABLE TO BREATH & HURTING, WITH NO CLUE OF
THE CAUSE & EXPERIENCING THE INJURYS AFOREMENTIONED
IN INJURY SECTION.

PLAINTIFF #1 LEARNED THIS INFO BECAUSE ON THE DATE
DOE #2 CONFESSED TO PLAINTIFF #1. PLAINTIFF WAS
EXPLAINING TO DOE #2 WHAT DELIBERATE INDIFFERENCE
IS BY EXAMPLING DEFENDANTS VALDEZ'S CLAIMS
AGAINST HER & SUPERVISION... UPON THIS DOE #2
HAD AN EPIFIANY AND DISCLOSED THIS COUNT
AFTER PLAINTIFF SAID EVERY ONE KEEPS GETTING
SICK AND PLAINTIFFS SICK NOW... DOE #2 THEN
ADMITTED IT WAS DOE #2's FAULT & DISCLOSED
THE INFO PROVIDED ON MEDLEY, GONZALES & THE
FAMILY INCIDENT.

UPON FINDING PLAINTIFF #1 NOTIFIED DOE #2
HE'D BE SUING DOE #2, MEDLEY & GONZALES FOR
THIS INCIDENT... AND DOE #2 SAID OK... AND THAT
DOE #2 WAS SORRY AND WISH IT DIDNT HAPPEN.

*THIS IS WEAPONIZING DOE #2 & COVID-19 BY SUPERVISORS
GONZALES & MEDLEY W/ UTTER DISREGARD FOR THE
OBVIOUS HARM THAT WOULD ARISE TO PLAINTIFFS,
BEING THE MOVING FORCE BEHIND THIS INJURY, & THEN
DOE #2 COMMITTING IT COMPOUNDS (AGGRAVATES) IT.
THIS WAS PRE PLANNED & PREVENTABLE, BUT WASNT.
RENDERING ED ALL LIABLE AS ACCOMPLICES & GONZALES &
MEDLEY LIABLE SUPERVISIONALLY FOR GUIDING IT TO
OCCUR & NOT CONTROLLING DOE #2... THIS WAS DONE
SUMMARILY W/O DUE PROCESS, ENHANCING PLAINTIFFS
SENTENCING PERAMETERS W/O LICENCE OR COURT ORDER.

DOE #2 WAS UNCONSTITUTIONALLY USING ADC CRS POLICY
OF DISOBEDIANCE TO STATE/FEDERAL/CDC/ADHS
PRISION COVID-19 POLICY, MANDATES & GUIDANCE BY
WORKING  INFECTIOUS, NOT MASKING & DISTANCING
THIS IS THE SAME POLICY USED IN EACH COUNT, RENDERS ED
LIABLE IN ALL CAPACITIES FOR PLAINTIFFS INJURIES AS
ACCOMPLICES. DOE/MEDLEY/GONZA COUNT 6 PAGE 8 D

END OF COUNT 6

## D.  CAUSE OF ACTION

### COUNT # 7

1. State the constitutional or other federal civil right that was violated: 8ᵗʰ ℓ 14ᵗʰ Summarrily w/o ~~Due Process~~ e Torture Victims Protection Act of 1991

2. **Count #7** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

   *+ UNNECESSICARY USE OF DEADLY Force*

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   [See PGS 9-9E]

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   [See PG 1 PG 9E] [see ALSO pg ▓▓▓ 9B PG 4 ]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.
   _____

● 9

DOE #2 + #3 / GONZALES / MEDLEY  part 8A

COUNT 7 : __6__ TOTAL PAGES

SUPPORTING FACTS:

EXCESSIVE FORCE COUNT 7 ... AGAINST DEFENDANT[s] : ADCRR ; + ADCRR; DIRECTOR
SHINN ; LT. MARTIAN GONZALES ; SGT. MEDLEY ; ⑳ JOHN/JANE DOE #2 (DOE #2)
; JOHN/JANE DOE #3 (DOE #3)... PLACE OF INCIDENT :
CENTRAL UNIT ADCRR PRISION ... DATE [s] ('APPROX') OF INCIDENT[s]
: BETWEEN DEC. 1ST 2021 + JAN 8TH 2022 ... RE: EXCESSIVE
FORCE + UNNECESSICARY USE OF DEADLY FORCE ( MALICIOUS +
SADISTIC USE[s] OF FORCE ) + (SUMMARRY CORPORAL + ATTMPT.
CAPITAL PUNISHMENT ) VIA UNNECESSICARY INFECTIOUS
DISEASE EXPOSURE ; "TOUCHING THE PLAINTIFF[s] THREW
SURFACE + AIR BORNE INFECTIOUS DISEASE EXPOSURE
KNOWING IT WOULD CAUSE PLAINTIFF [s] HARM + SERIOUS
KNOWN + UNKNOWN INJURIES + VIA DIRECT INVOLVEMENT
(SUPERVISIONAL /ACCOMPLICE LIABILITY "MEDLEY + GONZALES"
ORDERING IT /DIRECTING IT /GUIDING IT TO OCCURR)... VIOLATING
PLAINTIFF [s] 8TH + 14TH AMEND DUE PROCESS RIGHTS SUMMAIRILY
W/O COURT ORDER OR LICENCE OR NECESSITY ... WITH
RECKLESS INDIFFERENCE CALLOUSLY W/ UTTER DISREGARD
FOR PLAINTIFF [s] LIVES ...

CLAIM[s] BY PLAINTIFF [s] #: 1,2,4,6,7,9,10,14,18,19,20

PLAINTIFF [s] REQUEST FOR RELIEF : (1) ANY AND ALL RELIEF COURT
DEEMS NECESSICARY NOT REQUESTED HEREIN ... (2) # 1,000,000,000.ºº
(MENTAL ANGUISH) (3) # 1,000,000,000.ºº (EMOTIONAL DISTRESS)
(4) # 1,000,000,000.ºº (MENTAL PAIN + SUFFERRING) (5) # 3,000,000,000.ºº
(PHYSICAL PAIN + SUFFERRING (6) # 4,000,000,000.ºº (FOR VIOLATING
PLAINTIFF [s] 8TH AMEND RIGHT[s] TO BE FREE OF EXCESSIVE FORCE)
(7) # 15,000,000,000.ºº (FOR VIOLATING PLAINTIFF[s] 8TH AMEND RIGHT[s]
TO BE FREE FROM THE UNNECESSICARY USE OF DEADLY FORCE
(8) # 15,000,000,000.ºº (FOR VIOLATING PLAINTIFF [s] 8TH + 14TH
AMEND RIGHT[s] TO BE FREE FROM SUMMARY CORPORAL PUNISHMENT
W/O DUE PROCESS ) (9) # 25,000,000,000.ºº (FOR VIOLATING PLAINTIFF[s]
8TH + 14TH AMEND RIGHT [s] TO BE FREE FROM SUMMARRY ATTMPT
CAPITAL PUNISHMENT W/O DUE PROCESS ) (10) # 50,000,000,000.ºº
(PUNITIVE DAMAGES) (11) # 50,000,000,000.ºº (EXEMPLARY DAMAGES)
(12) # 50,000,000,000.ºº (FOR ONE MORE AND OR ALL PLAINTIFF [s]
RESULTING ACTUAL + FUTURE + UNFORSEEN INCURRED INJURIES)
(13) # 125,000,000,000.ºº FOR ANY AND ALL ADDITIONAL RELIEF
COURT DEEMS NECESSICARY (14) # 100,000,000.ºº LIEN (REAL +
PERSONAL PROPERTY) / + RESTITUTION ORDER / GARNISHMENT OF
DOE #2 + 3 /MEDLEY/GONZALES   COUNT 7   PAGE 9 A

WAGES FROM DEFENDANT[s] MEDLEY & GONZALES' PAYCHECKS (ADCRR SHINN)
IN SUM OF 20% DEDUCTIONS PER CHECK BY EMPLOYER AUTO-
-MATICALLY & DIRECT DEPOSITED ONTO PLAINTIFF[s] ADC
BANKING TRUST PRISON ACCOUNT[s] FOREVER UNTIL PAID
& IF NOT PAID LIEN/SIEZURE OF ANY AND ALL REAL &
PERSONAL PROPERTY (FOR INJURY COMPENSATION/PUNITIVE
& EXEMPLARY DAMAGES TO PUNISH BOTH INDIVIDUALLY)
(15) DOUBLE DAMAGES ... PER DEFENDANT[s] INDIVIDUAL &
OFFICIAL CAPACITIES CONSECUTIVELY = #680,000,000,000 ∞
PER DEFENDANT #27 #30 ADCRR; MEDLEY & ADCRR; GONZALES; SHINN
CONSECUTIVELY PER PLAINTIFF CONSECUTIVELY (INCLUDES DOUBLE
                    PLUS                          DAMAGES)

#100,000,000,00 LIEN/GARNISHWAGES/RESTITUTION OR
SIEZURE OF ANY & ALL REAL & PERSONAL (ADCRR & GONZALES'SHINN
& MEDLEYS) PROPERTY TO COMPENSATE PLAINTIFFS
EACH PER DEFENDANT

PLAINTIFF[s] #'s 1,2,4,6,7,9,10,14,18,19,20 _____ RESULTING
INCURRED INJURIES (ONE MORE & OR ALL): (1) UNNECESSICARY
INFECTIOUS DISEASE EXPOSURE (2) COVID-19 INFECTION (3)
MUTATION OF DNA/RNA (4) DAMAGE TO IMMUNE SYSTEM T&B
CELL[s] (5) 100% ORGAN, BODY, CELL, TISSUE DAMAGE[s] (6) 100%
MUSCULAR/SKELETAL DAMAGE[s] (7) BONE/SKELETAL 100%
DAMAGES (TEETH, BODY) (8) DETERIATION & WEAKENED (8)
LOSS OF 1-3 YEARS OF HUMAN LIFE SPANS (9) LOSS OF QUALITY
OF LIFE (10) EXZERBATION OF PRE-EXISTING COVID/MENTAL
HEALTH/MEDICAL INJURIES (11) PTSD (12) FEAR OF DEATH
(13) HOPELESSNESS (14) ANXIETY (15) DEPRESSION (16) HATRED
FOR GONZALES & MEDLEY (17) SORE THROATS (18) COVID PNEUMONIA
(19) HEAD, EYE, EAR, BODY PAIN (20) CLOSING OF NASAL &
LUNG BREATHING PASSAGEWAYS (21) LOSS OF TASTE &
OR SMELL & OR EXZERBATION (22) BRAIN DAMAGE (23) LUNG
DAMAGE (24) KIDNEY DAMAGE (25) FATIGUE (26) WHOOPING
CAUGHT (27) COVID ASTHMA OR EXZERBATION (28)
COGNITIVE MOTOR & MEMORY DISFUNCTION (29) INABILITY
TO BREATH AT 100% CAPACITY (30) INITIAL PAIN & FEAR
(31) UNKNOWN & UNFORSEEABLE INJURIES (32) MENTAL ANGUISH
(33) EMOTIONAL DISTRESS (34) MENTAL PAIN & SUFFERRING
(35) PHYSICAL PAIN & SUFFERRING (36) LONG HAUL COVID
DISABILITY[s] & OR EXZERBATION (37) UNFORSEEABLE HARDSHIPS

DOE #2,3 / GONZALES/MEDLEY/SHINN     COUNT 7     PAGE 9 B

## CAUSE OF ACTION

ACTING UNDER COLOR OF LAW ... BETWEEN APPROXIMATELY DECEMBER 1ST 2021 AND DECEMBER 25TH 2021 ... DEFENDANT[s] DOE[s] #2 +3 ; SHINN AND ADCRR ; GONZALES + ; MEDLEY AIDED EACHOTHER IN VIOLATING THE PLAINTIFF[s] #'s: 1,2,4,6,7,9,10,14,18,19,20        8TH + 14TH AMEND RIGHTS SUMMAIRLY W/O DUE PROCESS OF LAW TO BE FREE FROM CR + UN. U. PUN + SUMMARY CORPORAL + ATTMPT. CAPITAL PUNISHMENT RESULTING IN PLAINTIFF[s] INJURYS AFOREMENTIONED RENDERING EM ALL LIABLE AS ACCOMPLICES UNDER ACCOMPLICE LIABILITY + CONSPIRACY USCS § 1983 (9TH CIR) GUIDELINES ...

ACCORDING TO DOE #2 ... UPON CONFESSION TO PLAINTIFF #1 INSIDE CENTRAL UNIT CB-7 AFTER DOE #2 CAME BACK FROM QUARINTINE AFTER CHRISTMAS 2021 ... PLAINTIFF #1 ASKED DOE #2 "HOW WAS DOE #2's CHRISTMAS VACATION"... LATER THAT AFTERNOON DOE #2 NOTIFIED PLAINTIFF #1 THAT DOE #2 WAS NOT ON VACATION BUT ON QUARINTINE DUE TO DOE #3 WORKING INFECTED PER DEFENDANTS MEDLEYS + GONZALES' (THEIR SUPERVISORS DIRECTION/ DIRECT ORDERS) ...

DOE #2 EXPLAINED THAT "THEY" (GONZALES + MEDLEY) "DID IT AGAIN ("MADE DOE #2 WORK INFECTED VIA BLACKMAIL OF NO PAY FOR QUARINTING + DISCIPLINARY SANCTIONS") SO DOE #2 DID IT ...

DOE #2 EXPLAINED THAT THE 2 WEEKS PRIOR TO CHRISTMAS THAT ... DOE #3 LEARNED DOE #3 WAS INFECTIOUS/ COVID SYMPTOMATIC ... AND DOE #3 REPORTED IT TO GONZALES + MEDLEY AND DISREGARDED + WAS FORCED TO WORK CB-7 INFECTED FOR THE ENTIRE WORK WEEK ... AND UPON THAT WEEKEND DOE #3 TESTED POSITIVE FOR COVID-19 AT A HOSPITAL OR DOCTORS OFFICE OR THREW ADC/CENTURIONS TESTS ... AND IMMEDIATELY NOTIFIED DOE #2 ... SO DOE #2 CONTACTED GONZALES + MEDLEY REQUESTING QUARINTINE DUE TO THE OBVIOUSNESS OF BEING IN CONTACT W/ DOE #3 ALL WEEK POSED RISK OF HARMING THE PLAINTIFFS ... AND WAS DISREGARDED BY GONZALES + MEDLEY ... AND GONZALES + MEDLEY THREATENED DOE #2 THAT IF HE FAILED TO REPORT FOR DUTY ANY WAY THAT DOE #2 COULD TAKE AS MUCH TIME OFF AS NEEDED W/O PAY, SO DOE #2 FOLLOWED ORDERS AND REPORTED

ADC   DOE 2,3, GONZ, MED, SHINN        COUNT 7        PAGE 9 C

AS INSTRUCTED ON SUNDAY, MONDAY, TUES & WENDS. AND
WAS IN THE HOSPITAL ON DEATH BED ON THURS WITH
COVID-19 & A 104° TEMPERATURE IN SEVERE PAIN ...

DURING THIS 2 WEEK PERIOD DOE #3 WAS ASSIGNED
DUTY AS CONTROL ROOM OFFICER, WORKING UPSTAIRS &
DOWNSTAIRS INTERACTING WITH ALL THE PLAINTIFFS
THREW THE SERVICE WINDOW & ON BREAK CONTAMINATING
EVERYTHING & DOE #2.

DOE #2's DUTY WAS FLOOR OFFICER, W/ DUTY TO PROTECT
& SECURE THE PLAINTIFFS BY CONDUCTING HOURLY WALKS ...
AFTER BEING INFECTED BY DOE #3, DOE #2 REMAINED
ON DUTY KNOWINGLY AS DID DOE #3, WITHOUT QUARINTINING
MASKING OR DISTANCING UNCONST. USING ADCRRS
POLICY OF NOT FOLLOWING CDC & STATE & FEDERAL
COVID POLICYS FOR STATE PRISIONS BEING MOVING
FORCES BEHIND THIS INJURY ... AND GONZALES & MEDLEY
(SUPERVISIONAL INDIFFERENCE / AND DIRECT INVOLVEMENT)
GUIDED THIS INCIDENT TO ARISE CALLOUSLY ...

DOES #3 & 2 BOTH EXPOSED EACH PLAINTIFF #1,2,4,9,10,14,18,19,20
6,7 ────────── TO COVID 19 REPEATEDLY THREWOUT THIS
2WEEK EVENT. ALL DEFENDANTS KNEW DOE #3 & 2
WERE CONTAGIOUS & WOULD HARM PLAINTIFFS
& WERE DELIB INDIFF TO IT.
THIS WAS PRE-PLANNED BY ALL 5 & COULD BEEN AVOIDED
BUT WASNT. AND BECAME UNCONST. UPON THE 2WEEK
PERIOD DOE #3 & 2 COMMITTED THE PRE PLANNED ACT[S]
AND INFECTED / EXPOSED / HARMED THE PLAINTIFFS.
VIA DIRECT & INDIRECT INFECTIOUS DISEASE EXPOSURE ..
AFORE MENTIONED ...

THIS IS A DUE PROCESS VIOLATION & 8TH AMEND VIOLATION
SUMMAIRILY BECAUSE THE DEFENDANTS CONSCIOUSLY
AGREED TO ENHANCE PLAINTIFF[S] TERMS OF IMPRISIONMENT
WEAPONIZING DOE #2 & 3 & COVID-19 TO SUMMAIRILY
CORPORALLY & ATTMPT. CAPITALLY PUNISH THE PLAINTIFFS
WITH THE DEATH PENALITY VIA EXCESSIVE FORCE &
DEADLY FORCE ... KNOWING COVID IS LEATHAL &
EXTREMELY CONTAGIOUS & WOULD HARM THE PLAINTIFFS ...
VIA DOES #2 & 3's MERE PRESENCE INFECTIOUS.

ACCORDING TO DOE #2 ... ITS RESPONSIBLE FOR CAUSING
CB6 & 7's AND POSSIBLY THE UNITS DEC 2021 COVID OUTBREAK

ADC, DOE 2,3, GONZ, SHINN, MEDLEY    CONT 7    PAGE 9D

RESULTING FROM e
DURING THIS EVENT PLAINTIFFS #'s 1,2,4,6,7,9,10,14,18,19,20
EACH BECAME COVID-SYMPTOMATIC, EXTREMELY ILL,
EXPERIENCING EXTREME PAIN, DISTRESS, FEAR OF
DEATH, LOSS OF SENCES, HEAD ACHES, FEVER LIKE
CONDITIONS, INABILITYS TO BREATH e NUMEROUS MEDICAL
COMPLICATIONS AFOREMENTIONED IN INJURY SECTION
AND IT ALL WAS AVOIDABLE IF SUPERVISORS MEDLEY
e GONZALES DIDNT FAIL THE PLAINTIFFS AND ALLOW/FORCE
DOE #2 e 3 TO INFECT THEM e ALTERNATIVELY
QUARINTINED BOTH WITH PAY W/O BULLYING e BLACKMAIL.

THIS POLICY OF BULLYING e BLACKMAIL IS AN OFFICIAL
ADOC e OR UNWRITTEN POLICY FALLING UNDER COMRADERY
USED BY ALL STAFF e SUPERVISORS TO IMPOSE e BULLY
SUBORDINATES TO DO AS THIER TOLD AND IS THE
MOVING FORCE BEHIND PLAINTIFFS INJURYS USED
UNCONST. BY THIS CLAIM W/ DELIB INDIFF.

BOTH POLICYS OF BULLYING e BLACKMAIL e NON ADHERANCE
TO CDC GUIDANCE FOR PRISIONS IS CONDONED e USED
STATE (AZ) WIDE AT TIME OF EVENT AND POLICY MAKER
DEFENDANT SHINN IS DELIB INDIFF. TO IT AS WELL
AS WERE/ARE SUPERVISORS MEDLEY e GONZALES AND
GUIDED PLAINTIFFS HARM TO ARISE e IN ALTERNATIVE
WAS CURABLE e AVOIDABLE BY SIMPLY CORRECTING
IT BY NOT DOING IT e FOLLOWING CDC GUIDANCE
BUT NO DEFENDANT DID ... THIS IS SHINNS POLICY
RENDERING SHINN ALSO LIABLE FOR THIS INJURY

EACH DEFENDANTS LIABLE IN ALL CAPACITYS FOR
UNCONST USAGE OF THE POLICYS CAUSING PLAINTIFFS
INJURYS ... KNOWING IT OCCURR ...

SHINN, GONZALES, MEDLEY ARE ALSO LIABLE FOR
FAILING TO CORRECT THESE POLICYS OF OMISSION
UPON REPEATED NOTICE FROM THE PLAINTIFFS
BEFORE THIS INCIDENT ARISED ...

IF NOT FOR THIER SUPERVISIONAL/POLICYMAKER/
DELIB/RECKLESS/CALLOUS INDIFF. PLAINTIFFS WOULDNT
BEEN HARMED "FARMER" "CANTON" BOTH MOVING FORCES
RENDERS ALL DEFENDANTS LIABLE IN ALL CAPACITYS
FOR PLAINTIFFS VIOLATED RIGHTS e INJURYS e UNCONST USAGE OF POLICYS
CAUSING INJURY

## D.  CAUSE OF ACTION

### COUNT # 8

1.  State the constitutional or other federal civil right that was violated: _8TH & 14TH Summarily_
_W/O Due Process & Torture Victims Protection Act of 1991 (see Also #13 pg. 10 A)_

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities                    ☐ Mail                    ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings        ☐ Property            ☐ Exercise of religion      ☐ Retaliation
    ☒ Excessive force by an officer   ☐ Threat to safety    ☐ Other: _____
    & Unn Use of D. Force

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

(see pgs 10 - 10E)

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

(see #7 pg 10 A - #1 pg 10B)

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                         ☒ Yes        ☐ No
    b.  Did you submit a request for administrative relief on Count I?        ☒ Yes        ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?    ☒ Yes        ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

SHAW PRT 2

COUNT 8 : _8_____ TOTAL PAGES

SUPPORTING FACTS : PLACE OF INCIDENT [S] : CENTRAL UNIT + CENTRAL UNIT CAFETERIA AND KITCHEN / FLORENCE PRISION.

DATE [APPROX] OF INCIDENT [S] JAN - FEB 2022 (DATE WILL BE PROVIDED IN PLAINTIFF [S] WITNESS (REDACTED NAMES) AFFIDAVIT (WITNESS WAS KITCHEN WORKER UPON INCIDENT TIME FRAME).

RE : EXCESSIVE FORCE + USE OF UNNECESSICARY FORCE (MALICIOUS AND SADISTIC FORCE) + (SUMMARRY CORPORAL + ATTMPT. CAPITAL PUNISHMENT) VIA UNNECESSICARY INFECTIOUS DISEASE EXPOSURE "TOUCHING PLAINTIFF [S] MUCOUSE MEMBRAINES THREW REPEATED SURFACE + AIRBORNE INFECTIOUS DISEASE EXPOSURE KNOWING IT WOULD HARM THE PLAINTIFFS WITH SERIOUS + UNKNOWN INJURIES ... VIOLATING PLAINTIFF [S] 8TH + 14TH AMEND DUE PROCESS RIGHTS SUMMAIRILY W/O DUE PROCESS ...

DEFENDANT TRINITY INC. SHAW WAS UNCONST USING TRINITY INC/ ADC2RS POLICY OF NOT FOLLOWING STATE PRISION COVID-19 CDC [STATE] + FED EXECUTIVE GUIDELINES (MOVING FORCE "CANTON") BEHIND PLAINTIFFS INJURYS RENDERING TRINITY + DEFENDANTS _17-26_____  MONELL / SUPERVISIONAL) EXECUTIVE / POLICYMAKER / EMPLOYER] STOCK HOLDER LIABLE FOR BEING INDIFF. TO THE POLICY + FAILING TO CORRECT IT BEFORE PLAINTIFFS HARM ARISED FOR GUIDING THIS INCIDENT TO ARISE VIA PRIOR KNOWLEDGE + INACTION + CONDONING THIS POLICY STATE (AZ) WIDE CREATING AN OFFICIAL UNCONST POLICY + MOVING FORCE BEHIND INJURY. RENDERING ALL ACCOMPLICE LIABLE . IN ALL CAPACITIES.

CLAIMS BY PLAINTIFF [S] #'S 1,2,4,7,9,6,10,14,18,20

CLAIMS AGAINST DEFENDANT [S] : #17 TRINITY INC , #18 TRINITY INC DIRECTOR , #19 TRINITY INC/ADC2R DIRECTOR , #20 TRINITY INC [S] OWNER [S] , #21 TRINITY INC POLICY MAKING COMMITY , #22 TRINITY INC STOCK HOLDER [S] , #23 TRINITY INC [S] BOARD OF DIRECTORS , #24 TRINITY INC ; ADC2R / FLOURENCE COMPLEX HEAD MANAGER [S] , #25 TRINITY INC's ADC2R CENTRAL UNIT [S] HEAD MANAGER , #26 TRINITY INC ; SUPERVISOR ; MRS. SHAW (~~AKA XXXXXXXXXXXXXX~~)

REQUEST FOR RELIEF ; ANY AND ALL RELIEF (COURT DEEMS NECESSICARY + ALL RELIEF REQUESTED AT PG5 10E - 10G

PLAINTIFF [S] # ; _1,2,4,7,9,6,10,14,18,20_____ RESULTING INJURIES (ONE MORE AND OR ALL) : (1) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (2) COVID-19 INFECTION / EXZERBATION (3) MUTATION OF DNA/ RNA EXZERBATION (4) DAMAGE TO IMMUNE SYSTEM T + B CELL [S] (5) 100% ORGAN / BODY / CELL / TISSUE DAMAGE [S] (6) 100% MUSCULAR + SKELETAL DAMAGE [S] (7) 100% BONE / SKELETAL DAMAGE [S] TEETH / BONE WEAKENING + DETERIATION (8) LOSS OF 1-3 YEARS OF LIFE SPANS (9) LOSS OF

QUALITY OF LIFE + EXZERBATION (10) EXZERBATION OF PRE-EXISTING COVID/MENTAL HEALTH/MEDICAL INJURY[s] (11) PTSD (12) FEAR OF DEATH (13) HOPELESSNESS (14) ANXIETY (15) DEPRESSION (16) HATRED FOR TRINITY INC (17) SORE THROATS (18) COVID PNEUMONIA (19) HEAD, EYE, EAR, BODY ACHING (20) CLOSING OF NASAL + BREATHING PASSAGEWAYS (21) LOSS OF TASTE OR + SMELL + OR EXZERBATION (22) BRAIN DAMAGE (23) LUNG DAMAGE (24) KIDNEY DAMAGE (25) HEART DAMAGE (26) FATIUGE (27) WHOOPING CAUGH (28) COVID ASTHMA (29) OR EXZERBATION (29) COGNITIVE MOTOR + MEMORY DISFUNCTION + OR EXZERBATION (30) INABILITY TO FUNCTION + BREATH 100% CAPACITY (31) INITIAL PAIN + FEAR OF DEATH (32) UNKNOWN + UNFORSEEABLE INJURIES + HARDSHIPS (33) MENTAL ANGUISH (34) EMOTIONAL DISTRESS (35) MENTAL PAIN + SUFFERING (36) PHYSICAL PAIN + SUFFERRING (37) LONG HAUL COVID DISABILITIES + EXZERBATION

<u>CAUSE OF ACTION</u>

ACTING UNDER COLOR OF LAW... BEFORE, DURING + AFTER THIS INCIDENT ARISED DEFENDANT[s] #'s 17,18,19,20,21,22,23,24,25,26 ARE DEFENDANT SHAWS + TRINITY INCS OWNERS; DIRECTORS; STOCK HOLDERS; EMPLOYERS; INSURERS; STOCK HOLDERS; ADMINISTRATIVE BOARD MEMBERS; POLICY MAKERS; EXECUTIVES AND SUPERVISORS OF ALL TRINITY INCS CONTRACTED + NON CONTRACTED (CIVILIAN + NON-CIVILIAN) OPERATIONS AND OR POSSESS POLICY MAKING POWERS + CONTROL ALL SUBORDINATES AGENTS OPERATIONS... WITH DUTY + COMPLETE RESPONSIBILITY[s] TO CREATE THIER COMPANY POLICYS, PRATICES + PROCEDURES + TO CORRECT ANY DEFICIENCIES THAT FORSEEABLY WILL CAUSE HARM TO THEIR CUSTOFIERS + PRISIONERS THEY SERVE + THAT'LL VIOLATE RIGHTS...

HERE IN THIS CASE IS ENFURTHERANCE OF COUNT 5 (SHAWS 1ST INCIDENT) AND OBVIOUSLY WASNT CORRECTED BY NONE OF THESE DEFENDANTS UPON NOTIFICATION BY THE PLAINTIFFS IN GRIEVANCES RE THE 1ST INCIDENT... WHICH IN SHORT TRINITY CREATED HAZARDOUS PRATICE OF NOT ADHERING TO STATE PRISION COVID POLICYS MANDATES + EXECUTIVE ORDERS (STATE, CDC, ADHS, USA EXECUTIVE) TO ALWAYS MASK, DISTANCE, QUARINTINE + BE HONEST UPON COVID-19 SCREENINGS... BY FAILING TO FIX THE TRINITY STATE WIDE STAFFING ISSUE OF DISOBEADIENCE TO THE STATE PRISION COVID-19 POLICY INSTALLED TO PREVENT LAWSUITS SUCH AS THIS TO PROTECT DEFENSELESS PRISIONERS SUCH AS PLAINTIFFS HERE. THIS DELIB. INDIFF.

TO SHAWS 1ST INCIDENT & THE STATE WIDE PRATICE OF
NON ADHERANCE ENFURTHERED/FOSTERED TRINITYS
CREATION AND CONDONANCE OF THE PRATICE CREATING
AN OFFICIAL 3 1983 MONELL "CANTON" "FARMER" POLICY
VIA USAGE/KNOWLEDGE & INACTION OF DEFENDANTS
17-26 — — — — — & THIER DELIB
INDIFF. TO IT ... KNOWING THE POLICY & INACTION WOULD
GUIDE SHAW TO HARM PLAINTIFFS AGAIN AND VIOLATE
PLAINTIFFS RIGHTS RESULTING FROM THIER CALLOUS DISREGARDS.

IF NOT FOR THEIR DISREGARD & INDIFFERENCE[S] THE PLAINTIFFS
WOULDNT BEEN INJURED BY SHAW THE 2ND TIME ... BECAUSE
IN ALTERNATIVE DEFENDANTS # 17-26 — — — WOULD
HAVE CURED THIS DEFICENCE & CREATED DANGER BY
PROVIDING ██████, ADDITIONAL TRAINING, GUIDANCE, CONTROL,
SUPERVISION FOR ITS AGENTS & SHAW (STATE/COUNTRY WIDE)
ON WHY ITS IMPORTANT TO FOLLOW THE PRISION COVID-19
GUIDELINES AT ALL TIMES & WHAT THE RESULTS COULD BE
WHEN NOT DONE (BEING FIRED & OR HARMING THE PLAINTIFFS)
& ON THE FACT THE NEW STRAINS OF COVID RE-INFECT
PEOPLE REGARDLESS OF VACCINATED & BOOSTED
& HOW HARMING A PRISIONER AGAIN WOULD RESULT IN
CIVIL & OR CR. LIABILITY ON ALL PARTIES/PARTNERS ...
AND IF THEY DID THIS BEFORE THIS EVENT SHAW
WOULDNT HARMED US BUT THEY DIDNT BUT COULD HAVE
IN ALTERNATIVE TO TURNING BLIND EYES ... RENDERS E7
LIABLE FOR PLAINTIFF[S] INJURIES & VIOLATED RIGHTS
AND THEY ALSO COULD HAVE FORCED ALL SUBORDINATES
TO WEAR MASK, QUARINTINE & DISTANCE, COULD HAVE
BUT DIDNT KNOWING PLAINTIFFS WOULD INEVITABLY
BE HARMED AS A RESULT. THIS ALSO RENDERS[ED]
LIABLE IN ALL CAPACITIES. FOR THEIR DIRECTING SHAW
TO HARM US. & THEY COULD HAVE FIRED SHAW THE 1ST
TIME, BUT DIDNT & COULD HAVE AND THIS COUNT WOULDNT
EXIST ... (THE POLICY USAGE IS ON ADCRR CAMERAS STATE WIDE)

ACTING UNDER COLOR OF LAW ... DEFENDANT TRINITY INC, SHAW
UNCONSTITUTIONALLY USED TRINITY POLICY OF NOT FOLLOWING
STATE PRISION COVID-19 GUIDANCE & MANDATES BY
KNOWING WORKING INFECTED W/ COVID-19 FOR A
SERIES OF WEEKS UNNECESSICARILY EXPOSING THE
PLAINTIFFS TO COVID BY TRANSMITTING THE VIRUS
TO PLAINTIFFS MUCUOSE MEMBRAINES VIA DIRECT

SHAW PRT 2          COUNT 8          PAGE 10 C

AND INDIRECT SURFACE & AIR BORNE TRANSMISSION WITHOUT
WEARING GLOVES OR A MASK AT ALL TIMES (ON CAMERA)
AT CENTRAL UNIT.

TRINITY SHAW IS A "WHITE SHIRT" MEANING ADC&R KITCHEN MANAGER.
SHE USUALLY IS POSTED DIRECTLY INFRONT OF FOOD SERVICE
WINDOW AT CENTRAL UNIT (ON CAMERA)..., SHE DEVELOPED
PRATICE OF NOT MASKING, QUARINTINING, DISTANCING & IT
WAS CONDONED BY HER BOSSES ... SHAW WORKED INFECTED
IN COUNT 5 AND WASNT DISCIPLINED DRIVING HER TO
HARM US HERE W/ NO FEAR OF CONSEQUENCE
BY DEFENDANTS   17-26          .

DURING THIS 2-3 WEEK PERIOD SHAW BECAME COVID-19
SYMPTOMATIC & ACCORDING TO HER "MY BOSSES WONT
LET ME QUARINTINE" "THEY'LL FIRE ME"... WAS HER MOTIVE.

SHAW EXPOSED THE PLAINTIFFS BY EXPOSING THE ENTIRE
UNIT & KITCHEN STAFF ... AND BY KNOWINGLY STANDING
IN FRONT OF THE TRAP THAT BLOWS A CONSTANT
STREAM OF AIR OUT AT PLAINTIFFS UPON EVERYTIME
THEY EAT (TWICE A DAY) ...

UPON ONE OF THESE DAYS ... SHAW WAS SERVING SPOILED
MILKS... DUE TO PLAINTIFF #1's INABILITY TO TASTE OR
SMELL DUE TO PRE EXISTING COVID DISABILITY &
EXZERBATIONS ... PLAINTIFF #1 TOOK THE MILK BACK
TO SHAW REQUESTING AN EXCHAINGE ... SHAW INFRONT
OF PLAINTIFFS WITNESS STATED "I CANT TASTE OR
SMELL" "I HAVE COVID" "THEY DID IT TO ME AGAIN"
AND WONT LET ME QUARINTINE (THEY MEANING HER
BOSSES) ... AND LATER SHAW DISCLOSED TO WITNESS
THAT SHE BEEN WORKING FOR WEEK[S] INFECTED
W/ SORE THROAT & ECT... AND TOLD ON MULTIPLE STAFF
WHOS DOING THE SAME ...

AFTER THIS EVENT & DURING PLAINTIFFS 1,2,4,7,9,10,14,
18,20,6          ALL RECIEVED COVID SYMPTOMS
AND WERE ILL, AND IN EXTREME PAIN & HAD
SORE THROATS & VARIOUS CONDITIONS MENTIONED
IN INJURY SECTION. CAUSED BY SHAW'S REFUSAL
TO MASK & QUARINTINE ...

HER MERE PRESENCE WAS UNCONST. & EXCESSIVE FORCE
& A USE OF DEADLY FORCE SUMMAIRILY W/O LICENCE
NEED OR DUE PRO. WHEN SHE DID IT FOR MUTIPLE WEEKS
COMPOUNDS IT & WAS UNNECESSICARY. CAUSING THIS INJURY

SHAW              COUNT 8      PAGE 10 D

SHAW's ACTS AND DEFENDANT[s] #17-26's JOINT/SEVERED ; PROMULGATION/FOSTERING/
CONDONING/FAILING TO CURE/TACIT ENCOURAGEMENT/CREATION/ADOPTION
INTO OFFICIAL POLICY OF THIS POLICY/PRATICE & CUSTOM THAT GUIDED
SHAW's UNCONST USAGE CAUSING PLAINTIFF[s] INJURY ... ALONG WITH
#17-26's REPEATED FAILURE[s] TO GUIDE/CONTROL/SUPERVISE/TRAIN SHAW
ON FOLLOWING CDC & AZ PRISION COVID-19 MANDATES AROUND PRISIONERS
& ON NOT ABUSING PRISIONERS & COVERING IT UP ... ARE ALL AT FAULT
& CAUSES (MOVING FORCE[s]) BEHIND PLAINTIFFS INJURIES & VIOLATED RIGHTS
RENDERS DEFENDANTS #17-26 JOINTLY/SEVERDLY LIABLE IN ALL
CAPACITIES ("FARMER","CANTON" 9TH CIR) AS ACCOMPLICES FOR DIRECT INVOLVMENT
BEFORE DURING & AFTER THE FACT & LIABLE IN THEIR EXECUTIVE/
STOCK HOLDER/INSURER/EMPLOYER/EMPLOYEE/POLICY MAKING/SUPERVISIONAL/
INDIVIDUAL & OFFICIAL CAPACITIES.

## PLAINTIFFS REQUESTS FOR RELIEF

PLAINTIFF[s] #1,2,4,6,7,9,10,14,18,20 SEPERATELY REQUEST FROM DEFENDANT[s]
#17,18,19,20,21,22,23,24,25,26 THE FOLLOWING RELIEF PER THIER MANY
OFFICIAL + INDIVIDUAL CAPACITIES CONSECUTIVELY PER DEFENDANT PER
PLAINTIFF : (1) $10,000,000.°° LIEN/RESTITUTION ORDER -- 20% GARNISHED WAGES
PER DEFENDANT[s] #17-26's (EXCEPT SHAW) PAY CHECKS, PER CHECK AUTO
DEDUCTED BY EMPLOYER PER CHECK TO BE DIRECT DEPOSITED INTO
PLAINTIFF[s] etal (1,2,4,6,7,9,10,14,18,20's) ADCOR BANK ACCOUNTS FOREVER TIL
PAID. + (2) ANY + ALL RELIEF COURT DEEM NECESSICARY IN ADDITION
TO REQUESTED HEREIN + (3) $1,250,000,000.°° (ONE BILLION 250 MILLION DOLLARS)
PER ITEM/DAMAGE ; (A) E.DISTRESS ;(B) M, ANGUISH ;(C) MENTAL PAIN & SUFFERRING
TOTALING $3,750,000,000.°° (3 BILLION 750 MILLION DOLLARS) +(4) $10 BILLION
(PHYSICAL PAIN & SUFFERING) + (5) $25 BILLION DOLLARS (FOR ONE MORE & OR
ALL PLAINTIFFS INCURRED ACTUAL INJURIES) + (6) $10 BILLION DOLLARS (FOR
VIOLATING PLAINTIFF[s] 8TH AMND. RIGHT[s] TO BE FREE FROM EXCESSIVE FORCE
RESULTING IN INJURY) + (7) $50 BILLION DOLLARS (FOR VIOLATING PLAINTIFF[s]
8TH AMND. RIGHT[s] TO BE FREE FROM THE UNN, USE, OF, DEADLY FORCE
RESULTING IN INJURY) + (8) $25 BILLION DOLLARS (SUPERVISIONAL LIABILITY)
+(9) $100 BILLION DOLLARS (EXECUTIVE LIABILITY) + (10) $100 BILLION DOLLARS
(POLICYMAKER LIABILITY) + (11) $500 BILLION DOLLARS (INSURER LIABILITY) + (12)
$500 BILLION DOLLARS (EMPLOYER LIABILITY) + (13) 500 BILLION DOLLARS (OCCUPUCE
LIABILITY) + (14) 100% OWNERSHIP OF ALL TRINITY INC.s STOCKS/STAKES/
SHARES (PUBLIC & PRIVATE) EACH STOCK HOLDER/OWNER POSSESSES
VIA LIEN/SIEZURE AND TRANSFERRANCE OF OWNERSHIP TO
PLAINTIFFS TO SPLIT EQUALLY (STOCK HOLDER LIABILITY) + (15)
___% $1 TRILLION DOLLARS (FOR ANY + ALL RELIEF COURT DEEM NECESSICARY
+ (16) $500 BILLION DOLLARS (FOR VIOLATING PLAINTIFFS 8TH & 14TH MND.
RIGHT[s] TO BE FREE FRM SUMMARY CORPORAL PUN, W/O DUE PRO

RESULTING IN INJURY) + (17) # 750 BILLION DOLLARS (FOR VIOLATING PLAINTIFFS
8TH + 14TH AMND, RIGHT(s) TO BE FREE FROM SUMMARY ATTEMPTED
CAPITAL PUNISHMENT W/O DUE. PRO, RESULTING IN INJURY)
+ (18) # 200 BILLION DOLLARS (PUNITIVE DAMAGES) + (19) #
200 BILLION DOLLARS (EXEMPLARY DAMAGES) + (20) # 1.5 TRILLION
DOLLARS (ACTUAL INJURY RELIEF; A) LOSS OF 1-3 YEARS LIFE + (B)
LOSS OF QUALITY OF LIFE -- 14TH AMND VIOLATIONS W/O DUE PRO
SUMMARILY) + (21) DOUBLE DAMAGES

GRAND TOTALS = # 20,000,000.00 GARNISHD WAGES/LIEN/RESTITUTION
ORDER FROM DEFENDANTS 17-25 (FOR ANY + ALL RELIEF COURT DEEM
NECESSICARY)                        PLUS   GRAND TOTALS
: # 17,015,000,000,000.00 (INCLUDES DOUBLE DAMAGES).
FROM DEFENDANT [s] # 17-26 EACH PER PLAINTIFF
(FOR ANY + ALL RELIEF COURT DEEM NECESSICARY
  * IF DEFENDANT [s] CANT COVER DEMANDS IN CASH MONEY
PLAINTIFFS REQUEST DEFENDANTS FORFIETURE OF 100%
VALUE THEREOWNED IN DEFENDANTS & TRINITY INC's ETAL,
REAL + PERSONAL PROPERTY INCLUDING ENTIRE COMPANY
TO BE LIENED / SIEZED & GIVEN TO PLAINTIFFS TO
EQUALLY SPLIT, LIQUIDATE, SELL ect..."OWN"... & REQUEST
COURT ORDER PREVENTING EACH FROM FILING BANKRUPTCY,
SELLING STOCKS, PROPERTY, COMPANY & OR CHANGING ITS
NAMES/OWNERS UNTIL CASE IS OVER TO KEEP
ER HONEST TO MAKE PLAINTIFFS WHOLE (FOR ANY +
ALL RELIEF COURT DEEDS NECESSICARY)

  * PLAINTIFFS EACH RESERVE THEIR RIGHTS TO AMEND THIS
SECTION (ADJUST / MITIGATE / AGGRAVATE) ENHANCE / ADD TO
DEMANDS)

## D.  CAUSE OF ACTION

### COUNT @ 9

1. State the constitutional or other federal civil right that was violated: 8TH ¢ 14TH DUE PRO, 8TH, 14TH TORTURE VICTIMS PROTECTION ACT OF 1991, 13TH, 8TH+13TH+14TH DUE PRA (See also pg.

2. **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

( SEE PAGES 11A-F )

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

( See page 11 B )

5. **Administrative Remedies:**
a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

₱ 11

POSEY MED CARE

COUNT 9 = __7__ TOTAL PAGES

3. SUPPORTING FACTS : CLAIMS BY PLAINTIFF'S #1,2,3,4,6,11,12,&20

• CLAIMS AGAINST DEFENDANT[S] #1,2/52(POSEY)&9 THREW 54 &ALL DEFENDANTS

• RE: DENIAL OF ADEQUATE MEDICAL CARE WITH DELIBERATE INDIFFERENCE TO PLAINTIFF[S] SERIOUS MED. NEEDS ; PRO-LONGED INFECTIOUS DISEASE EXPOSURE ; UNNECESSICARY DELAY OF MED. ACCESS ; WANTON & UNNECESSICARY INFLICTION OF PAIN & EMOTIONAL DISTRESS ; TORTURE ... IN BAD FAITH TO COVER UP COUNT 2 EXCESSIVE FORCE ... BY DEFENDANT ADC ; POSEY.

• ALSO RE: ACCOMPLICE (BEFORE &AFTER FACT) /EXECUTIVE /POLICY MAKER /STOCK-HOLDER/ SUPERVISIONAL ... OFFICIAL CAPACITY (MONELL, FARMER, CANTON) LIABILITY AGAINST ALL DEFENDANT[S] #1, 9-51, 53, 54 ... FOR DIRECT INVOLVEMENT IN GUIDING / DIRECTING POSEY TO COMMIT THIS COUNT VIOLATING PLAINTIFFS RIGHTS CAUSED &AT FAULT RESULTING FROM DELIB. INDIFFERENTLY ; CREATING ; CONDONING ; USING ; PROMULGATING ; REFUSING/FAILING TO CORRECT THIER JOINT &SEVERD CREATION OF POLICYS OF ; PRISIONER ABUSE (MED. &NON-MED.) ; COVERING UP PRISIONER ABUSE ; NOT FOLLOWING EXECUTIVE ORDER /MANDATE FOR STATE PRISION EMPLOYEES TO FOLLOW CDC & U.S. &AZ COVID-19 GUIDELINES OF MASKING, DISTANCING, REPORTING, QUARINTINING, BEING HONEST UPON SCREENINGS ... KNOWING IT WOULD FORSEEABLY GUIDE POSEY TO HARM PLAINTIFF[S] BY NOT ALTERNATIVELY TAKING NECESSICARY STEPS TO CURE THESE POLICYS THAT WOULD OBVIOUSLY GUIDE PERSONEL TO EXERCIZE E7 UNCONST. ON PLAINTIFFS &RESULT IN INJURY. WHEN DEFENDANTS #1,2,9-54 ALL POSSESSED KNOWLEDGE OF POLICYS &HAD MEANS TO CURE E7 &WERE ABLE TO. BUT DIDNT BEFORE PLAINTIFFS INJURY ARISED. KNOWING THESE POLICYS WERE WIDE-SPREAD &STATE-WIDE USED THREWOUT ALL PRISIONS .. CREATING OFFICIAL POLICYS VIA UN-WRITTEN ADOPTION / USAGE & KNOWLEDGE & INACTION OF PERSONS /DEFENDANTS RESPONSIBLE TO CURE E7 ... WITH UTTER DISREGARD FOR PLAINTIFFS RIGHTS AND THE DANGEROUS POLICYS USAGES ... UPON REPEATED ACTUAL NOTICES = THE MOVING FORCE BEHIND THE POLICY ADOPTION INTO WIDE-SPREAD PRATICE & BEHIND PLAINTIFFS RESULTING INJURYS ... VIA HATE CRIME/ DEFENDANTS BIAS TOWARDS PLAINTIFFS BEING CLASSED AS PRISIONERS RENDERS ALL DEFENDANTS LISTED LIABLE AS CREATORS /USERS /CONDONERS OF THIS POLICY &ACCOMPLICES FOR NOT CURING E7 BEFORE THIS INJURY ARISED ... WHEN IN ALTERNATIVE TO THIS DELIB. INDIFF. EACH DEFENDANT COULD HAVE QUIT ABUSING PRISIONERS, QUIT COVERING UP RELATED INCIDENTS & FOLLOWED PRISION COVID-19 MANDATES. AND PLAINTIFFS WOULDNT BEEN HARMED. BY EACH'S DIRECT INVOLVEMENT = CONDONED CUSTOMS AND USAGE THEORY FOR ESTABLISHING OFFICIAL CAPACITY LIABILITY ...

- PLAINTIFF[s] #1,2,3,4,6,11,12,20 RESULTING INJURYS [ONE MORE + OR ALL]:

(1) UNKNOWN + UNFORSEEABLE (2) UNDETECTABLE (3) UNNECESSICARY INFECTIOUS DISEASE EXPOSURE (4) MUTATION DNA/RNA (5) INFECTIOUS DISEASE INFECTION (6) DAMAGE TO IMMUNE SYSTEM T & B CELLS (7) LUNG DAMAGE (8) BRAIN DAMAGE (9) HEART DAMAGE (10) 100% BODY DAMAGE (11) MUSCULAR DAMAGE (12) SKELATAL + BONE DAMAGE/DETERIATION (13) HINDERING ORGAN BODY FUNCTION (14) PTSD (15) MENTAL ANGUISH (16) E. DISTRESS (17) MENTAL PAIN + SUFFERRING (18) PHYSICAL PAIN + SUFFERING (19) EXERBATION OF PRE-EXISTING INJURY[S] + HEALTH CONDITIONS (20) SEVERE PAIN; MIGRAINE HEAD/EYE/EAR/THROAT/BACK/KIDNEY/MUSCLE SPASMS/CRAMPS/FATIUGE (21) COVID PNEUMONIA (22) COVID ASTHMA (23) LONG HAUL COVID-19 DISABILITY[S] (24) LOSS OF TASTE/AND/OR SMELL (25) LOSS OF 1-3 YEARS OF LIFE (26) LOSS OF QUALITY OF LIFE (27) DEPRESSION (28) ANXIETY (29) HATRED/PREJUDICE TOWARDS DEFENDANTS (30) COGNITIVE; MOTOR; MEMORY; RATIONALITY DISFUNCTION[S] = AT LEAST 30 INJURYS    • PLACE OF INCIDENT : ADOC CENTRAL UNIT + AZ
DATE SEPT 12TH 2020 - NOV 6TH 2020 (APPROX)

- PLAINTIFF[S] #1,2,3,4,6,11,12,20 VIOLATED RIGHTS: 8TH; DENIAL OF MED CARE; UNNECESSICARY/PROLONGED INFECTIOUS DISEASE EXPOSURE; UNNECESSICARY DELAY TO MEDICAL ACCESS; FAILING TO RESPOND TO PAIN; TORTURE; WANTON + UNNECESSICARY (A) INF. OF PAIN + (B) INF. OF E. DISTRESS; + 8TH + 14TH AMEND DUE PRO VIOLATION[S]; SUMMARRY CORPORAL PUN.; SUMMARRY ATTMPT. CAPITAL PUN.; + 14TH AMEND LOSS OF "LIFE" + QUALITY OF "LIFE" + MILLITARY COMMISSIONS ACT + TORTURE VICTIMS PROTECTION ACT OF 1991 + 13TH AMEND BADGE OF SLAVERY/ENTICEMENT INTO SLAVERY + 8TH/14TH/13TH UNCONST. COND OF CONFINEMENT + 14TH AMEND RACIAL PROFILING/EQUAL PRO. VIOLATION BASED ON PLAINTIFFS CLASSIFICATION AS PRISIONERS + DEFENDANTS BIAS TOWARDS PRISIONERS [HATE CRIME ACT]

- PLAINTIFF[S] REQUESTS FOR RELIEF: PLAINTIFFS #1,2,3,4,6,11,12,20 SEPERATELY REQUEST THE FOLLOWING RELIEF FROM DEFENDANT[S] #1,2/52,9,10,11,12,13, 14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36,37, 38,39,40,41,42,43,44,45,46,47,48,49,50,51,52,53,54 PER THIER INDIVIDUAL + OFFICIAL CAPACITIE[S] CONSECUTIVELY + JOINTLY:
(1) ANY + ALL RELIEF COURT DEEMS NECESSICARY (2) #1,000,000,000.00 (MENTAL ANGUISH + (3) #1,000,000,000.00 (EMOTIONAL DISTRESS) + (4) #2,500,000,000.00 (MENTAL PAIN + SUFFERRING + (5) #5,000,000,000.00 (PHYSICAL PAIN + SUFFERING) + (6) #10,000,000,000.00/ FOR VIOLATING PLAINTIFFS RIGHT PER RIGHT: (A) 8TH (B) 13TH (C) 14TH (D) MILLITARY COMMISSIONS ACT (E) TORTURE VICTIMS PROTECTION ACT OF 1991 (F) 8TH/14TH/73TH SUM/ATRICITY = 6 × 10 BILLION = #60,000,000,000.00

+(7) #100,000,000,000.⁰⁰ (FOR ACTUAL INJURY COMPENSATION - ONE, MORE & OR ALL)
+(8) #100,000,000,000.⁰⁰ (PUNITIVE DAMAGES) + (9) #50,000,000,000.⁰⁰ (EXEMPLARY
DAMAGES) + (10) #5,000,000,000,000.⁰⁰ FOR ANY AND ALL ADDITIONAL & OR
FUTURE & UNFORSEEN RELIEF & PENALTYS / DAMAGES COURT DEEMS
NECESSICARY + (11) DOUBLE DAMAGES
   GRAND TOTALS ; #5,369,500,000,000.⁰⁰ × 2 (IND & OFF CAPACITES) = #10,739,000,000,000.⁰⁰
   × 2 (DOUBLE DAMAGES) = #21,478,000,000,000.⁰⁰ SUM CERTIAN DEMAND
   PER PLAINTIFF 1,2,3,4,6,11,12,20  PER DEFENDANTS : POSEY & #1 & 9 - 51 &
   53 - 54 EACH ... FOR ANY & ALL RELIEF COURT DEEMS NECESSICARY

   * PLAINTIFFS EACH RESERVE THE RIGHT TO AMEND (ADJUST) MITIGATE /
 AGGRAVATE / ENHANCE / ADD TO ) THESE REQUESTS FOR RELIEF !..

                CAUSE OF ACTION (PART A LIABILITY)

ACTING UNDER COLOR OF LAW ... BETWEEN 2020 AND ~~xxxxxxxx~~ JUNE 2020
DEFENDANTS : ALL # 1 - AL JOINTLY ENTERED CONTRACTUAL AGREEMENTS TO
FOLLOW U.S. EXECUTIVE ORDER ; COVID-19 CONTAINMENT MANDATE FOR STATE
AZ PRISIONS & PARTNERS & CONTRACTEES & EMPLOYEES ON GOV. PROPERTY,
CREATED BY THE CENTER DISEASE CONTROL SPEAR HEADED BY MRS.
DIRECTOR WALENSKI ... TO PROTECT PLAINTIFFS FROM UNNECESSARY COVID-19
INFECTIOUS DISEASE EXPOSURE & POTENTIAL HARM POSED BY INFECTIOUS
STAFF MEMBERS / PARTNERS WHOM KNOWINGLY & UNKNOWINGLY CARRY THE
VIRUS INTO PRISIONS ... WHICH WERE CONCIDERED HIGH RISK & CONTROLLED
ENVIORNMENTS WHERE THE VIRUS DIDNT EXIST OR ORIGINATE AT.
   WHICH ONLY WOULD BE BROUGHT IN BY IN PARTICULAR SICK PEOPLE.

 THIS MANDATE ... ORDERED THAT ALL INDIVIDUALS / WORKERS ON STATE / FED
BOV. FUNDED PROPERTY MUST AT ALL TIMES ; WEAR MASK ; PPE ; DISTANCE ;
BE SCREENED FOR COVID UPON DAILY ARRIVAL ; QUARINTINE UPON NOTICE
OF SYMPTOMS ; QUARINTINE UPON NOTICE OF BEING AROUND AN INFECTIOUS
PERSON ; REPORT INCIDENTS ; PROTECT SELVES & PRISIONERS.

 THESE SIMPLE ORDERS WERE MENT TO PREVENT LIABILITY ISSUES
 & TO PROTECT PLAINTIFFS CONST. RIGHTS AS PRISIONERS & HUMAN BEINGS
 & WAS SOUND & ONLY WAY TO PROTECT PLAINTIFFS WHOM WERENT
 VACCINATED AT THAT TIME.

 HOWEVER AFTER ENTERING THIS AGREEMENT WITH THE CDC & PRESIDENT
 & FED. GOVERNMENT ... BETWEEN THEN AND ~~xxxxxxxx~~ WHEN ORDER WAS

EXTINGUISHED IN 2021 or 22... DEFENDANTS #1, 2/52 + ALL CREATED ADVERSE POLICY MENTIONED HEREIN (AT PG 11 A #4) OF NOT FOLLOWING THE ORDER, WITH DELIBERATE INDIFF. TO THE OBVIOUS RESULTING RISKS IT WOULD BE USED UNCONST. + HARM PLAINTIFFS? + VIOLATE THEIR RIGHTS + GUIDE POSEY + EACHOTHER THREW POLICY USAGE TO INJURE THE PLAINTIFFS UNCONSTITUTIONALLY... WITHOUT TAKING ACTUAL STEPS P STOP THE PRATICE IN ALTERNATIVE SUCH AS BEING 100% COMPLIANT W/ORDER + MRS. WALENSKI's + HER SPECIALISTS GUIDANCE... BUT THEY DIDNT EVENTHOUGH THEYCOULD HAVE + HAD MEANS TO... W/ DELIB INDIFF... TO THE FORSEEABILITY IT WOULD RESULT IN A BADGE OF SLAVERY, 8TH + 14TH AMD VIOLATIONS, SUMMARY PUNISHMENTS + TORTURE + UNCONST COND. OF CONF. EACH TIME IT ARISED BY SUBJECTING PLAINTIFFS INTO INCREASED COVID-19 DANGER + SUBJECTING PLAINTIFFS TO CONCENTRATION CAMP ABUSES/LACK OF MED. CARE SUMMAIRILY W/O COURT ORDER. VIA WEAPONIZING STAFF + COVID-19.

THIS POLICY BECAME THE STANDARD FOR ALL DEFENDANTS COMPANYS + AGENTS IS STATE AZ PRISION WIDE, CREATING AN OFFICIAL MONELL § 1983 POLICY THAT GUIDES UNCONST. PRATICES OF AGENTS.

THIS POLICY WAS CREATED, CONDONED, USED, TURNED BLIND EYES TO BY EVERY DEFENDANT #1-ALL EXCEPT FOR DEFENDANTS BIDEN, WALENSKI, CHRIST... IN WHICH WHOM REPEATEDLY INSTRUCTED DEFENDANTS #1-ALL TO FOLLOW CDC GUIDLINES. THREWOUT PANDEMIC...

AND INTURN DEFENDANTS ALL BUT BIDEN, WALENSKI, CHRIST... SAID BY ACTION FUCK YOU + FUCK THE DEMOCRATS + FUCK CDC GUIDANCE! BY DISOBEYING THE DIRECT ORDER. TO SABATAUGE BIDENS, THE DEMOCRATS, WALENSKIS, FAUCIS, CHRISTS CAREERS IN WHICH WORKED FOR FAUCI, CHRIST, ... AND BEING WORKED ON, ON BIDEN, ATTEMPTED ON WALENSKI BUT SHE STOOD FIRM AND DIONT QUIT LIKE FAUCI... KNOWING IT WAS ALL A PLOY BY REPUBLICANS SUCH AS DEFENDANT DUECY (GOVERNOR) TO OVER TAKE THE CURRENT PARTYS RULES IN DEMOCRACT. VIA CHARACTER ASSASINATION. DEFENDANTS #1, 2, 4, 10, 11, 12, 13, 14, 15, 17, 18-25, 28, 29, 31-51, 53-81, 83-90, 93, 95, 96, 97, ———————————— ALL POSSESSED POWER/RANK TO CURE THIS DEFICENCY AS POLICYMAKERS, OWNERS, SUPERVISORS, EXECUTIVES BUT REFUSED TO DO SO BEFORE POSEY HARMED PLAINTIFFS KNOWING IT WOULD FORSEEABLY ARISE RESULTING FROM THEIR POLITICAL WAR

AND INDIFFERENCE TO THE CREATED POLICYS & DANGERS posed TO plaintiff
KNOWING IT WOULD GIDE DEFENDANT TO HARM PLAINTIRES, VIA
UNNECESSARY INFECTIOUS DISEASE EXPOSURE AKA ATTEMPTED
MURDER, TORTURE, SLAVERY, SUMMARY ATTMPT CAPITAL PUNISHMENT

UPON REPEATED NOTICE ... FROM BIDEN, FAUCI, WALENSKI, CHRIST
& THE WORLD & SUBORDINATES & PLAINTIRES & MEDIA OUTLETS
DEFENDANTS  1 - ALL ─────────────────────── REFUSED TO
RENUNCIATE & ENFURTHERED THE PRATICES = CONDONED CUSTOM § 1983
,,, WHEN IN ALTERNATIVE TO THIS INDIFF. EACH WAS GUIDED & TRAINED
ON COVID-19 & HOW TO PREVENT SPREADDING IT TO PLAINTIRES &
THE WORLD ... BUT DISREGARDED IT ... EACH WOULD HAVE RE-TRAINED
EACHOTHER OR ENFORCED THE MANDATE BUT DIDNT AND OFFICIALLY
CREATED THIS NON ADHERANCE TO CDC/U.S. EXECUTIVE COVID-19
ORDER/MANDATE ISSUED TO PROTECT PLAINTIRES SPEAR HEADED
BY DEFENDANTS : DUCEY, BRNOVICH, DAVID SHINN, GOTTFRIED
WHO CLAIMED "MANDATE IS UNCONST" "THE PEOPLE CANT BE
FORCED TO FOLLOW IT" "ITS UNCONST",,, WITH MOTIVE TO
SABATOUGE CHRIST, WALENSKI, BIDEN's CAREERS FOR THEIR PARTY.

GUIDED POSEY TO NOT FOLLOW THE MANDATE & GUIDED DEFENDANTS
ALL EXCEPT BIDEN, WALENSKI, CHRIST TO DISOBEY BIDENS ORDER
AND THE PROOFS ALL UN STATE AZ GOV. CAMERA OF ALL DEFENDANTS
WORK PLACES & ADCRR PRISIONS WILL SHOW THAT I'M NOT LIEING
AND WILL BE SUBPEONAD AND BIDEN, WALENSKI & CHRIST WILL
TESTIFY THAT THE MANDATE WASN'T ADHERED TO. UPON VIEWING THE TAPES,

THIS DISOBEADIENCE IS INSTILLED INTO AZ GOV. CULTURE, MOST
FEEL ABUVE THE LAW ... AND HAVE NO CARE OF PENALTY BECAUSE
THEY ARE THE LAW ... THIS CREATED ADCRRS POLICY UF PRISIONER
ABUSE & COVERING IT UP THREW THE DEFENDANT ADCRR GRIEVANCES & A.G,
BRNOVICH & GOTTFRIEDS OFFICE ... "OFFERRING VIOLATORS FREE
ATTORNEYS" PROTECTION & ADVISE UN HOW TO RESPOND TO
PRISIONER GRIEVANCES W/O RARELY SLAPPING THEIR "WRISTS." (corporate
Shealding) TO NDPGET AWAY WITH IT... MADE IT EASY FOR EM ALL TO
DISOBEY BIDENS ORDERS ,,, THESE CREATED POLICYS, ACTS &
OMISSIONS & DUOTRF = CAUSE & FAULT FOR THE PLAINTIRES INJURYS
& GUIDED POSEY TO HARM PLAINTIRES RENDERING ALL DEFENDANTS

BUT BIDEN, WALENSKI & CHRIST LIABLE AS CREATORS/ENFURTHERS OF
THE POLICYS & LIABLE AS ACCOMPLICES FOR THEIR DIRECT INVOLVEMENT
IN CREATING/CONDONING/USING/NOT FIXING THESE UNCONST.
PRATICES UPON REPEATED NOTICE W/ DELIB INDIFF... =
THIS POLICY(S) WERE THE MOVING FORCE BEHIND PLAINTIFFS
INJURYS... PLAINTIFFS ARE MERELY COLLATERAL DAMAGES ... OF THIS political war.
                    CAUSE OF ACTION (PART B EVENT)

ACTING UNDER COLOR UF LAW, BETWEEN APPROX SEPT 12TH - NOV (week of 1ST) 2020
DEFENDANT PUSEY VIOLATED PLAINTIFFS # 1,2,3,4,6,11,12,20 Rights (At pg 11 B)
AFTER AND DURING COMMITTING COUNT II EXCESSIVE FORCE... TO COVER IT
UP... KNOWING HE WAS REPEATEDLY WORKING INFECTED WITH COVID-19
FOR 3 WEEK STRAIGHT. CONTINUOUSLY EXPOSING PLAINTIFF(S) TO COVID
DIRECTLY & INDIRECTLY... WITH DELIB. INDIFF TO PLAINTIFFS SERIOUS
& OBVIOUS MED. NEEDS OF COVID-19 EMERGENCY TREATMENT. BY DECEPTIVELY
NOT NOTIFYING SECURITY (ADC) OR MEDICAL (CENTURION) PERSONEL
OF HIS ILLNESS... OUT OF GREED TO GET PAID... CLAIMING "IHED"
WORK IT OFF"... TO PLAINTIFF 11... WHILE ENTERING EVERY AREA
AT CENTRAL UNIT PRISION TO FIX STUFF AS MAINTANENCE SUPERVISOR,
MASKLESS, NOT DISTANCING, EXPOSING THE PLAINTIFFS... KNOWINGLY...
THREW MUCOUSE MEMBRAINE SURFACE TO PERSON EASIER TO PERSON TO PERSON...
WHEN HE SHOULD HAD REASON TO KNOW DOING SO WOULD HARM
THE PLAINTIFFS... WHEN IN ALTERNATE TO THIS DELIB INDIFF... PUSEY
COULD HAVE STAYED HOME, REPORTED HIS SELF, ASKED SOME ONE
ELSE TO REPORT IT & KEEP HIM CONFIDENTIAL SOLELY WITH
REQUEST TO GET PLAINTIFFS MED. AID. BUT DIDNT & COULD HAVE...
TORTURING PLAINTIFFS FOR 3 WEEKS CAUSING §1983 8TH AMEND
"PAIN" & INJURYS (At pg 11B)... Without Need... IN Frizing on Plaintiffs
Rights... Because He KNEW the Covid... Unconst. Using Adcors Policy(s);
of (A) Disobedience (c) prisoner Abuse (d) Abuse of Authority
(e) Covering up prisoner Abuse (f) Not Following CDC Guidlines Covid-19
Executive Mandates... Renders Posey liable in all Capacitys
for Plaintiffs Resulting Injurys. If Not for his Indiff. Plaintiffs Wouldot been harmed
These Policys are Condoned & Endorsed by Ducey, Banovich & Shinn e got Affied
Adcors Official Executives) Policy makers w/ Delib indiff TO Em
Upon Actual Notice...

                                                    11F

## D. CAUSE OF ACTION

### COUNT 10

1. State the constitutional or other federal civil right that was violated: 8TH, 8TH/14TH DUE PRO SUBSTANTIVE
; CORPORAL PUN + ; ATTMPT CAPITAL PUN, TORTURE VICTIMS PROTECTION ACT OF 1991

2. **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   [ See pages 12 A-C ]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). ONE MORE ORAL :
(1) INITIAL UNKNOWN + UNFORSEEABLE INJURYS (2) COVID EXPOSURE (3) COVID INFECTION (DIALATEE #2)
; PAIN; COVID PNEUMONIA; EXZERBATION PRE-EXISTING INJURYS; SORE THROAT; FEVER; LOSS TASTE
+ SMELL ; BODY PAIN ; PTSD ; M. ANGUISH ; E. DISTRESS ; COVID ASTHMA ; LOSS OF LIFE BFORE
LONG HAUL COVID-19 DISABILITY ; 100% BODY + ORGAN DAMAGE ; AMPUTATION DNA/2A/4 [see pg 12.01]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

12

DEF #3 DR BRESAN  MED CARE